# 13-324-cv

IN THE

# United States Court of Appeals

FOR THE SECOND CIRCUIT

➤➤ ◄◄

MARCUS WEBB,

*Plaintiff-Appellant,*

*v.*

SYLVESTER STALLONE, MILLENNIUM FILMS, NU IMAGE FILMS, LIONS GATE FILMS, INC.,
LIONS GATE HOME ENTERTAINMENT, INC., ALTA VISTA PRODUCTIONS, INC.,
ALTA VISTA PRODUCTIONS, LLC, DOUBLE LIFE PRODUCTIONS, INC.,

*Defendants-Appellees,*

*and*

DAVID E. CALLAHAM, LIONS GATE ENTERTAINMENT CORPORATION,

*Defendants.*

On Appeal from the United States District Court
for the Southern District of New York (New York City)

## JOINT APPENDIX
## VOLUME I OF IV
## Pages A1 to A268

PRYOR CASHMAN LLP
*Attorneys for Defendants-Appellees and*
  *Defendants*
7 Times Square
New York, New York 10036
212-421-4100

COLE, SCHOTZ, MEISEL, FORMAN
  & LEONARD, P.A.
*Attorneys for Plaintiff-Appellant*
900 Third Avenue, 16th Floor
New York, New York 10022
212-752-8000

# TABLE OF CONTENTS

**Page(s)**

## Volume I

U.S. District Court Docket Entries ..................................................................A1

Order of the Honorable Jed S. Rakoff, dated February 24, 2012 (Docket No. 26) ...................A14

Notice of Motion, dated March 15, 2012 (Docket No. 29)........................................A15

Declaration of Tom J. Ferber in Support of Defendants' Motion
for Summary Judgment, dated March 15, 2012 (Docket No. 31)................................A17

Exhibit A to Ferber Declaration -
Second Amended Complaint (Docket No. 31-1)............................................A19

Exhibit A to Second Amended Complaint -
Certificate of Registration (Docket No. 31-1)  ..................................................A35

Exhibit B to Second Amended Complaint -
Certificate of Registration (Docket No. 31-1)  ..................................................A40

Exhibit B to Ferber Declaration -
Answer to Second Amended Complaint (Docket No. 31-2) ...........................................A44

Exhibit A to Answer to Second Amended Complaint -
*The Cordoba Caper*, a screenplay by Marcus Webb
(Docket No. 31-2/3) ..............................................................................A65

Exhibit B to Answer to Second Amended Complaint -
DVD of *The Expendables* [Place Holder] (Docket No. 31-3) .........................A183

Exhibit C to Answer to Second Amended Complaint -
*Barrow*, a screenplay by Dave Callaham (Docket No. 31-3/4) .......................A184
*(Cont'd in Vol. II)*

## Volume II

Exhibit D to Answer to Second Amended Complaint -
*The Cordoba Caper*, a short story by Marcus Webb
(Docket No. 31-4) ...............................................................................A311

Exhibit C to Ferber Declaration-
Excerpts from Webb Deposition (Docket No. 31-5) ....................................A339

Exhibit D to Ferber Declaration -
Exhibit "CC" from Webb Deposition (Docket No. 31-6)...............................................A434

Exhibit E to Ferber Declaration -
Exhibit "FF" from Webb Deposition (Docket No. 31-7) ..............................................A442

Exhibit F to Ferber Declaration -
Exhibit "GG" from Webb Deposition (Docket No. 31-8) .............................................A445

Exhibit G to Ferber Declaration -
Webb's Response to Defendants' Interrogatories (Docket No. 31-9) ..........................A448

Declaration of Sylvester Stallone in Support of Defendants'
Motion for Summary Judgment, dated March 12, 2012 (Docket No. 32)................................A457

Declaration of Trevor Short in Support of Defendants'
Motion for Summary Judgment, dated March 12, 2012 (Docket No. 33)................................A463

Declaration of David E. Callaham in Support of Defendants'
Motion for Summary Judgment, dated March 14, 2012 (Docket No. 34)................................A465

Exhibit A to Callaham Declaration -
Draft of *Barrow* Screenplay, dated June 8, 2005 (Docket No. 34-1/2) .......................A469
***(Cont'd in Vol. III)***

## Volume III

Exhibit B to Callaham Declaration -
Draft of *The Expendables* Screenplay, dated September 18, 2008
(Docket No. 34-3/4)..................................................................................A598

Defendants' Statement Pursuant to Local Rule 56.1,
dated March 15, 2012 (Docket No. 35) ........................................................................A716

Declaration of David M. Kohane in Opposition to Defendants'
Motion for Summary Judgment (Docket No. 54)..................................................................A728

Exhibit A to Kohane Declaration -
Excerpts from Stallone Deposition (Docket No. 54-1)..............................................A732

Exhibit B to Kohane Declaration -
Excerpts from Webb Deposition (Docket No. 54-2) ...................................................A770

## Volume IV

Exhibit C to Kohane Declaration -
Excerpts from Short Deposition (Docket No. 54-3) .....................................................A807

Exhibit D to Kohane Declaration -
Excerpts from Thompson Deposition (Docket No. 54-4)...........................................A815

Exhibit E to Kohane Declaration -
Letter from Trevor Short to Wayne Smith, dated January 7, 2009
(Docket No. 54-5) ........................................................................................................A819

Exhibit F to Kohane Declaration -
Series of e-mails, including an e-mail from Lonnie Ramati
to an Unknown Recipient, dated February 11, 2009 (Docket No. 54-6) .....................A822

Exhibit G to Kohane Declaration -
E-mail from David Callaham, dated August 17, 2009 (Docket No. 54-7) ..................A824

Exhibit H to Kohane Declaration -
Statement of Sylvester Stallone to the Writers' Guild
of America (West) ("WGA"), dated August 27, 2009 (Docket No. 54-8) ..................A826

Exhibit I to Kohane Declaration -
Submission to the WGA (Docket No. 54-9)................................................................A830

Exhibit J to Kohane Declaration -
Submission to the WGA (Docket No. 54-10)..............................................................A839

Exhibit K to Kohane Declaration -
E-Mail to Lonnie Ramati, dated November 6, 2008 (Docket No. 54-11) ...................A855

Exhibit L to Kohane Declaration -
Travelers Producers' or Distributors' Liability Insurance Application,
dated December 10, 2008 (Docket No. 54-12) ............................................................A856

Exhibit M to Kohane Declaration -
Series of e-mails, including an e-mail sent by Avi Lerner on
May 28, 2009 (Docket No. 54-13)...............................................................................A866

Exhibit N to Kohane Declaration -
Series of e-mails, including an e-mail sent by David Callaham on
October 25, 2011 (Docket No. 54-14) .........................................................................A871

Exhibit O to Kohane Declaration -
E-mail from David Callaham, dated December 29, 2008
(Docket No. 54-15) ......................................................................................................A874

Exhibit P to Kohane Declaration -
Pages from *The Expendables* official website, hosted by
Lionsgate Entertainment Corp., last visited on March 16, 2012
(Docket No. 54-16) ......................................................................................................A876

Exhibit Q to Kohane Declaration -
E-mail from David Callaham, dated August 18, 2009
(Docket No. 54-17) ...........................................................................................A884

Exhibit R to Kohane Declaration -
Statement by WGA "Arbiter #2" (Docket No. 54-18) ................................................A886

Exhibit S to Kohane Declaration -
Quitclaim Agreement, dated July 10, 2009 (Docket No. 54-19) ..................................A888

Exhibit T to Kohane Declaration -
Cover page to draft screenplay of *The Expendables*,
dated October 8, 2008 (Docket No. 54-20)........................................................A894

Exhibit U to Kohane Declaration -
Defendants' Responses to Plaintiff's First Requests
for Admission (Docket No. 54-21) .........................................................................A896

Declaration of David S. Gold in Opposition to Defendants'
Motion for Summary Judgment (Docket No. 38) ....................................................A951

Exhibit A to Gold Declaration -
E-mail from Bill Donovan, dated February 9, 2012 (Docket No. 38-1).......................A953

Exhibit B to Gold Declaration -
Article from July/August 2012 edition of *Creative
Screenwriting Magazine* (Docket No. 38-1) ................................................................A955

Declaration of Michael Elias in Opposition to Defendants'
Motion for Summary Judgment (Docket No. 41)(Exhibits Ommitted
From Joint Appendix) ........................................................................................A959

Response to Defendants' Statement Pursuant to Local Rule 56.1
and Plaintiff's Statement of Additional Material Facts (Docket No. 58) .................A976

Reply Declaration of David E. Callaham in Support of Defendants'
Motion for Summary Judgment, dated April 17, 2012 (Docket No. 43)..................A992

Declaration of Kevin King Templeton, dated April 2012 (Docket No. 44) ...........A997

Declaration of Scott Lambert, dated April 18, 2012 (Docket No. 45).....................A999

Declaration of David McKenna, dated April 16, 2012 (Docket No. 46)................A1001

Declaration of Martin D. Singer, dated April 16, 2012 (Docket No. 47) ..............A1043

Sylvester Stallone Reply Declaration, dated April 2012 (Docket No. 48) ............A1047

Response to Plaintiff's Statement of Additional Material Facts Pursuant
to Local Rule 56.1, dated April 18, 2012 (Docket No. 49).....................................................A1051

Declaration of Robert Mark Kamen, dated April 18, 2012 (Docket No. 50) ........................A1055

Stipulation of Dismissal as to David E. Callaham,
    filed April 27, 2012 (Docket No. 56)...............................................................................A1057

Order of the Honorable Jed S. Rakoff, dated June 22, 2012 (Docket No. 61) .......................A1059

Memorandum Order of the Honorable Jed S. Rakoff,
dated December 26, 2012 (Docket No. 64) ...........................................................................A1060

Notice of Appeal, dated January 25, 2013 (Docket No. 69)...................................................A1078

CLOSED, APPEAL, ECF

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:11–cv–07517–JSR**

| | |
|---|---|
| Webb v. Stallone et al | Date Filed: 10/24/2011 |
| Assigned to: Judge Jed S. Rakoff | Date Terminated: 12/27/2012 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Marcus Webb**                                  represented by  **David Stanley Gold**
Cole Schotz Meisel Forman &Leonard,
P.A. (NJ)
25 Main Street
Court Plaza North
Hackensack, NJ 07601
201 525 6305
Fax: 201 678 6305
Email: dgold@coleschotz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Kohane**
Cole, Schotz, Meisel, Forman &Leonard,
P.A (NYC)
900 Third Avenue
16th Floor
New York, NY 10022
(212) 752–0110
Email: dkohane@coleschotz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Adam Sunshine**
Jeffrey A. Sunshine, Esq.
3000 Marcus Avenue – Suite 2E5
Lake Success, NY 11042
(516) 352–2100
Fax: (516) 354–4731
Email: jeff@sunshinelawpc.net
*ATTORNEY TO BE NOTICED*

**Steven R. Klein**
Cole, Schotz, Meisel, Forman &Leonard,
P.A.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201 525 6265
Fax: 201 678 6265
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sylvester Stallone**                           represented by  **Tom J. Ferber**
Pryor Cashman LLP
7 Times Square
New York, NY 10036–6569

212−326−0194
Fax: 212−326−0806
Email: tferber@pryorcashman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Stewart Akley**
Pryor Cashman LLP
7 Times Square
New York, NY 10036−6569
(212) 421−4100
Fax: (212) 798−6914
Email: bakley@pryorcashman.com
*ATTORNEY TO BE NOTICED*

**James A. Janowitz**
Pryor Cashman LLP
7 Time Square
New York, NY 10036
(212) 421−4100
Email: jjanowitz@pryorcashman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**David E. Callaham**          represented by   **Tom J. Ferber**
*TERMINATED: 04/27/2012*                        (See above for address)
                                                *LEAD ATTORNEY*

                                                **Benjamin Stewart Akley**
                                                (See above for address)

                                                **James A. Janowitz**
                                                (See above for address)

**Defendant**

**Millennium Films**          represented by   **Tom J. Ferber**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Benjamin Stewart Akley**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **James A. Janowitz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Nu Image Films**            represented by   **Tom J. Ferber**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Benjamin Stewart Akley**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **James A. Janowitz**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Lions Gate Entertainment Corporation**
*TERMINATED: 12/05/2011*

represented by    **Tom J. Ferber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lions Gate Films, Inc.**

represented by    **Benjamin Stewart Akley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A. Janowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tom J. Ferber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lions Gate Home Entertainment, Inc.**

represented by    **Benjamin Stewart Akley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A. Janowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tom J. Ferber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alta Vista Productions, Inc.**

represented by    **Benjamin Stewart Akley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A. Janowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tom J. Ferber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alta Vista Productions, LLC**

represented by    **Benjamin Stewart Akley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A. Janowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tom J. Ferber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Double Life Productions, Inc.**

represented by    **Benjamin Stewart Akley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A. Janowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tom J. Ferber**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2011 | 1 | COMPLAINT against David E. Callaham, Lions Gate Entertainment Corporation, Millennium Films, Nu Image Films, Sylvester Stallone. (Filing Fee $ 350.00, Receipt Number 1019960)Document filed by Marcus Webb.(mro) (Additional attachment(s) added on 10/28/2011: # 1 Exhibit A, # 2 Exhibit B) (ama). (Entered: 10/28/2011) |
| 10/24/2011 | | SUMMONS ISSUED as to David E. Callaham, Lions Gate Entertainment Corporation, Millennium Films, Nu Image Films, Sylvester Stallone. (mro) (Entered: 10/28/2011) |
| 10/24/2011 | | Magistrate Judge Michael H. Dolinger is so designated. (mro) (Entered: 10/28/2011) |
| 10/24/2011 | | Case Designated ECF. (mro) (Entered: 10/28/2011) |
| 10/28/2011 | | Mailed notice to Register of Copyrights to report the filing of this action. (mro) (Entered: 10/28/2011) |
| 10/28/2011 | | ***NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney Jeffrey Adam Sunshine for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E–MAIL the PDF for Document 1 Complaint to: caseopenings@nysd.uscourts.gov. (mro) (Entered: 10/28/2011) |
| 11/18/2011 | 2 | NOTICE OF APPEARANCE by David Stanley Gold on behalf of Marcus Webb (Gold, David) (Entered: 11/18/2011) |
| 11/18/2011 | 3 | NOTICE OF APPEARANCE by David M. Kohane on behalf of Marcus Webb (Kohane, David) (Entered: 11/18/2011) |
| 11/22/2011 | 4 | NOTICE OF APPEARANCE by Tom J. Ferber on behalf of David E. Callaham, Lions Gate Entertainment Corporation, Millennium Films, Nu Image Films, Sylvester Stallone (Ferber, Tom) (Entered: 11/22/2011) |
| 12/01/2011 | 5 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. David E. Callaham served on 11/3/2011, answer due 11/24/2011. Service was accepted by David E. Callaham. Document filed by Marcus Webb. (Gold, David) (Entered: 12/01/2011) |
| 12/01/2011 | 6 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Lions Gate Entertainment Corporation served on 10/24/2011, answer due 11/14/2011. Service was accepted by Ms. Schelette, Agent. Document filed by Marcus Webb. (Gold, David) (Entered: 12/01/2011) |
| 12/01/2011 | 7 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Millennium Films served on 11/1/2011, answer due 11/22/2011. Service was accepted by Frank DeMartini. Document filed by Marcus Webb. (Gold, David) (Entered: 12/01/2011) |
| 12/01/2011 | 8 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Nu Image Films served on 11/1/2011, answer due 11/22/2011. Service was accepted by Frank DeMartini. Document filed by Marcus Webb. (Gold, David) (Entered: 12/01/2011) |
| 12/05/2011 | 10 | STIPULATION AND ORDER: Lions Gate Films. Inc. and Lions Gate Home Entertainment, Inc., as the Lions Gate entities responsible for the theatrical and home video distribution, respectively, of the motion picture at issue in this action, are hereby substituted as defendants in lieu of Lions Gate Entertainment Corporation, and the Complaint shall be amended accordingly. Defendants Lions |

|  |  | Gate Films, Inc., Lions Gate Home Entertainment. Inc., and Sylvester Stallone. having all waived service of the Summons and Complaint as of 11/7/2011, such that they have until 1/6/2012 to answer or otherwise respond to the Complaint, the time for the remaining defendants to answer or otherwise respond to the Complaint shall be extended to 1/6/2012, so that all defendants may answer or otherwise respond to the Complaint on the same date. David E. Callaham answer due 1/6/2012; Millennium Films answer due 1/6/2012; Nu Image Films answer due 1/6/2012; Sylvester Stallone answer due 1/6/2012. (Signed by Judge Leonard B. Sand on 12/4/2011) (ft) (Entered: 12/06/2011) |
| 12/05/2011 |  | Set/Reset Deadlines: Lions Gate Films, Inc. answer due 1/6/2012; Lions Gate Home Entertainment, Inc. answer due 1/6/2012. (ft) (Entered: 12/06/2011) |
| 12/06/2011 | 9 | NOTICE OF COURT CONFERENCE: Case Management Conference set for 12/20/2011 at 11:00 AM in Courtroom 14B at the United States Courthouse, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 12/6/2011) (ft) (Entered: 12/06/2011) |
| 12/13/2011 | 11 | FILING ERROR – ELECTRONIC FILING FOR NON–ECF DOCUMENT – RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Marcus Webb.(Gold, David) Modified on 12/14/2011 (ka). (Entered: 12/13/2011) |
| 12/14/2011 |  | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney David Stanley Gold to E–MAIL to judgments@nysd.uscourts.gov., Document No. 11 Case Management Plan Scheduling Order. This document is not filed via ECF. (ka) (Entered: 12/14/2011) |
| 12/16/2011 | 12 | STIPULATION AND ORDER: IT HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Plaintiff, Marcus Webb, shell file the attached First Amended Complaint adding Lions Gate Films, Inc. and Lions Gate Home Entertainment. Inc. as defendants in this action and removing Lions Gate Entertainment Corporation as a defendant in this action pursuant to the terms of the Stipulation and Order entered by this Court on December 5, 2011; IT IS FURTHER STIPULATED AND AGREED that the First Amended Complaint shall not be considered P1aintiff`s amendment as a matter of course pursuant to Federal Rule of Civil Procedure l5(a)(l). (Signed by Judge Jed S. Rakoff on 12/15/2011) (djc) (Entered: 12/16/2011) |
| 12/16/2011 | 14 | MOTION for Steven R. Klein to Appear Pro Hac Vice. Document filed by Marcus Webb.(bwa) (Entered: 12/23/2011) |
| 12/20/2011 |  | Minute Entry for proceedings held before Judge Jed S. Rakoff: Initial Pretrial Conference held on 12/20/2011. (lmb) (Entered: 12/20/2011) |
| 12/20/2011 | 15 | FIRST AMENDED COMPLAINT amending 1 Complaint, against David E. Callaham, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone with JURY DEMAND. Document filed by Marcus Webb. Related document: 1 Complaint, filed by Marcus Webb.(djc) (Additional attachment(s) added on 12/29/2011: # 1 First Amended Complaint Part 2) (ama). (Entered: 12/28/2011) |
| 12/21/2011 | 13 | CIVIL CASE MANAGEMENT PLAN: This case is to be tried to a jury. Amended Pleadings due by 2/15/2012. Joinder of Parties due by 2/15/2012. Motions due by 4/16/2012. Responses due by 4/30/2012 Replies due by 5/7/2012. Deposition due by 4/6/2012. Discovery due by 4/6/2012. Oral Argument set for 5/14/2012 at 04:30 PM before Judge Jed S. Rakoff. Final Pretrial Conference set for 5/14/2012 at 04:30 PM before Judge Jed S. Rakoff. Ready for Trial by 5/21/2012. (Signed by Judge Jed S. Rakoff on 12/20/2011) (jfe) (Entered: 12/21/2011) |
| 12/29/2011 | 16 | ORDER FOR ADMISSION PROHAC VICE ON WRITTEN MOTION: granting 14 Motion for Steven R. Klein to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 12/27/2011) (js) (Entered: 12/29/2011) |
| 01/04/2012 | 17 | NOTICE OF APPEARANCE by Benjamin Stewart Akley on behalf of David E. Callaham, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone (Akley, Benjamin) (Entered: 01/04/2012) |

| 01/04/2012 | | CASHIERS OFFICE REMARK on 14 Motion to Appear Pro Hac Vice in the amount of $200.00, paid on 12/16/2011, Receipt Number 1024641. (jd) (Entered: 01/04/2012) |
|---|---|---|
| 01/06/2012 | 18 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by David E. Callaham, Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone.(Ferber, Tom) (Entered: 01/06/2012) |
| 01/06/2012 | 19 | ANSWER to 15 Amended Complaint,. Document filed by David E. Callaham, Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone.(Ferber, Tom) (Entered: 01/06/2012) |
| 01/06/2012 | 20 | RULE 26 DISCLOSURE.Document filed by Marcus Webb.(Sunshine, Jeffrey) (Entered: 01/06/2012) |
| 01/30/2012 | 21 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Jed S. Rakoff on 1/30/2012) (ft) (Entered: 01/30/2012) |
| 02/15/2012 | 22 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #24) – AMENDED ANSWER to.** Document filed by David E. Callaham, Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C Part 1, # 4 Exhibit Exhibit C Part 2, # 5 Exhibit Exhibit D)(Akley, Benjamin) Modified on 2/16/2012 (ldi). (Entered: 02/15/2012) |
| 02/15/2012 | 23 | SECOND AMENDED COMPLAINT amending 15 Amended Complaint, against David E. Callaham, Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone, Alta Vista Productions, Inc., Alta Vista Productions, LLC, Double Life Productions, Inc. with JURY DEMAND.Document filed by Marcus Webb. Related document: 15 Amended Complaint, filed by Marcus Webb.(mro) (ama). (Entered: 02/16/2012) |
| 02/16/2012 | 24 | ANSWER to 23 Amended Complaint,. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C 1 of 2, # 4 Exhibit C 2 of 2, # 5 Exhibit D)(Akley, Benjamin) (Entered: 02/16/2012) |
| 02/24/2012 | 25 | NOTICE OF APPEARANCE by James A. Janowitz on behalf of Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone (Janowitz, James) (Entered: 02/24/2012) |
| 02/27/2012 | 26 | ORDER: On February 16, 2012, defendants filed their amended answer to plaintiff's Second Amended Complaint. Exhibit B to that amended answer is currently a placeholder that reads "A DVD of 'The Expendables' will be submitted under separate cover." The Court hereby grants defendants permission to file the physical DVD with the Clerk of the Court. (Signed by Judge Jed S. Rakoff on 2/24/2012) (djc) (Entered: 02/27/2012) |
| 02/27/2012 | 27 | MEMO ENDORSEMENT ON STIPULATION AND ORDER (DENIED): IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows: (i) the transcripts and audiovisual recordings of the parties' depositions shall not be disseminated to the media, unless in response to statements or comments to the media made by or on behalf of that party; and (ii) should any party deem it necessary to file the audiovisual recording of another party's deposition, or any excerpts thereof, as part of a submission to the Court prior to the trial of this action, then such audiovisual recording shall be filed under seal with the Clerk of the Court, in the same manner as confidential documents may be filed pursuant to paragraph 8 of the Protective Order dated January 30, 2012. The parties will use their best efforts to minimize such filings. ENDORSEMENT: Not |

| | | acceptable to the Court, so DENIED. (Signed by Judge Jed S. Rakoff on 2/24/2012) (djc) (Entered: 02/27/2012) |
|---|---|---|
| 02/27/2012 | 28 | EXHIBIT B to Defendants' Answer to Second Amended Complaint, dated February 15, 2012:DVD "The Expendables." Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. ***Accepted for filing by the Honorable Jed S. Rakoff on 2/24/2012, document #26.(mro) (Entered: 03/01/2012) |
| 03/15/2012 | 29 | MOTION for Summary Judgment. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone.(Ferber, Tom) (Entered: 03/15/2012) |
| 03/15/2012 | 30 | MEMORANDUM OF LAW in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 03/15/2012) |
| 03/15/2012 | 31 | DECLARATION of Tom J. Ferber in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Attachments: # 1 Exhibit A, # 2 Exhibit B–1, # 3 Exhibit B–2, # 4 Exhibit B–3, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G)(Ferber, Tom) (Entered: 03/15/2012) |
| 03/15/2012 | 32 | DECLARATION of Sylvester Stallone in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 03/15/2012) |
| 03/15/2012 | 33 | DECLARATION of Trevor Short in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 03/15/2012) |
| 03/15/2012 | 34 | DECLARATION of David E. Callaham in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Attachments: # 1 Exhibit A–1, # 2 Exhibit A–2, # 3 Exhibit B–1, # 4 Exhibit B–2)(Ferber, Tom) (Entered: 03/15/2012) |
| 03/15/2012 | 35 | RULE 56.1 STATEMENT. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 03/15/2012) |
| 04/03/2012 | 36 | STIPULATION AND ORDER AMENDING PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Jed S. Rakoff on 3/31/2012) (ft) (Entered: 04/03/2012) |
| 04/06/2012 | 37 | DECLARATION of David M. Kohane in Opposition re: 29 MOTION for Summary Judgment.. Document filed by Marcus Webb. (Attachments: # 1 Exhibit, # 2 Exhibit)(Kohane, David) (Entered: 04/06/2012) |

| | | |
|---|---|---|
| 04/06/2012 | 38 | DECLARATION of David S. Gold in Opposition re: 29 MOTION for Summary Judgment.. Document filed by Marcus Webb. (Attachments: # 1 Exhibit)(Kohane, David) (Entered: 04/06/2012) |
| 04/06/2012 | 39 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** DECLARATION of Michael Elias in Opposition re: 29 MOTION for Summary Judgment.. Document filed by Marcus Webb. (Kohane, David) Modified on 4/25/2012 (db). (Entered: 04/06/2012) |
| 04/06/2012 | 40 | SEALED DOCUMENT placed in vault.(nm) (Entered: 04/09/2012) |
| 04/10/2012 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 4/10/2012. (rjm) (Entered: 04/23/2012) |
| 04/17/2012 | 41 | DECLARATION of Michael Elias in Opposition re: 29 MOTION for Summary Judgment.. Document filed by Marcus Webb. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B (Part 1), # 3 Exhibit Exhibit B (Part 2), # 4 Exhibit Exhibit B (Part 3), # 5 Exhibit Exhibit B (Part 4), # 6 Exhibit Exhibit B (Part 5))(Gold, David) (Entered: 04/17/2012) |
| 04/17/2012 | 42 | SEALED DOCUMENT placed in vault.(nm) (Entered: 04/18/2012) |
| 04/18/2012 | 43 | DECLARATION of DAVID E. CALLAHAM in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 04/18/2012) |
| 04/18/2012 | 44 | DECLARATION of KEVIN KING TEMPLETON in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 04/18/2012) |
| 04/18/2012 | 45 | DECLARATION of SCOTT LAMBERT in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 04/18/2012) |
| 04/18/2012 | 46 | DECLARATION of DAVID MCKENNA in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 04/18/2012) |
| 04/18/2012 | 47 | DECLARATION of MARTIN D. SINGER in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 04/18/2012) |
| 04/18/2012 | 48 | DECLARATION of SYLVESTER STALLONE in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 04/18/2012) |
| 04/18/2012 | 49 | RULE 56.1 STATEMENT. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 04/18/2012) |
| 04/18/2012 | 50 | DECLARATION of ROBERT MARK KAMEN in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. |

| | | |
|---|---|---|
| | | (Ferber, Tom) (Entered: 04/18/2012) |
| 04/18/2012 | 51 | REPLY MEMORANDUM OF LAW in Support re: 29 MOTION for Summary Judgment.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 04/18/2012) |
| 04/18/2012 | 52 | SEALED DOCUMENT placed in vault.(nm) EXHIBIT A, CD DRIVE, ADDED AS PER DOCUMENT #53, filed on 4/23/2012. (cd). (Entered: 04/19/2012) |
| 04/23/2012 | 53 | ORDER: With the consent of the parties in the above–captioned case, the Court hereby orders the Clerk of the Court to unseal document numbers 40, 42, and 52 on the docket sheet of this case. (Signed by Judge Jed S. Rakoff on 4/20/2012) (jfe) (Entered: 04/23/2012) |
| 04/23/2012 | | Transmission to Sealed Records Clerk. Transmitted re: 53 Order, to the Sealed Records Clerk for the sealing or unsealing of document or case. (jfe) (Entered: 04/23/2012) |
| 04/23/2012 | 57 | MEMORANDUM OF LAW in Opposition re: 29 MOTION for Summary Judgment. Document filed by Marcus Webb. (previously filed under seal as document #40) (cd) (cd). (Entered: 04/30/2012) |
| 04/23/2012 | 58 | COUNTER STATEMENT TO 49 Rule 56.1 Statement. Document filed by Marcus Webb. (previously filed under seal as document #40) (cd) (cd). (Entered: 04/30/2012) |
| 04/23/2012 | 59 | DECLARATION of David M Kohane in Opposition re: 29 MOTION for Summary Judgment. Document filed by Marcus Webb. (previously filed under seal as document # 40) (cd) (cd). (Entered: 04/30/2012) |
| 04/23/2012 | 60 | MEMORANDUM OF LAW in Opposition re: 29 MOTION for Summary Judgment. Document filed by Marcus Webb. (previously filed under seal as document #42) (cd) (cd). (Entered: 04/30/2012) |
| 04/25/2012 | 54 | DECLARATION of David M. Kohane in Opposition re: 29 MOTION for Summary Judgment.. Document filed by Marcus Webb. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U)(Kohane, David) (Entered: 04/25/2012) |
| 04/25/2012 | 55 | **DOCUMENT REFERRED TO JUDGE FOR APPROVAL – –** STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above–captioned action is voluntarily dismissed, with prejudice against the defendant(s) David E. Callaham and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by Nu Image Films, Lions Gate Films, Inc., Sylvester Stallone, Lions Gate Entertainment Corporation, Double Life Productions, Inc., David E. Callaham, Alta Vista Productions, LLC, Alta Vista Productions, Inc., Lions Gate Home Entertainment, Inc., Millennium Films.(Akley, Benjamin) Modified on 4/26/2012 (ml). (Entered: 04/25/2012) |
| 04/26/2012 | | **\*\*\*NOTE TO ATTORNEY – DOCUMENT REFERRED TO JUDGE FOR APPROVAL. Note to Attorney Benjamin Akley Document 55 Stipulation of Voluntary Dismissal,,, was referred to Judge Jed S. Rakoff for approval. (ml)** (Entered: 04/26/2012) |
| 04/26/2012 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 4/26/2012 re: 29 MOTION for Summary Judgment. filed by Alta Vista Productions, Inc., Lions Gate Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta Vista Productions, LLC, Millennium Films, David E. Callaham. (djc) (Entered: 05/01/2012) |

| | | |
|---|---|---|
| 04/27/2012 | 56 | STIPULATION OF DISMISSAL AS TO DAVID E. CALLAHAM: It is stipulated and agreed, between counsel for all parties, that this matter be dismissed, with prejudice and without costs and fees, as to defendant David. E. Callaham only. (Signed by Judge Jed S. Rakoff on 4/26/2012) (djc) (Entered: 04/27/2012) |
| 06/25/2012 | 61 | ORDER. Having now fully considered the matter, the Court hereby grants defendants' motion in all respects. A written opinion stating the reasons for this ruling will issue in due course, and final judgment will not be entered until that opinion issues. In the interim, all further proceedings in this case are stayed. The Clerk of the Court is hereby directed to close document number twenty−nine on the docket of this case. Granting 29 Motion for Summary Judgment. (Signed by Judge Jed S. Rakoff on 6/22/2012) (rjm) (Entered: 06/25/2012) |
| 07/13/2012 | 62 | TRANSCRIPT of Proceedings re: MOTION held on 4/26/2012 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Vincent Bologna, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/6/2012. Redacted Transcript Deadline set for 8/16/2012. Release of Transcript Restriction set for 10/15/2012.(McGuirk, Kelly) (Entered: 07/13/2012) |
| 07/13/2012 | 63 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION proceeding held on 4/26/12 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/13/2012) |
| 12/27/2012 | 64 | MEMORANDUM ORDER: Because plaintiff has failed to provide evidence of access, and failed to show the Cordoba and Expendables are so strikingly similar as to permit a reasonable juror to infer access, the Court finds the plaintiff's claim fails as a matter of law. Accordingly, the Court reaffirms its "bottom line" Order dated June 22, 2012 granting summary judgment in favor of defendants. The Clerk of the Court is hereby directed to enter judgment in favor of defendants dismissing the complaint with prejudice, and to close the case. (Signed by Judge Jed S. Rakoff on 12/26/2012) (lmb) (Entered: 12/27/2012) |
| 12/27/2012 | | Transmission to Judgments and Orders Clerk. Transmitted re: 64 Order to the Judgments and Orders Clerk. (lmb) (Entered: 12/27/2012) |
| 12/27/2012 | 65 | CLERK'S JUDGMENT That for the reasons stated in the Court's Memorandum Order dated December 26, 2012, the Court reaffirms its "bottom line" Order dated June 22, 2012 granting summary judgment in favor of defendants; judgment is entered in favor of defendants dismissing the complaint with prejudice; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 12/27/12) (Attachments: # 1 Notice of Right to Appeal)(ml) (Entered: 12/27/2012) |
| 01/10/2013 | 66 | MOTION for Attorney Fees. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone.(Ferber, Tom) (Entered: 01/10/2013) |
| 01/10/2013 | 67 | MEMORANDUM OF LAW in Support re: 66 MOTION for Attorney Fees.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Ferber, Tom) (Entered: 01/10/2013) |
| 01/10/2013 | 68 | DECLARATION of Tom J. Ferber in Support re: 66 MOTION for Attorney Fees.. Document filed by Alta Vista Productions, Inc., Alta Vista Productions, LLC, David E. Callaham, Double Life Productions, Inc., Lions Gate Entertainment Corporation, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Millennium Films, Nu Image Films, Sylvester Stallone. (Attachments: # 1 Exhibit A−B)(Ferber, Tom) (Entered: 01/10/2013) |

| 01/14/2013 | 71 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 64 Order. (Attachments: # 1 Internet Citations) (sj) (Entered: 01/30/2013) |
|---|---|---|
| 01/18/2013 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/18/2013. (Kotowski, Linda) (Entered: 01/18/2013) |
| 01/25/2013 | 69 | NOTICE OF APPEAL from 64 Order,.. Document filed by Marcus Webb. Filing fee $ 455.00, receipt number 0208–8177098. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Kohane, David) (Entered: 01/25/2013) |
| 01/25/2013 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 69 Notice of Appeal. (nd) (Entered: 01/25/2013) |
| 01/25/2013 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 34 Declaration in Support of Motion, filed by Alta Vista Productions, Inc., Lions Gate Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta Vista Productions, LLC, Millennium Films, David E. Callaham, 61 Order on Motion for Summary Judgment,, 22 Amended Answer to Complaints, filed by Lions Gate Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc., Millennium Films, David E. Callaham, 52 Sealed Document, 14 MOTION for Steven R. Klein to Appear Pro Hac Vice. filed by Marcus Webb, 10 Stipulation and Order, Set Deadlines,,,,,,, 56 Stipulation and Order of Dismissal, 57 Memorandum of Law in Opposition to Motion filed by Marcus Webb, 65 Clerk's Judgment, 68 Declaration in Support of Motion, filed by Alta Vista Productions, Inc., Lions Gate Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta Vista Productions, LLC, Millennium Films, David E. Callaham, 67 Memorandum of Law in Support of Motion, filed by Alta Vista Productions, Inc., Lions Gate Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta Vista Productions, LLC, Millennium Films, David E. Callaham, 29 MOTION for Summary Judgment. filed by Alta Vista Productions, Inc., Lions Gate Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta Vista Productions, LLC, Millennium Films, David E. Callaham, 51 Reply Memorandum of Law in Support of Motion, filed by Alta Vista Productions, Inc., Lions Gate Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta Vista Productions, LLC, Millennium Films, David E. Callaham, 5 Summons Returned Executed filed by Marcus Webb, 3 Notice of Appearance filed by Marcus Webb, 19 Answer to Amended Complaint filed by Lions Gate Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc., Millennium Films, David E. Callaham, 16 Order on Motion to Appear Pro Hac Vice, 15 Amended Complaint, filed by Marcus Webb, 53 Order, 32 Declaration in Support of Motion, filed by Alta Vista Productions, Inc., Lions Gate Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta Vista Productions, LLC, Millennium Films, David E. Callaham, 49 Rule 56.1 Statement, filed by Alta Vista Productions, Inc., Nu Image Films, Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta Vista Productions, LLC, Millennium Films, David E. Callaham, 41 Declaration in Opposition to Motion, filed by Marcus Webb, 39 Declaration in Opposition to Motion filed by Marcus Webb, 11 Rule 26(f) Discovery Plan Report filed by Marcus Webb, 48 Declaration in Support of Motion, filed by Alta Vista Productions, Inc., Nu Image Films, Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta Vista Productions, LLC, Millennium Films, David E. Callaham, 36 Protective Order, 1 Complaint, filed by Marcus Webb, 38 Declaration in Opposition to Motion filed by Marcus Webb, 23 Amended Complaint, filed by Marcus Webb, 12 Stipulation and Order,, 58 Counter Statement to Rule 56.1 filed by Marcus Webb, 60 Memorandum of Law in Opposition to Motion filed by Marcus Webb, 2 Notice of Appearance filed by Marcus Webb, 18 Rule 7.1 Corporate Disclosure Statement, |

filed by Lions Gate Entertainment Corporation, Nu Image Films, Sylvester
Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc.,
Millennium Films, David E. Callaham, 35 Rule 56.1 Statement, filed by Alta Vista
Productions, Inc., Lions Gate Entertainment Corporation, Nu Image Films,
Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc.,
Double Life Productions, Inc., Alta Vista Productions, LLC, Millennium Films,
David E. Callaham, 8 Summons Returned Executed filed by Marcus Webb, 30
Memorandum of Law in Support of Motion, filed by Alta Vista Productions, Inc.,
Lions Gate Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions
Gate Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions,
Inc., Alta Vista Productions, LLC, Millennium Films, David E. Callaham, 37
Declaration in Opposition to Motion filed by Marcus Webb, 9 Scheduling Order,
66 MOTION for Attorney Fees. filed by Alta Vista Productions, Inc., Lions Gate
Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions Gate Home
Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta
Vista Productions, LLC, Millennium Films, David E. Callaham, 59 Declaration in
Opposition to Motion filed by Marcus Webb, 45 Declaration in Support of Motion,
filed by Alta Vista Productions, Inc., Nu Image Films, Sylvester Stallone, Lions
Gate Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions,
Inc., Alta Vista Productions, LLC, Millennium Films, David E. Callaham, 55
Stipulation of Voluntary Dismissal,,, filed by Alta Vista Productions, Inc., Lions
Gate Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions Gate
Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc.,
Alta Vista Productions, LLC, Millennium Films, David E. Callaham, 26 Order, 62
Transcript,, 21 Protective Order, 64 Order,, 31 Declaration in Support of Motion,,
filed by Alta Vista Productions, Inc., Lions Gate Entertainment Corporation, Nu
Image Films, Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate
Films, Inc., Double Life Productions, Inc., Alta Vista Productions, LLC,
Millennium Films, David E. Callaham, 4 Notice of Appearance filed by Lions Gate
Entertainment Corporation, Nu Image Films, Sylvester Stallone, Millennium
Films, David E. Callaham, 43 Declaration in Support of Motion, filed by Alta Vista
Productions, Inc., Nu Image Films, Sylvester Stallone, Lions Gate Home
Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta
Vista Productions, LLC, Millennium Films, David E. Callaham, 44 Declaration in
Support of Motion, filed by Alta Vista Productions, Inc., Nu Image Films,
Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc.,
Double Life Productions, Inc., Alta Vista Productions, LLC, Millennium Films,
David E. Callaham, 54 Declaration in Opposition to Motion,, filed by Marcus
Webb, 17 Notice of Appearance filed by Nu Image Films, Sylvester Stallone,
Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc., Millennium Films,
David E. Callaham, 24 Answer to Amended Complaint, filed by Alta Vista
Productions, Inc., Nu Image Films, Sylvester Stallone, Lions Gate Home
Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta
Vista Productions, LLC, Millennium Films, David E. Callaham, 7 Summons
Returned Executed filed by Marcus Webb, 47 Declaration in Support of Motion,
filed by Alta Vista Productions, Inc., Nu Image Films, Sylvester Stallone, Lions
Gate Home Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions,
Inc., Alta Vista Productions, LLC, Millennium Films, David E. Callaham, 33
Declaration in Support of Motion, filed by Alta Vista Productions, Inc., Lions Gate
Entertainment Corporation, Nu Image Films, Sylvester Stallone, Lions Gate Home
Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta
Vista Productions, LLC, Millennium Films, David E. Callaham, 46 Declaration in
Support of Motion, filed by Alta Vista Productions, Inc., Nu Image Films,
Sylvester Stallone, Lions Gate Home Entertainment, Inc., Lions Gate Films, Inc.,
Double Life Productions, Inc., Alta Vista Productions, LLC, Millennium Films,
David E. Callaham, 13 Case Management Plan,, 50 Declaration in Support of
Motion, filed by Alta Vista Productions, Inc., Lions Gate Entertainment
Corporation, Nu Image Films, Sylvester Stallone, Lions Gate Home Entertainment,
Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta Vista Productions,
LLC, Millennium Films, David E. Callaham, 6 Summons Returned Executed filed
by Marcus Webb, 63 Notice of Filing Transcript, 69 Notice of Appeal filed by
Marcus Webb, 27 Stipulation and Order,,, 25 Notice of Appearance, filed by Alta
Vista Productions, Inc., Nu Image Films, Sylvester Stallone, Lions Gate Home
Entertainment, Inc., Lions Gate Films, Inc., Double Life Productions, Inc., Alta

|  |  | Vista Productions, LLC, Millennium Films, David E. Callaham, <u>20</u> Rule 26 Disclosure filed by Marcus Webb were transmitted to the U.S. Court of Appeals. (nd) (Entered: 01/25/2013) |
|---|---|---|
| 01/28/2013 | <u>70</u> | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that defendants' motion for an award of costs and attorneys fees, Docket Nos. 66 through 68, and any further proceedings thereon (including plaintiff's time to respond to motion), are stayed pending (a) resolution by the United States Court of Appeals for the Second Circuit of plaintiff's anticipated appeal from this Court's judgment entered December 27, 2012 (Docket No. 65) and the orders underlying the judgment (including the Memorandum Order, Docket No. 64, and the Order, Docket No. 61), or (b) further order of the Court. (Signed by Judge Jed S. Rakoff on 01/26/2013) (jcs) (Entered: 01/29/2013) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
MARCUS WEBB,                         :

                 Plaintiff,          :

          -v-                        :          11 Civ. 7517 (JSR)
                                     :
SYLVESTER STALLONE et al.,           :          ORDER
                                     :
                 Defendants.         :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

        On February 16, 2012, defendants filed their amended answer to

plaintiff's Second Amended Complaint. Exhibit B to that amended answer

is currently a placeholder that reads "A DVD of 'The Expendables' will

be submitted under separate cover." The Court hereby grants defendants

permission to file the physical DVD with the Clerk of the Court.

        SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        February 24, 2012

Tom J. Ferber
James A. Janowitz
Benjamin S. Akley
PRYOR CASHMAN LLP
Attorneys for Defendants
7 Times Square
New York, New York  10036-6569
(212)421-4100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x,

MARCUS WEBB,                                                     11 CIV 7517 (JSR)

                              Plaintiff,
                                                                **NOTICE OF MOTION**

          - against -


SYLVESTER STALLONE, ET AL,

                              Defendants.
----------------------------------------------------------------x

          PLEASE TAKE NOTICE that upon the annexed Statement Pursuant to Local Rule 56.1,

dated March 15,  2012; the  Declaration of Tom J. Ferber dated March 15, 2012 and the exhibits

annexed thereto; the Declaration of Sylvester Stallone dated March 12, 2012 and the exhibits

annexed thereto; the Declaration of David E. Callaham dated March 14, 2012 and the exhibits

annexed thereto; the Declaration of Trevor Short dated March 12, 2012; the accompanying

Memorandum of Law; and all prior pleadings and proceedings had herein, the undersigned will

move this Court, before the Honorable Jed S. Rakoff, in Room 14B at the United States Courthouse,

500 Pearl Street, New York, New York 10007, on April 26th, 2012 at 4:30 in the afternoon, for an

Order granting summary judgment and dismissing the Second Amended Complaint of plaintiff Marcus

Webb in its entirety pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and

further relief as the Court deems just and proper.

Plaintiff's papers in opposition, if any, must be filed and served on or before April 6, 2012, and Defendants' papers in reply, if any, must be filed and served on or before April 18, 2012.

Dated: New York, New York
       March 15, 2012

> PRYOR CASHMAN LLP
>
> By: _____
> Tom J. Ferber
> James A. Janowitz
> Benjamin S. Akley
> Attorneys for Defendants
> 7 Times Square
> New York, New York  10036-6569
> (212) 421-4100
> *Attorneys for Defendants*

1152326

Tom J. Ferber
James A. Janowitz
Benjamin S. Akley
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036-6569
tferber@pryorcashman.com
(212) 421-4100

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARCUS WEBB,                                          11 CIV 7517 (JSR)

                                Plaintiff

                                                     **DECLARATION OF**
        -against-                                    **TOM J. FERBER IN SUPPORT**
                                                     **OF DEFENDANTS' MOTION**
                                                     **FOR SUMMARY JUDGMENT**

SYLVESTER STALLONE, et al.,

                                Defendants.
------------------------------------------------------------x


        TOM J. FERBER declares as follows:

        1.      I am a member of Pryor Cashman LLP, counsel for all of the defendants in the

above-referenced matter.  I submit this declaration for the purpose of putting before the Court

certain pleadings, testimony and exhibits to which reference is made in the accompanying

Statement Pursuant to Local Rule 56.1 and in the Memorandum of Law in Support of Defendants'

Motion for Summary Judgment.

        2.      Annexed hereto as Exhibit "A" is a copy of the Second Amended Complaint.  The

original Complaint was filed on October 24, 2011.

1153037

3.      Annexed hereto as Exhibit "B" is a copy of the Answer to the Second Amended Complaint.  A DVD of the motion picture "The Expendables," which is the subject of this action, is Exhibit B to the Answer.

4.      Exhibit C to the Answer includes the "3rd Studio Draft" of a screenplay tentatively entitled "Barrow," by defendant David E. Callaham.  That screenplay, a Warner Bros. memorandum dated January 30, 2006, and the Declaration of Wayne M. Smith, Esq. of Warner Bros., all of which are set forth at Exhibit C to the Answer, were produced by Warner Bros. in response to a subpoena.

5.      Annexed as Exhibit "C" hereto are excerpts from the deposition of plaintiff Marcus Webb ("Webb").

6.      Annexed hereto as Exhibit "D" is Exhibit "CC" from Webb's deposition.

7.      Annexed hereto as Exhibit "E" is Exhibit "FF" from Webb's deposition.

8.      Annexed hereto as Exhibit "F" is Exhibit "GG" from Webb's deposition.

9.      Annexed hereto as Exhibit "G" is a copy of Webb's responses to defendants' interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2012.

Tom J. Ferber

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -

MARCUS WEBB,

        Plaintiff,

    -against-

SYLVESTER STALLONE, DAVID E.
CALLAHAM, MILLENNIUM FILMS, NU
IMAGE FILMS, LIONS GATE FILMS, INC.,
LIONS GATE HOME ENTERTAINMENT, INC.,
ALTA VISTA PRODUCTIONS, INC., ALTA
VISTA PRODUCTIONS, LLC and DOUBLE LIFE
PRODUCTIONS, INC.,

        Defendants.

Civil Action No. 1:11-cv-07517 (JSR)

**SECOND AMENDED COMPLAINT**

**JURY DEMAND**

FEB 15 2012
U.S.D.C. S.D.N.Y.
CASHIERS

Plaintiff, Marcus Webb ("Webb" or "Plaintiff"), by his attorneys, Jeffrey A.

Sunshine, P.C. and Cole, Schotz, Meisel, Forman & Leonard P.A., for his Complaint against

Defendants, Sylvester Stallone ("Stallone"), David E. Callaham ("Callaham"), Millennium

Films ("Millennium"), Nu Image Films ("Nu Image"), Lions Gate Films, Inc. ("Lions Gate

Films"), Lions Gate Home Entertainment, Inc. ("Lions Gate Home Entertainment"), Alta Vista

Productions, Inc., Alta Vista Productions, LLC and Double Life Productions, Inc. ("Double

Life") (hereinafter, "Defendants"), alleges as follows:

### NATURE OF THE ACTION

    1. This is a civil action for copyright infringement under the Copyright Act of 1976,

17 U.S.C. §101 *et seq.* ("Copyright Act"), arising from Defendants' deliberate, willful, and

unauthorized copying, reproduction, distribution, performance and exploitation of a derivative

work based on Webb's screenplay *The Cordoba Caper*.

    2. Defendants Stallone and Callaham are credited with co-authoring the screenplay for

*The Expendables* was produced by Millennium, Nu Image, and, upon information and belief, Alta Vista Productions, Inc., Alta Vista Productions, LLC and Double Life Productions, Inc. ("Double Life"), and *The Expendables* was distributed by Lions Gate Films (theatrical distribution) and Lions Gate Home Entertainment (home video distribution). According to filings with the United States Copyright Office, Alta Vista Productions, Inc. is also credited with authorship of the screenplay.

3.     The screenplay for *The Expendables* is strikingly similar, and in some places identical, to *The Cordoba Caper*. Given the numerous similarities between the works, it is evident that Defendants had access to and copied Webb's screenplay for *The Cordoba Caper*.

4.     Defendants have infringed Webb's rights under the Copyright Act by creating, reproducing, manufacturing, distributing and performing *The Expendables*, an unauthorized derivative work based on Webb's original copyrighted screenplay for *The Cordoba Caper*. Recent media reports have also confirmed that a sequel, *The Expendables 2*, is now in production.

5.     Webb seeks damages for copyright infringement and injunctive relief restraining Defendants from further infringing his copyright in *The Cordoba Caper*.

## JURISDICTION AND VENUE

6.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

7.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400. Defendants, at times pertinent to this action, did transact and continue to transact business within this District, and a substantial part of the events giving rise to Plaintiff's claims also occurred in this District. Moreover, upon information and belief, Defendants and/or their registered agents reside and/or may be found in this District.

49441/0001-8306353v1

### THE PARTIES

8.      Upon information and belief, Sylvester Stallone is an individual residing in Beverly Hills, California.

9.      Upon information and belief, David E. Callaham is an individual residing in Los Angeles, California.

10.     Marcus Webb is an individual residing at 1127 High Ridge Road, Stamford, Connecticut.

11.     Upon information and belief, Millennium Films is a corporation located at 6423 Wilshire Boulevard, Los Angeles, California.

12.     Upon information and belief, Nu Image Films is a corporation located at 6423 Wilshire Boulevard, Los Angeles, California.

13.     Upon information and belief, Lions Gate Films, Inc. is a corporation located at 2700 Colorado Avenue, Santa Monica, California with offices at 75 Rockefeller Plaza, New York, New York.

14.     Upon information and belief, Lions Gate Home Entertainment, Inc. is a corporation located at 2700 Colorado Avenue, Santa Monica, California with offices at 75 Rockefeller Plaza, New York, New York.

15.     Upon information and belief, Alta Vista Productions, Inc. is a corporation located at 318 North Carson Street, Carson City, Nevada.

16.     Upon information and belief, Alta Vista Productions, LLC is a limited liability company located at 2154 Midway Street, Shreveport, Louisiana.

17.     Upon information and belief, Double Life Productions, Inc. is a corporation located at 6423 Wilshire Boulevard, Los Angeles, California.

3

## BACKGROUND FACTS

18.    Webb is the author of the original screenplay entitled *The Cordoba Caper* (the "Screenplay").  The Screenplay was duly filed with the United States Copyright Office on June 08, 2006 (Registration Number: PAu003049981).  A true and accurate copy of the Certificate of Registration is attached hereto as **Exhibit A**.  A short story with the same title and plot was duly filed with the United States Copyright Office on June 09, 2006 (Registration Number: TXu001304661).  A true and accurate copy of the Certificate of Registration is attached hereto as **Exhibit B**.

19.    Webb is the exclusive owner of all rights, title and interest in the Screenplay and has not assigned, licensed or otherwise transferred his copyright to any third-parties or dedicated his rights to the public.

20.    From 2006 through 2009, Webb submitted the Screenplay to numerous literary forums, and it was widely available for viewing and consideration by the motion picture industry.

21.    *The Cordoba Caper* tells the story of a team of elite, highly-trained mercenaries hired to defeat General Garza, a rogue army general of a small Latin American country.

22.    On August 13, 2010, *The Expendables* was released in theaters worldwide.  *The Expendables* tells the story of a team of elite, highly-trained mercenaries hired to defeat General Garza, a rogue army general of a small Latin American country.

23.    Protectable aspects of the plot, characters, setting, and dialogue of *The Cordoba Caper* and *The Expendables* are substantially similar and, in some cases, identical.  A summary illustrating some of these similarities is set forth in the parallels chart below:

4

| SIMILARITIES | *THE CORDOBA CAPER* | *THE EXPENDABLES* |
|---|---|---|
| 1. The story opens with a hostage rescue at sea, off a foreign coast, which has nothing to do with the main plot. | The story opens with a hostage rescue at sea, off Taiwan, which has nothing to do with the main plot. | The story opens with a hostage rescue at sea, off the coast of Africa, which has nothing to do with the main plot. |
| 2. The main villain is General Garza, an evil military dictator of a small Latin American nation; he is a notorious human rights violator and mass murderer of his own people. | General Enrique Garza is introduced as a "right-wing, fascist viper." Garza is an evil military dictator of a small Latin American nation called Cordoba; he is a notorious human rights violator and mass murderer of his own people. | General Rubin Garza is described as a "fanatic" and dictator. Garza is an evil military dictator of a small Latin American nation called Vilena; he is a notorious human rights violator and mass murderer of his own people. |
| 3. Garza's "number two" is his security chief... a man who represents an ideology hostile to Garza's. Their alliance is a marriage of convenience to terrorize the peasants and turn the country into a giant cocaine plantation. | Garza is a fascist, but his Minister of State Security is a Marxist-communist, Colonel Ramon Torres. Their alliance is a marriage of convenience to terrorize the peasants and turn the country into a giant cocaine plantation. | Garza is out of favor with the American CIA but his chief internal ally is a renegade American CIA officer named Monroe who is disrespectful and openly hostile towards Garza. Their alliance is a marriage of convenience to terrorize the peasants and turn the country into a giant cocaine plantation. |

49441/0001-8306353v1

| SIMILARITIES | *THE CORDOBA CAPER* | *THE EXPENDABLES* |
|---|---|---|
| 4. Both Garza and his "number two" have their own personal, private security forces, associated with the colors RED and BLACK, respectively. | Colonel Ramon Torres, Cordoba's Minister of State Security, has a personal, private (communist) security force called the RED Brigades.<br><br>Gen. Garza has his own separate personal, private (fascist) security force, the BLACK-uniformed "Palace Guard." | General Garza has a personal, private security force of uniformed military guards. They wear RED flashing and RED berets.<br><br>Monroe has security chief Paine and other personal, private American security operatives. They always wear BLACK. |
| The two security forces are hostile to each other throughout the story and eventually turn on each other. | The two security forces are hostile to each other throughout the story and eventually turn on each other. | The two security forces are hostile to each other throughout the story and eventually turn on each other. |
| 5. The hero is a working class, middle-aged American mercenary and leader of a team of FIVE mercenaries. | St. John is a working class, middle-aged American mercenary and leader of a team of FIVE mercenaries. | Barney Ross is a working class, middle-aged American mercenary and leader of a team of FIVE mercenaries. |
| One team member is named Tool or O'Toole. | One team member is Terri O'Toole. | A former team member is named Tool. |
| They are all personal friends; they do not just work for money but for causes they believe in. | They are all personal friends; they do not just work for money but for causes they believe in. | They are all personal friends; they do not just work for money but for causes they believe in. |

49441/0001-8306353v1

| SIMILARITIES | THE CORDOBA CAPER | THE EXPENDABLES |
|---|---|---|
| 6. After the hostage rescue at sea, but before starting the mission against Garza, one of the mercenaries visits a young woman he loves. | After the hostage rescue at sea, but before starting the mission against Garza, St. John visits his daughter Allison. | After the hostage rescue at sea, but before starting the mission against Garza, Lee Christmas visits his girlfriend Lacy. |
| They have a strained, awkward conversation. She complains she does not even know what he does for a living. | They have a strained, awkward conversation. She complains she does not even know what he does for a living. | They have a strained, awkward conversation. She complains she does not even know what he does for a living. |
| They love each other but are clearly alienated. The woman is frustrated with the mercenary's frequent unexplained absences; this makes her emotionally distant and guarded. | They love each other but are clearly alienated. The woman is frustrated with the mercenary's frequent unexplained absences; this makes her emotionally distant and guarded. | They love each other but are clearly alienated. The woman is frustrated with the mercenary's frequent unexplained absences; this makes her emotionally distant and guarded. |
| The mercenary is hurt by the young woman's negative reaction and parts from her unhappily. | St. John is hurt by Allison's reaction. He reluctantly departs without saying the things he wanted to say. | Christmas is hurt by Lacy's reaction. He leaves feeling dejected. |
| 7. The hero's missions are defined as going "TO HELL AND BACK." | St. John is described as "a man who's been TO HELL AND BACK enough times to mark the trail." | Tool tells Ross: "I got three pieces of work. Two a walk in the park. One TO HELL AND BACK." |

49441/0001-8306353v1

| SIMILARITIES | THE CORDOBA CAPER | THE EXPENDABLES |
|---|---|---|
| 8.  The main story is introduced when an older, seemingly rich executive meets the hero and tries to hire him. | The client is a Scottish oil company tycoon named Sir Reginald Wilson-Thomas.  He is 96 years old and rich. | The client is a corporate executive who goes by the name "Mr. Church."  He is about 60 years old and apparently rich, since he authorizes a multi-million payment. |
| The rich executive meets the hero and tries to hire him to get rid of Garza and his regime.  The client is interested in the country's natural resources. | He meets St. John and tries to hire him to get rid of Garza and his regime.  The client is interested in the country's natural resources. | He meets Ross and tries to hire him to get rid of Garza and his regime.  The client is interested in the country's natural resources. |
| 9.  The mercenary hero is reminded about an earlier military-style operation that he undertook in Africa. | Wilson-Thomas reminds St. John about an earlier military-style operation that he undertook in the African country of Chad. | Tool reminds Barney Ross about an earlier military-style operation that he undertook in the African Country of Nigeria. |
| 10. The hero's fee for the job is $5 million. | St. John is described as a globe-trotting mercenary "who was paid $5 million per job."  [Short story version of *The Cordoba Caper*] | Ross tells Church the fee is $5 million. |
| 11. The mercenary hero is initially reluctant to accept the mission, thinking it is too difficult. | St. John says "war is a little out of my league." | A member of Ross's team says eliminating Garza "would take a small army" and "All we got is four and a half guys." |
| The hero turns down the job at first, but later accepts because the life of a young woman is at stake. | St. John turns down the job at first, but later accepts because Allison's life is at stake. | Ross turns down the job at first, but later accepts because Sandra's life is at stake. |

8

| SIMILARITIES | THE CORDOBA CAPER | THE EXPENDABLES |
|---|---|---|
| 12. The heroine is a CLOSE RELATIVE of Garza, who is also a leader of the underground resistance. | Renata is Garza's NIECE. She is also the leader of the Rebels against Garza. | Sandra is Garza's DAUGHTER. She is also working with the local resistance movement against Garza. |
| The hero and heroine become emotionally involved. | St. John and Renata become lovers. | Ross and Sandra make a strong emotional connection. |
| 13. The hero's closest ally is ironically described as a ZORRO type figure. | In a self-deprecating way, Renata says of the native Indians: "To them, I'm a combination of Joan of Arc, Abraham Lincoln, and ZORRO." <br><br> Later, St. John jokingly asks Renata: "This how ya got in the ZORRO business?" | Ross jokingly asks Christmas: "Who are you, ZORRO?" |
| 14. It is suggested that the U.S. might INVADE Garza's homeland in order to take over the country, its oil reserves or its natural resources. | St. John says "the [U.S.] Marines are gettin' ready to INVADE Cordoba." | Garza says "These American INVADERS are trying to kill our country!" |
| 15. Impressed by the heroine's courage in living dangerously under Garza's regime, the mercenaries praise her GUTS. | Impressed by Renata's courage in leading the freedom fighters for so long and taking part in the coup, St. John says, "THAT GAL HAS MORE GUTS…" | Impressed by Sandra's courage in refusing to leave her country, Tool says, "SHE HAD SOME GUTS." |
| 16. The heroine is kidnapped and tortured as Garza's security chief tries to get information about the mercenaries. | Renata is arrested by Colonel Torres and later shackled to the box spring of a mattress. <br><br> She is tortured by Torres to get her to give up information and confess. | Sandra is arrested by Monroe and later pinned to a table by Paine. <br><br> She is water boarded, tortured for information about the mercenaries. |

9

| SIMILARITIES | THE CORDOBA CAPER | THE EXPENDABLES |
|---|---|---|
| 17. The mercenaries are led into what appears to be an ambush. | St. John and several rebels run into an ambush from 1,250 Red Brigade soldiers. | As Ross and his team enter the palace courtyard they are ambushed by over 100 of General Garza's Red Guard soldiers. |
| But the mercenaries know the whole layout in advance and have prepared a counter-ambush by planting explosives on site. | But the mercenaries know the whole layout in advance and have prepared a counter-ambush by planting explosives on site. | But the mercenaries know the whole layout in advance and have prepared a counter-ambush by planting explosives on site. |
| There is a climactic shootout in the courtyard of Garza's HQ building. | There is a climactic shootout in the courtyard of Garza's HQ building. | There is a climactic shootout in the courtyard of Garza's HQ building. |
| The mercenaries massacre Garza's forces as the explosives go off in a precise sequence. | The mercenaries massacre Garza's forces as the explosives go off in a precise sequence. | The mercenaries massacre Garza's forces as the explosives go off in a precise sequence. |
| 18. After being tortured, the heroine is forcibly taken to Garza's office by the security chief. | Renata is brought to Garza's office by security chief Torres, who reveals that Renata is a rebel leader. | Sandra is brought to Garza's office by Monroe and security chief Paine. |
| Garza is enraged and turns on his own security chief. | Garza is enraged and turns on his own security chief. | Garza is enraged and turns on his own security chief. |
| 19. The linchpin moment of the plot comes when Garza is giving a political speech to the people of his country from his presidential palace. | The linchpin moment of the plot comes when Garza is giving a speech on live TV from his palace office. | The linchpin moment of the plot comes when Garza steps out onto the palace balcony and gives a speech about how he loves his country and is trying to defend it. |
| Garza suspects his "number two" of treachery. The security chief kills Garza. | Garza suspects Torres of treachery. Torres kills Garza. | Garza suspects Monroe of treachery. Monroe and Paine kill Garza. |

49441/0001-8306353v1

| SIMILARITIES | THE CORDOBA CAPER | THE EXPENDABLES |
|---|---|---|
| 20. Garza's "number two" security chief has prepared a helicopter for his getaway, with the heroine as hostage. | Torres has a military chopper with pilot standing by, waiting for him to make his getaway, with Renata as hostage. | Monroe has a military chopper with pilot standing by, waiting for him to make his getaway with Sandra as hostage. |
| When the villain tries to escape, the hero chases him, disables the chopper, and kills the villain with a surprise tactic in a one-on-one showdown, rescuing the heroine. | When Torres tries to escape, St. John chases him, disables the chopper, and kills Torres with a surprise tactic in a one-on-one showdown, rescuing Renata. | When Monroe tries to escape, Ross chases him, disables the chopper, and kills Monroe with a surprise tactic in a one-on-one showdown, rescuing Sandra. |
| During this showdown, the hero or heroine is shot through the left shoulder. | During this showdown, Renata is shot through the left shoulder. | During this showdown, Ross is shot through the left shoulder. |
| 21. The mercenaries leave the heroine "in charge" of her country, supported with money that came from the client. | Renata is appointed the President of Cordoba, supported with money that comes from Wilson-Thomas. | Ross gives Sandra his payment from Mr. Church to "help get things going," effectively leaving her in charge of the country. |
| There is a strong hint of a future romantic relationship between the hero and heroine. | St. John says his goodbyes to Renata. They hug and kiss. There is a hint that St. John will return to resume their relationship. | Ross and Sandra have an emotional parting where they embrace, she asks him to come back and he promises to "be around." |
| 22. The story ends with one of the heroes "rhapsodizing" or rapping in a comical way. | The story ends with St. John "rhapsodizing" about his love of double-cross schemes. | The story ends with Christmas rapping about his prowess with a knife. |
| Then the mercenaries ride away in cool vehicles. | Then the mercenaries ride away in their Porsche and military transport. | Then the mercenaries ride away on their cool motorcycles. |

11

24.     Given the numerous and striking similarities between the two works, there can be no dispute that Defendants Stallone, Callaham, and/or Alta Vista Productions, Inc. had access to and copied protectable elements of the Screenplay.

25.     The natural, probable and foreseeable result of Defendants' wrongful conduct has been and will be, *inter alia*, to deprive Webb of the benefits and goodwill associated with the development, production, performance, distribution and exploitation of the Screenplay and injury to Webb's relations with present and prospective movie producers and studios seeking original scripts. Webb has already suffered irreparable damage as a consequence of his inability to market the Screenplay to movie producers and studios with interest in his work.

26.     Upon information and belief, Webb has lost, and will continue to lose, substantial revenues from the production, distribution, performance and exploitation of *The Expendables*.

27.     Unless enjoined by this Court, Defendants will continue their course of conduct by unlawfully reproducing, developing, promoting, distributing, and otherwise profiting from the Screenplay, and works derived therefrom, through the creation, reproduction, promotion, distribution and performance of *The Expendables 2*.

28.     Webb has no adequate remedy at law to redress the injuries that Defendants have caused, and continue to cause, through their conduct. Webb will continue to suffer irreparable injury unless this Court takes action.

## FIRST COUNT
### (Copyright Infringement)

29.     Plaintiff repeats and realleges each and every allegation contained in paragraph 1 to 25 of this Complaint as though fully set forth herein.

30.     The Screenplay is an original work of authorship registered with the United States Register of Copyrights.

49441/0001-8306353v1

**A32**

31.     At all relevant times, Webb has been the original and sole owner of all rights, title and interest in the Screenplay and has not assigned, licensed or otherwise transferred his copyright to Defendants, third-parties or dedicated them to the public.

32.     There is substantial similarity between *The Expendables* and elements of the Screenplay.  Some aspects of *The Expendables* are identical to protectable elements of the Screenplay.

33.     Defendants infringed, and continue to infringe, Webb's copyrights by copying, reproducing, distributing, marketing and performing an unauthorized  derivative work based on the Screenplay.  Upon information and belief, Defendants have earned substantial income as result of their authorship credit, production, sale and distribution of *The Expendables*.

34.     The aforesaid acts constitute infringement of Webb's copyright in violation of the Copyright Act.

35.     Upon information and belief, one or more of the Defendants knowingly and willfully infringed Webb's copyrights in the Screenplay.

36.     Upon information and belief, unless enjoined by this Court, Defendants intend to continue their course of unlawful conduct through the production, distribution, and performance of *The Expendables*, and works derived therefrom including the sequel to *The Expendables* known as *The Expendables 2*.

37.     The aforesaid acts by Defendants have caused, and unless enjoined by this Court, will continue to cause, irreparable damage, loss and injury to Webb for which Webb has no adequate remedy at law.

38.     As a result of Defendants' conduct, Webb has been damaged in an amount not yet determined or ascertainable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Marcus Webb, demands judgment against Defendants, Sylvester Stallone, David E. Callaham, Millennium Films, Nu Image Films, Lions Gate Films, Inc., Lions Gate Home Entertainment, Inc., Alta Vista Productions, Inc., Alta Vista Productions, LLC and Double Life Productions, Inc., as follows:

A.    Declaring that Defendants have willfully infringed Webb's copyright in *The Cordoba Caper*;

B.    Enjoining Defendants, their officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, from creating, manufacturing, producing, publishing, displaying, distributing, performing, licensing, marketing, reproducing or otherwise exploiting any work that infringes upon Webb's copyright in *The Cordoba Caper* including, but not limited to, *The Expendables* and *The Expendables 2*;

C.    Ordering Defendants, their officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them to: (i) return to Webb any and all originals, copies, facsimiles, or duplicates of *The Cordoba Caper* in their possession, custody or control; (ii) recall from all distributors, wholesalers, jobbers, dealers, and retailers, and all others known to Defendants, any original, copies, facsimiles or duplicates of any works shown by the evidence to infringe any copyright in *The Cordoba Caper*; and (iii) impound during the pendency of this action, and destroy pursuant to judgment, all originals, copies, facsimiles or duplicates of any work shown by the evidence to infringe any copyright in *The Cordoba Caper*;

D.    Ordering Defendants to file and serve within thirty (30) days after service of the Court's order as herein prayed, a written report under oath setting forth in detail the manner and form in which Defendants have complied with the Court's order;

14

E. Ordering Defendants account for all gains, profits, and advantages derived from their acts of infringement;

F. Ordering all gains, profits and advantages derived from Defendants' acts of infringement be held in constructive trust for the benefit of Webb;

G. Awarding Webb actual damages suffered and any profits attributable to the infringement of Webb's copyright;

H. Awarding Webb statutory damages;

I. Awarding Webb attorney's fees, interest and costs; and

J. Awarding Webb such other and further relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands a trial by jury.

DATED: New York, New York
February 15, 2012

By: _____
Jeffrey A. Sunshine (JS 6267)
Jeffrey A. Sunshine, P.C.
3000 Marcus Avenue – Suite 2E5
Lake Success, NY  11042
(516) 352-2100

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By _____
David M. Kohane
900 Third Avenue, 16th Floor
New York, New York 10022
(212) 752-8000

15

49441/0001-8306353v1

**Exhibit A**

Case: 13-324　　Document: 37　　Page: 43　　05/10/2013　　933684　　275

**A36**

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGP **PAu3-049-981**

EFFECTIVE DATE OF REGISTRATION

**JUN 08 2006**

Month　　Day　　Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

The Cordoba Caper

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

dramatic motion picture screenplay

**2**

**a**

**NAME OF AUTHOR ▼**

Marcus Webb

**DATES OF BIRTH AND DEATH**
Year Born ▼　Year Died ▼
1957　　n/a

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___ USA ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
plot, additional dialog, additional characters, screenplay structure and format ***

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006　Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ___ Day ___ Year ___
Nation ___

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MARCUS WEBB
10100 Hermit Rapids Ave., Las Vegas, NV 89148

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUN 08 2006
**ONE DEPOSIT RECEIVED**
JUN 08 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.　• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Case: 13-324    Document: 37    Page: 44    05/10/2013    933684    275

A37

*Character(s) as such in a registered work...
registration based on deposited authorship
describing, depicting, or embodying the
character(s). Compendium II of C.O.
Practices 202.02(1).
**Ideas not copyrightable. 17 USC 102(b).
***Format not copyrightable. Compendium II of C.O.
Practices.

EXAMINED BY _____ Mg _____    FORM PA

CHECKED BY _____

☐ CORRESPONDENCE    FOR
  ☐ Yes    COPYRIGHT
            OFFICE
            USE
            ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    **5**
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.    **6**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼                                                                    **a**
"The Cordoba Caper," a short story by Marcus Webb
                                                                    See instructions
                                                                    before completing
                                                                    this space.
**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    **b**
additional plot details, additional dialog, additional characters, screenplay structure and format

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.    **7**
**Name** ▼                                        **Account Number** ▼                                **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼    **b**

MARCUS WEBB, 10100 HERMIT RAPIDS AVE., LAS VEGAS, NV 89148

Area code and daytime telephone number    ( 818  ) 917-5800        Fax number    (        )
Email  marcuswebb@aol.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the    **8**
                                ☑ author
    Check only one ►    ☐ other copyright claimant
                        ☐ owner of exclusive right(s)
                        ☐ authorized agent of _____
                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
MARCUS WEBB                                                        Date    June 1, 2006
        Handwritten signature (X) ▼
        x _Marcus Webb_____

Certificate        **Name** ▼                                                            **9**
will be        MARCUS WEBB
mailed in
window        **Number/Street/Apt** ▼
envelope        10100 HERMIT RAPIDS AVE.
to this
address:        **City/State/ZIP** ▼
            LAS VEGAS, NV  89148

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

After Upload     https://www.writersguild.org/webrss/confirmation.asp?PID=SBD99…

 REGISTRY

## Please Print This Page For Your Records

### Registration Confirmation

Please print this page for your records.

### Registration Number : 1129133

Thank you for your registration. Your material has been successfully registered with the WGA Intellectual Property Registry. Registrations are valid for a term of five years and can be renewed upon expiration. Please remember that changes cannot be made once material has been registered with the WGAw Intellectual Property Online Registration Service.

Should you have any questions regarding your online registration, please mail or fax your photo ID along with your written request to the Intellectual Property Registry at (323) 782-4803.

We greatly appreciate your business and would like your feedback. Click here to let us know your thoughts and suggestions about our service.

#### Registered Item Information:

Material Type :      SCREENPLAY
Intended Medium :  SCREEN
Item Title :           THE CORDOBA CAPER
Filename :            THE CORDOBA CAPER.pdf
Submission Date :  5/4/2006 10:04:03 AM

#### Registrant/Author Information:

Registrant ID :           225025061
Registrant Last Name :   Webb
Registrant First Name :  Marcus
Registrant Middle Name :

#### Credit Card was Charged:

Credit Card # :                        XXXXXXXXXX-3505
Name on Card :                       Marcus Webb
Credit Card Expiration Date(mmyy) : 1007
Credit Card Amount :                USD 20

We value our registrants' comments for making the service more secure and efficient. Click here to complete our Online Registration survey.

1 of 2                                                                5/4/2006 10:07 AM

Writers Guild of America, west, Inc.
Intellectual Property Registry
7000 West Third Street
Los Angeles, California 90048-4329
Telephone: 323-782-4500
Fax: 323-782-4803

# Documentation of Registration

The Writers Guild of America, west, Inc. issues this certificate to:

MARCUS WEBB

for the material entitled:
THE CORDOBA CAPER

by the following:
MARCUS WEBB - Writer

Registration #:      1129133
Material Type:       SCREENPLAY
Registered By:       MARCUS WEBB

Effective Date:  05/04/06
Expiration Date: 05/04/11

u00000000049.200605111036418l.0000000012

**Exhibit B**

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu 1 – 304 – 661**

EFFECTIVE DATE OF REGISTRATION

**JUN 09 2006**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼

**The Cordoba Caper**

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**  NAME OF AUTHOR ▼

**a**  **MARCUS WEBB**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **USA**
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼  **SHORT STORY**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**  **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.   **2006** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.   Month ▶   Day ▶   Year ▶   ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**MARCUS WEBB**
**10100 Hermit Rapids Ave**
**LAS VEGAS   NV   89148**

APPLICATION RECEIVED
**JUN 09 2006**
ONE DEPOSIT RECEIVED
**JUN 09 2006**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

✻Characters as such not registrable.
Registration based on deposited authorship
depicting, describing, or embodying such
characters.  Compendium II 202.02(1).
✻Ideas not copyrightable.  17 USC 102(b).
Registration extends to new text deposited.

EXAMINED BY ____   FORM TX
CHECKED BY
☐ CORRESPONDENCE   FOR COPYRIGHT OFFICE USE ONLY
Yes

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶      Year of Registration ▶     **5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼   **a**   **6**
N/A
Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**
Short story—characters, plot,
dialog

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼   **a**   **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼   **b**
MARCUS WEBB  10100 Hermit Rapids Ave.
LAS VEGAS NV 89148
Area code and daytime telephone number ▶ 702/739-7623      Fax number ▶
Email ▶ marcuswebb@aol.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the   **8**
Check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
MARCUS WEBB  5-31-06      Date ▶ 5-31-06
Handwritten signature (X) ▼
X _Marcus Webb_

Certificate will be mailed in window envelope to this address:   **9**
Name ▼ MARCUS WEBB
Number/Street/Apt ▼ 10100 Hermit Rapids Ave.
City/State/ZIP ▼ LAS VEGAS NV 89148

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Rev: July 2003—xxx   Web Rev: July 2003   ☼ Printed on recycled paper      U.S. Government Printing Office: 2003-461-113/20,021

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARCUS WEBB,

                Plaintiff,

    -against-

SYLVESTER STALLONE, DAVID E.
CALLAHAM, MILLENNIUM FILMS, NU IMAGE
FILMS, LIONS GATE FILMS, INC., LIONS GATE
HOME ENTERTAINMENT, INC., ALTA VISTA
PRODUCTIONS, INC., ALTA VISTA
PRODUCTIONS, LLC, and DOUBLE LIFE
PRODUCTIONS, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    The undersigned hereby certifies that a true and correct copy of the Plaintiff's Second

Amended Complaint and Exhibits was served on Defendants' counsel via *E-mail* on February

15, 2012 upon the following:.

        Thomas J. Ferber, Esq.
        Pryor Cashman LLP
        Attorneys for Defendants
        7 Times Square
        New York, NY 10036
        Attorney for Defendants

                    COLE, SCHOTZ, MEISEL,
                    FORMAN & LEONARD, P.A.
                    David M. Kohane
                    900 Third Avenue, 16th Floor
                    New York, New York 10022
                    (212) 752-8000

                    David M. Kohane

49441/0001-8308417v1

# EXHIBIT B PART 1

Tom J. Ferber
Benjamin S. Akley
PRYOR CASHMAN LLP
Attorneys for Defendants
7 Times Square
New York, New York  10036-6569
(212) 421-4100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x,

MARCUS WEBB,                                            11 CIV 7517 (JSR)

                              Plaintiff,

                                                       **ANSWER TO SECOND**
                                                       **AMENDED COMPLAINT**

            - against -

SYLVESTER STALLONE et. al,

                              Defendants.

------------------------------------------------------------x

        Defendants Sylvester Stallone ("Stallone"), David Callaham ("Callaham"), Millennium

Films, Inc. ("Millennium"), Nu Image, Inc. ("Nu Image," named as "Nu Image Films"), Lions

Gate Films, Inc. and Lions Gate Home Entertainment (collectively, "Lions Gate"), Alta Vista

Productions Inc., Alta Vista Productions, LLC and Double Life Productions, Inc. ("Double

Life") (collectively, "Defendants"), by their attorneys, Pryor Cashman LLP, as and for their

Answer to the Second Amended Complaint ("Complaint") of plaintiff Marcus Webb

("Plaintiff"), allege as follows:

        1.      Deny the allegations in paragraph 1 of the Complaint, except to admit that

Plaintiff purports to bring this action for copyright infringement under the Copyright Act of

1976, 17 U.S.C. §101 *et seq.*

        2.      Deny the allegations in paragraph 2 of the Complaint, except to admit that

Callaham and Stallone are credited with co-authoring the screenplay for the motion picture "The

1147451 v1
16178.00009

Expendables" (the "Film"), that Lions Gate distributed the Film theatrically and in home video,

that Alta Visa Productions, Inc. produced the Film, that Alta Vista Productions Inc. is listed as

the author of the screenplay for the Film in U.S. Copyright Office filings, that the Film was

released in the United States on August 13, 2010 and to admit, on information and belief, that the

Film was released worldwide on or about the same date.

3.  Deny the allegations in paragraph 3 of the Complaint.

4.  Deny the allegations in paragraph 4 of the Complaint, except to respectfully refer

the Court to the "recent media reports" referred to therein for the content thereof.

5.  Deny the allegations in paragraph 5 of the Complaint, except to deny knowledge

or information sufficient to form a belief as to what remedies Plaintiff purports to seek.

6.  Deny knowledge or information sufficient to form a belief as to the truth of the

allegations in paragraph 6 of the Complaint.

7.  Deny knowledge or information sufficient to form a belief as to the truth of the

allegations in paragraph 7 of the Complaint, except to deny that venue is proper with respect to

Stallone and Callaham, and deny that any event giving rise to Plaintiff's claims occurred in this

District since Plaintiff's claims are baseless.

8.  Admit the allegations in paragraph 8 of the Complaint.

9.  Admit the allegations in paragraph 9 of the Complaint.

10.  Deny knowledge or information sufficient to form a belief as to the truth of the

allegations in paragraph 10 of the Complaint.

11.  Admit the allegations in paragraph 11 of the Complaint.

12.  Admit the allegations in paragraph 12 of the Complaint.

13.  Admit the allegations in paragraph 13 of the Complaint.

14.    Admit the allegations in paragraph 14 of the Complaint.

15.    Admit the allegations in paragraph 15 of the Complaint

16.    Admit the allegations in paragraph 16 of the Complaint

17.    Admit the allegations in paragraph 17 of the Complaint

18.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Complaint.

19.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the Complaint.

20.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Complaint.

21.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Complaint, except to respectfully refer the Court to "The Cordoba Caper" ("Plaintiff's Screenplay," a copy of which is annexed as Exhibit A) for the content thereof.

22.    Deny the allegations in paragraph 22 of the Complaint, except to admit, upon information and belief, that the Film was released in theaters worldwide on or about August 13, 2010 and to respectfully refer the Court to a true copy of the Film (as contained in the DVD submitted as Exhibit B) for the content thereof.

23.    Deny the allegations in paragraph 23 of the Complaint, because the alleged "protectable aspects" of Plaintiff's Screenplay listed by Plaintiff as allegedly being "substantially similar" to the Film: (a) are not "protectable" elements under copyright law; (b) concern elements which are standard fare in mercenary-themed films; (c) are not "substantially similar" in copyrightable expression, as opposed to unprotectable basic ideas; and/or (d) concern

3

elements of the Film which existed in draft screenplays about "a team of elite, highly-trained mercenaries" who undertake a mission to topple the dictator of an island in Latin America which were written by Callaham between May 2005 and January 2006, *before* Plaintiff's Screenplay was written, as evidenced by Callaham's "3rd Studio Draft" of a script known as "Barrow" dated January 24, 2006, and received by Warner Bros. – for which Callaham originally wrote it as a work-for-hire (the rights to which were later quitclaimed Double Life and Alta Vista Productions Inc., which produced the Film) – on January 27, 2006.  (Copies of said draft, and a contemporaneous Warner Bros. memo, which were produced by Warner Bros. pursuant to subpoenas served by the parties hereto, are annexed hereto as Exhibit C.)  Plaintiff's three-columned "summary" of alleged similarities – in which he misleadingly uses parallel verbiage in purporting to describe elements that are not the same - is responded to below:

Case: 13-324   Document: 37   Page: 56   05/10/2013   933684   275

A49

Case 1:11-cv-07517-JSR   Document 31-2   Filed 03/15/12   Page 6 of 112
Case 1:11-cv-07517-JSR   Document 24   Filed 02/16/12   Page 9 of 20

| SIMILARITIES ALLEGED BY PLAINTIFF | PLAINTIFF'S DESCRIPTION OF *THE CORDOBA CAPER* | PLAINTIFF'S DESCRIPTION OF *THE EXPENDABLES* | DEFENDANT'S RESPONSE |
|---|---|---|---|
| 1. The story opens with a hostage rescue at sea, off a foreign coast, which has nothing to do with the main plot. | The story opens with a hostage rescue at sea, off Taiwan, which has nothing to do with the main plot. | The story opens with a hostage rescue at sea, off the coast of Africa, which has nothing to do with the main plot. | Callaham's "3rd Studio Draft" dated 1/24/06 (entitled "Barrow"), which predates *The Cordoba Caper* ("*CC*"), also opens with a hostage rescue which has a comparable relationship to the main plot (i.e., to introduce characters and their relationships). (See "Barrow" at Ex. C at 1-3.) Moreover, the "rescue" scenes in *CC* and the Film are distinctly different and, contrary to Plaintiff's assertion, they *do* relate to key elements in the respective stories' "main plots," although in different ways and with markedly dissimilar expression.<br><br>*CC* features St. John's team in a speedboat chase with a Korean gangster in a harbor off Taiwan, in which they rescue a Saudi princess, only to learn that she does not want to return to her oppressive homeland. St. John lets her "escape" rather than force her to return, but St. John's client, her father, doesn't buy St. John's story and arranges for a fatwah against St. John, which Scottish billionaire Sir Reginald Wilson-Thomas uses to extort St. John into doing his bidding in the plot's main action.<br><br>The Film features the six "Expendables" rescuing captives from Somalian pirates on a cargo ship in the Gulf of Aden. Gunnar's (Dolph Lundgren) drug-engendered, rogue effort to hang one of the pirates against team leader Barney Ross's (Stallone) orders leads to his ouster from the group, which, in turn, leads to Gunnar's later betrayal of Barney. The two scenes are not similar in expression. |
| 2. The main villain is General Garza, an evil military dictator of a small Latin American nation; he is a notorious human rights violator and | General Enrique Garza is introduced as a "right-wing, fascist viper." Garza is an evil military dictator of a small Latin American nation called | General Rubin Garza is described as a "fanatic" and dictator. Garza is an evil military dictator of a small Latin American nation called Vilena; he | The character of a Hispanic-surnamed general who is the "evil military dictator" of a Latin American island was also in Callaham's pre-CC script (he was named "General Miramonte"). (See Ex. C at 10: The general is the "President of Sandrayo, a small island nation in the Mid Atlantic," who "led an ultra-violent junta" and "has since turned the island into a |

5

| | | | |
|---|---|---|---|
| mass murderer of his own people. | Cordoba; he is a notorious human rights violator and mass murderer of his own people. | is a notorious human rights violator and mass murderer of his own people. | human rights graveyard. It is estimated that his militia has exterminated more than 15,000 alleged 'rebels'…a quarter of the country's population.") |
| | | | The despots in *CC* and in the *Film* are very different. Plaintiff describes his dictator as having a "*bandito*-style mustache [that] is strictly Pancho Villa" (Ex. A at 4), suggesting a buffoonish persona, which is consistent with his being so easily duped by the hero's "quadruple-cross," a persona which is further emphasized at the story's end, in the scene in which he repeatedly exclaims "*You bitch!*" at Renata as she humorously wrests the presidency from his control  The Film features no such humor or clownish persona in its portrayal of the dictator. Thus, the only similarity listed from the Film which does not predate *CC* is the name "Garza," a common Hispanic surname. |
| 3. Garza's "number two" is his security chief… a man who represents an ideology hostile to Garza's.<br><br>Their alliance is a marriage of convenience to terrorize the peasants and turn the country into a giant cocaine plantation. | Garza is a fascist, but his Minister of State Security is a Marxist-communist, Colonel Ramon Torres.<br><br>Their alliance is a marriage of convenience to terrorize the peasants and turn the country into a giant cocaine plantation. | Garza is out of favor with the American CIA but his chief internal ally is a renegade American CIA officer named Monroe who is disrespectful and openly hostile towards Garza.<br><br>Their alliance is a marriage of convenience to terrorize the peasants and turn the country into a giant cocaine plantation. | Plaintiff's misleading description is a transparent attempt to make dissimilar characters appear to be similar.  They are not.  First, Monroe, the "renegade" ex-CIA agent in the Film (Eric Roberts), is decidedly not similar to Plaintiff's Col. Torres character.  He is not the general's "number two" (indeed, it is Monroe who calls the shots), nor does he have either any sort of political alliance with the general or an "ideology hostile" to his.  To the contrary, he represents the money for which, as Sandra says, the dictator has "sold his soul," and he treats the general as a mere lackey.  Moreover, the character of a rogue CIA agent who protects the dictator was in Callaham's script, which predates Plaintiff's. (See, e.g., Ex. C at 28-31: "Ballcap" is a CIA agent assigned to cover and protect the general, and he has authority over the dictator's "Elite Guardsmen." See Ex. C at 30: "Ballcap" states "I have six dead soldiers.")<br><br>In *CC*, there is no true conflict between President Garza and his so-called "number two," Col. Torres, his ally in the junta, until St. John's fake "assassination" ruse, which is a key part of the Plaintiff's plot (and one which has no counterpart in the Film). Until then, there is no genuine "hostility" between them and |

6

Case: 13-324    Document: 37    Page: 58    05/10/2013    933684    275

**A51**

Case 1:11-cv-07517-JSR   Document 31-2   Filed 03/15/12   Page 8 of 20
Case 1:11-cv-07517-JSR   Document 31-2   Filed 02/16/12   Page 9 of 112

| | | | |
|---|---|---|---|
| | | | their "ideologies." They call each other "Fascist viper" and "Marxist mongoose" as "an inside joke" and "a ritualized exchange that they both enjoy." (*CC* short story Ex. D, at 3; *CC* Screenplay, Ex. A at 5.) |
| 4. Both Garza and his "number two" have their own personal, private security forces, associated with the colors RED and BLACK, respectively.<br><br>The two security forces are hostile to each other throughout the story and eventually turn on each other. | Colonel Ramon Torres, Cordoba's Minister of State Security, has a personal, private (communist) security force called the RED Brigades.<br>Gen. Garza has his own separate personal, private (fascist) security force, the BLACK-uniformed "Palace Guard."<br>The two security forces are hostile to each other throughout the story and eventually turn on each other. | General Garza has a personal, private security force of uniformed military guards. They wear RED flashing and RED berets.<br>Monroe has security chief Paine and other personal, private American security operatives. They always wear BLACK.<br><br>The two security forces are hostile to each other throughout the story and eventually turn on each other. | As noted above, Torres in *CC* and Monroe in the Film are dissimilar. First, as discussed above, Monroe is *not* the general's "number two" in the Film. Second, there are no "hostile" actions in the Film between the dictator's men and Monroe's men.<br><br>With respect to uniforms, Callaham's draft included "Khaki-clad Elite Guards" and mercenaries in "black tactical assault uniform[s]" *before* Plaintiff's work. (See Ex. C at 1,4,17,54,91.) Moreover, Monroe's men do not wear military uniforms, like Torres's men in *CC*; they simply dress in black. Finally, Plaintiff's description is misleading: while *CC* refers to Torres's forces as the "Red Brigade," it describes its uniforms as resembling those of the "old Soviet Army" (i.e., Torres and his men are Marxists; see No. 3 above. Ex. A at 4; Ex. D at 3), and *CC* repeatedly states that the so-called "Red Brigade" actually wears olive green uniforms (see, e.g., Ex. A at 90, 97, 105)(not that there is anything original or protectable about black, red or khaki/tan uniforms). Nor are the black uniforms similar. In *CC*, the Palace Guards' "all-black uniforms are styled after the Nazi SS (including jodphurs and jackboots)" (Ex. A at 5), while the black clothing worn by Monroe's man Paine (Steve Austin) and his underlings in the Film have no such distinctive styling. |
| 5. The hero is a working class, middle-aged American mercenary and leader of a team of FIVE mercenaries.<br><br>One team member is named Tool or | St. John is a working class, middle-aged American mercenary and leader of a team of FIVE mercenaries.<br><br>One team member is Terri O'Toole.<br>They are all personal | Barney Ross is a working class, middle-aged American mercenary and leader of a team of FIVE mercenaries.<br><br>A former team member is named Tool<br>They are all personal | The central character of a hero who is an American mercenary is not only unoriginal and unprotectable, but it was at the heart of Callaham's script (Ex. C) before *CC* was written. The ideas of having the hero lead a team of mercenaries, and of having the team being personal friends who "do not just work for money but for causes they believe in" were also elements in Callaham's preexisting script (See Ex. C at 14). They are also unprotectable *scenes a faire*. (See, e.g., "The Wild Geese" and "Dogs of War"). |

| | | | |
|---|---|---|---|
| O'Toole,<br><br>They are all personal friends; they do not just work for money but for causes they believe in. | friends; they do not just work for money but for causes they believe in... | | There are SIX, not five, members of "The Expendables." Plaintiff ignores Gunnar (Dolph Lundgren), who is with the team during the opening rescue mission and is ousted because of his unstable personality, but rejoins the team at the Film's end.<br><br>Plaintiff's effort to liken his _female_ helicopter pilot- "20-something" Terri O'Toole – to Mickey Rourke's older _male_ character, the 50- or 60-something, tattoo-covered "Tool" – in the Film is simply absurd. Neither the characters nor their names are substantially similar. |
| 6. After the hostage rescue at sea, but before starting the mission against Garza, one of the mercenaries visits a young woman he loves. | After the hostage rescue at sea, but before starting the mission against Garza, St John visits his daughter Allison. | After the hostage rescue at sea, but before starting the mission against Garza, Lee Christmas visits his girlfriend Lacy. | This is another example of Plaintiff misleadingly using parallel verbiage to describe elements that are notably _dissimilar_ in copyrightable expression.<br><br>As noted in No. 1, above, the so-called "rescue at sea" in the two works is dissimilar. |
| They have a strained, awkward conversation. She complains she does not even know what he does for a living. They love each other but are clearly alienated. The woman is frustrated with the mercenary's frequent unexplained absences; this makes her emotionally distant and guarded. | They have a strained, awkward conversation. She complains she does not even know what he does for a living. They love each other but are clearly alienated. The woman is frustrated with the mercenary's frequent unexplained absences; this makes her emotionally distant and guarded. | They have a strained, awkward conversation. She complains she does not know what he does for a living. They love each other but are emotionally alienated. The woman is frustrated with the mercenary's frequent unexplained absences; this makes her emotionally distant and guarded. | The so-called "visit[] [to] a young woman he loves" by "one of the mercenaries" is also completely different and, in any event, was in Callahan's script before CC was written. (In that script, as in CC – which was written later, the leader visits his daughter at college. See Ex. C at 65-74. By Plaintiff's logic, this would mean that Plaintiff copied Callahan's script.) In CC, it is the team leader, St. John, who visits his _daughter_ after he has met with Sir Reginald. |
| The mercenary is hurt by the young woman's<br><br>St. John is hurt by Allison's reaction. He reluctantly departs | St. John is hurt by Allison's reaction. He reluctantly departs | Christmas is hurt by Lacy's reaction. He leaves feeling dejected. | In the Film, it is Lee Christmas (Jason Statham), not Barney Ross (the Expendables' leader), who shows up, unannounced, at the home of his girlfriend, Lacy, where he finds out she has taken up with another man while he was away. That Plaintiff could claim this is a point of similarity only underscores the overreaching and baseless nature of his allegations. The presence of a female character to show the more vulnerable side of the protagonist is commonplace and unprotectable, and where the protagonist is a mercenary whose work necessarily |

8

Case: 13-324   Document: 37   Page: 60   05/10/2013   933684   275

**A53**

Case 1:11-cv-07517-JSR   Document 31-2   Filed 03/15/12   Page 10 of 112
Case 1:11-cv-07517-JSR   Document 24-2   Filed 02/16/12   Page 9 of 20

| | | | |
|---|---|---|---|
| negative reaction and parts from her unhappily. | without saying the things he wanted to say. | | takes him abroad, the notion that he wouldn't tell family or loved ones what he does for a living, or that this would engender some difficulty in their relationship, is a *scene a faire*. But this is truly irrelevant since, as noted, Callaham included such elements before Plaintiff did. |
| 7. The hero's missions are defined as going "TO HELL AND BACK." | St. John is described as "a man who's been TO HELL AND BACK enough times to mark the trail." | Tool tells Ross: "I got three pieces of work. Two a walk in the park. One TO HELL AND BACK." | The term "to Hell and back" is hardly original to Plaintiff, and therefore is not protectable. To the contrary, it is a hackneyed phrase. Indeed, it was the title of an autobiographical book and a 1955 motion picture about the most decorated U.S. soldier in World War II (Audie Murphy), as well as the title of a book about death-like experiences (by Dr. Maurice Rawlings), a 2009 video, and other works. Moreover, the usage of the term differs in the two works. In *CC*, it is not spoken (Ex. A at 1); it is merely used to describe the protagonist's experience. In the Film, Tool tells Barney Ross about three potential jobs, two of which are easy and the last one – the proposed mission in Vilena – is "to Hell and back." Since the phrase is not original to Plaintiff, it is not copyrightable, and since the usage is different, there would be no actionable similarity in an event. |
| 8. The main story is introduced when an older, seemingly rich executive meets the hero and tries to hire him.<br><br>The rich executive meets the hero and tries to hire him to get rid of Garza and his regime. The client is interested in the country's natural resources. | The client is a Scottish oil company tycoon named Sir Reginald Wilson-Thomas.<br><br>He is 96 years old and rich,<br><br>He meets St. John and tries to hire him to get rid of Garza and his regime. The client is interested in the country's natural resources. | The client is a corporate executive who goes by the name "Mr. Church." He is about 60 years old and apparently rich, since he authorizes a multi-million payment.<br><br>He meets Ross and tries to hire him to get rid of Garza and his regime. The client is interested in the country's natural resources. | The plot element of a so-called "older, seemingly rich executive [who] meets the hero and tries to hire him" was also in Callaham's script *before CC*. (See Ex. C at 9-15: "Mr. Monday" who is "silver in age" (p. 9), gives the protagonist an envelope of cash, half for "an R & D fund. The other half is a company fee." (p. 15)<br><br>In the Film, the "Mr. Monday" character who hires the hero was played by Bruce Willis's "Mr. Church" character. Plaintiff's Scottish tycoon Sir Reginald Wilson-Thomas in *CC* is not remotely similar to "Mr. Church," the CIA front in the Film. Sir Reginald is a castle-dwelling, 96-year-old Scottish billionaire who wants St. John to find and rescue his old Indian lover and her children from Cordoba and to stop the genocide in that country, and he threatens St. John with his daughter's safety to make sure he accepts the mission. |

Case: 13-324   Document: 37   Page: 61   05/10/2013   933684   275

Case 1:11-cv-07517-JSR   Document 31-2   Filed 03/15/12   Page 11 of 112
Case 1:11-cv-07517-JSR   Document 24-1   Filed 02/16/12   Page 90 of 20 112

A54

| | | | |
|---|---|---|---|
| 9. The mercenary hero is reminded about an earlier military-style operation that he undertook in Africa. | Wilson-Thomas reminds St. John about an earlier military-style operation that he undertook in the African country of Chad. | Tool reminds Barney Ross about an earlier military-style operation that he undertook in the African country of Nigeria. | First, the reference to the protagonist's earlier operations – including in an "African country" – were present in Callaham's drafts before Plaintiff wrote CC. (See Ex.C at 26: reference to hero's previous operations in Zaire and Kosovo.) Second, the works are dissimilar: Plaintiff is referring to different points made by different characters for different reasons.<br><br>In CC, Sir Reginald Wilson-Thomas responds to St. John's statement about the proposed mission to Cordoba that "…war is just a little out of my league." Sir Reginald says: "Come, come, Mr. Anselm St. John! Let's be honest!… [W]ar IS your league…. YE, laddie, are a mercenary. If the cause is right… Don't bother denyin' it. I know what ye did on Chad last year. And in Columbia, the year before that…" (Ex. A at 6). Sir Reginald says this in an effort to persuade St. John to accept the job.<br><br>In the Film, it is Tool – not "Mr. Church" (who Plaintiff asserted in No. 8 is Sir Reginald's supposed counterpart) who refers to an earlier mission in Nigeria, so it has nothing to do with trying to persuade Barney Ross to accept the job. Plaintiff's random citation to a passing reference to a mercenary's having had a previous mission somewhere in Africa is not actionable similarity. Indeed, mercenaries engaging in missions in Africa are standard fare, and are at the |

"Mr. Church" in the Film – who is a middle-aged American, not at all like Plaintiff's 96-year-old Scottish billionare – makes it clear, from the moment he adopts his fake moniker, that he is an emissary for another party (which turns out to be the CIA). "Mr. Church" is prepared to give the job to either Barney Ross *or* Trench (Arnold Schwarzenegger), but Trench isn't interested. Church's interest has nothing to do with saving relatives or stopping genocide. (However, in Callaham's script, "Mr. Monday" does purport to be interested in the hero's services for a humanitarian objective, another item which Callaham included *before* Plaintiff. See Ex. C at 10-12.)

10

Case: 13-324    Document: 37    Page: 62    05/10/2013    933684    275

**A55**

Case 1:11-cv-07517-JSR   Document 31-2   Filed 03/15/12   Page 12 of 112
Case 1:11-cv-07517-JSR   Document 24-2   Filed 02/16/12   Page 12 of 20

hearts of the plots of earlier "mercenary" films, such as *The Wild Geese* and *The Dogs of War.*

| | | | |
|---|---|---|---|
| 10. The hero's fee for the job is $5 million. | St. John is described as a globe-trotting mercenary "who was paid $5 million per job." [Short story version of *The Cordoba Caper*] | Ross tells Church the fee is $5 million. | As a preliminary matter, Plaintiff specifically bases this alleged similarity on something in his short story, not his screenplay, yet it was his screenplay to which the Complaint alleges Defendants had access. (Complaint at ¶¶20,24.)<br><br>Moreover, while Plaintiff's short story described St. John's fee as being "paid $5 million per job" (i.e., it's his standard fee; Ex. D at 1), in the Film, Barney Ross tells "Mr. Church" that he wants $5 million because no one else is interested in the extremely dangerous job that "Mr. Church" is offering. It is not described as his standard fee. |
| 11. The mercenary hero is initially reluctant to accept the mission, thinking it is too difficult.<br><br>The hero turns down the job at first, but later accepts because the life of a young woman is at stake. | St. John says "war is a little out of my league."<br><br>St. John turns down the job at first, but later accepts because Allison's life is at stake. | A member of Ross's team says eliminating Garza "would take a small army" and "All we got is four and a half guys."<br><br>Ross turns down the job at first, but later accepts because Sandra's life is at stake. | Plaintiff's reference to the "mercenary hero" being "initially reluctant" again uses the broadest of descriptions to try to make dissimilar plot points sound similar.<br><br>At the beginning of *CC*, St. John tells Sir Reginald "war is a little out of my league" (see response to No. 9, above), but gives in and take the mission when Sir Reginald threatens the life of St. John's daughter (to whom Plaintiff had compared Lee Christmas's girlfriend, Lacy, in the Film, see No. 6).<br><br>As Plaintiff acknowledges, in the Film it is not the "mercenary hero," Barney Ross, who expresses concern that "it would take a small army," etc., but another character. Moreover, it is well into the Film, after Barney and Lee Christmas have already been to Vilena, that Barney decides to take the job – not to save his daughter (he has none), and not to save Christmas's girlfriend Lacy, but to help Sandra after Tool has inspired Barney with a story of how he (Tool) regretted not having saved a suicidal woman's life during the Bosnian civil war.<br><br>Plaintiff's comparison of St. John's daughter in *CC* to Sandra in the Film, by broadly connecting them as a "young woman" whose "life…is at stake," demonstrates the overreaching nature |

| | | | of Plaintiff's allegations. |
|---|---|---|---|
| 12. The heroine is a CLOSE RELATIVE of Garza, who is also a leader of the underground resistance.<br><br>The hero and heroine become emotionally involved. | Renata is Garza's NIECE. She is also the leader of the Rebels against Garza.<br><br>St. John and Renata become lovers. | Sandra is Garza's DAUGHTER. She is also working with the local resistance movement against Garza. Ross and Sandra make a strong emotional connection. | First, Callaham had created a female character who was the daughter of another character, who guides the protagonist around the island and who is sympathetic to (and helps) his mission before Plaintiff wrote CC. The character "Sophie" was the daughter of a local doctor (Dr. Adoti), who the protagonist installed as the new president of the island after the dictator was overthrown (i.e., Callaham's scripts had this element *before CC* did). (See Ex. C at 18-23, 113-17.) The Dr. Adoti character was later dropped, the female "daughter" character in the Film who shows the hero around the island and inspires him to save her people ("Sandra"), is depicted as the dictator's daughter.<br><br>Second, Plaintiff again uses overly general and misleading descriptions (e.g., both describing the mercenary leader and female character as being "emotionally involved" and describing the woman as "a leader of the underground resistance").<br><br>Renata in *CC*, who is President Garza's niece, has an alter ego as the masked and mysterious leader of an organized rebel movement who is known as "Salvadora." For most of the story, "Salvadora" is believed to be a Brazilian terrorist named "Carmen Mendoza," and significant parts of St. John's "quadruple cross" are premised on Col. Torres's apparent capture and unmasking of Renata as "Salvadora." Renata and St. John have a sexual relationship. (Ex. A at 83-85.)<br><br>The female character in the Film, Sandra, believes that her father has "sold his soul" for American money (i.e., to Monroe). She is not the leader of any rebel force (let alone a mysterious figure who is the sworn enemy of the junta). There is no sexual relationship between Sandra and Barney Ross. |

12

Case: 13-324    Document: 37    Page: 64    05/10/2013    933684    275

A57

Case 1:11-cv-07517-JSR   Document 31-2   Filed 03/15/12   Page 14 of 112
Case 1:11-cv-07517-JSR   Document 24   Filed 02/16/12   Page 13 of 20

| | | |
|---|---|---|
| 13. The hero's closest ally is ironically described as a ZORRO type figure. | In a self-deprecating way, Renata says of the native Indians: "To them, I'm a combination of Joan of Arc, Abraham Lincoln, and ZORRO."<br><br>Later, St. John jokingly asks Renata: "This how ya got in the ZORRO business?" | Ross jokingly asks Christmas: "Who are you, ZORRO?" | Plaintiff did not create, and therefore has no protectable interest in, "Zorro," and the reference to a Zorro-like figure in a story about a repressive Latin American regime is both unremarkable and unprotectable. It would be like referring to Sir Lancelot or Sir Galahad in a story about English chivalry. Moreover, as Plaintiff's descriptions themselves indicate, the references are made by very different characters under different circumstances (i.e., in *CC*, St. John and Renata refer to her as being Zorro-like, while in the Film, Barney Ross is joking with his colleague). |
| 14. It is suggested that the U.S. might INVADE Garza's homeland in order to take over the country, its oil reserves or its natural resources. | St. John says "the [U.S.] Marines are gettin' ready to INVADE Cordoba." | Garza says "'These American INVADERS are trying to kill our country!" | There is no better evidence of the overreaching nature of Plaintiff's claim than his suggestion either that he has a "protectable" interest in the use of the word "invade" or "invaders," or that the use of such term in the context of an action film about military-trained mercenaries is actionably similar. Indeed, he even compares a statement by the *hero* in *CC* to a statement by the *dictator* in the Film. Moreover, Americans *invading* the island (in the form of both the mercenary team disguised as SEALs and the real "SEAL Team One") – are in Callahan's script, which predates Plaintiff's. (Ex. C. at 91-96.) |
| 15. Impressed by the heroine's courage in living dangerously under Garza's regime, the mercenaries praise her GUTS. | Impressed by Renata's courage in leading the freedom fighters for so long and taking part in the coup, St. John says, "THAT GAL HAS MORE GUTS..." | Impressed by Sandra's courage in refusing to leave her country, Tool says, "SHE HAD SOME GUTS." | As with No. 14, above, Plaintiff's assertion that referring to someone as having "guts" is either "protectable" or that the use of it in both works establishes "substantial similarity" shows only how overreaching plaintiff's allegations are. |

13

| | | | |
|---|---|---|---|
| 16. The heroine is kidnapped and tortured as Garza's security chief tries to get information about the mercenaries. | Renata is arrested by Colonel Torres and later shackled to the box spring of a mattress.<br><br>She is tortured by Torres to get her to give up information and confess. | Sandra is arrested by Monroe and later pinned to a table by Paine.<br><br>She is water boarded, tortured for information about the mercenaries. | The element of the heroine in such a story being tortured is a common, stock element and an unprotectable *scene a faire*, which is treated differently in the two works in any event. (See the responses to Nos. 12 and 18, regarding the female characters and the "torture" scenes, respectively.) |
| 17. The mercenaries are led into what appears to be an ambush.<br><br>But the mercenaries know the whole layout in advance and have prepared a counter-ambush by planting explosives on site.<br><br>There is a climactic shootout in the courtyard of Garza's HQ building.<br><br>The mercenaries massacre Garza's forces as the explosives go off in a precise sequence. | St. John and several rebels run into an ambush from 1,250 Red Brigade soldiers.<br><br>But the mercenaries know the whole layout in advance and have prepared a counter-ambush by planting explosives on site.<br><br>There is a climactic shootout in the courtyard of Garza's HQ building.<br><br>The mercenaries massacre Garza's forces as the explosives go off in a precise sequence. | As Ross and his team enter the palace courtyard they are ambushed by over 100 of General Garza's Red Guard soldiers.<br><br>But the mercenaries know the whole layout in advance and have prepared a counter-ambush by planting explosives on site.<br><br>There is a climactic shootout in the courtyard of Garza's HQ building.<br><br>The mercenaries massacre Garza's forces as the explosives go off in a precise sequence. | First, the elements of a "climactic shootout" between the mercenaries and the dictator's forces, as well as the use of carefully placed explosive charges, are not only stock elements and *scenes a faire*, but were in Callahan's script, which predates Plaintiff's. (See, e.g., Ex. C at 103-105) Nor is the Film similar in this regard.<br><br>Moreover, Plaintiff uses the word "ambush" misleadingly, trying to draw parallels that don't exist. In the Film, Barney and his team have returned to Vilena, have covertly entered the palace and are planting explosives in the lower level, taking out soldiers in the palace as they go. When two soldiers go to retrieve Sandra (from a room also on the lower level) at Monroe's orders, Barney appears and kills them. As Barney is trying to run out with Sandra before the team's explosives detonate, Monroe's men catch up with them and combat ensues inside the building between the Expendables and Monroe's men. As the Expendables, having disposed of Monroe's men, are leaving the palace, they see the general's forces amassed outside, evidently as a result of the commotion from the fighting inside, not because of an "ambush" planned in advance.<br><br>In Plaintiff's Screenplay, St. John has set up con upon con (part of the "triple" and "quadruple" cross to which he refers at the end), so that he deceives Torres into thinking that he has set up an ambush for St. John, but in fact, St. John has simply set the |

14

Case: 13-324    Document: 37    Page: 66    05/10/2013    933684    275

**A59**

Case 1:11-cv-07517-JSR   Document 31-2   Filed 03/15/12   Page 16 of 112
Case 1:11-cv-07517-JSR   Document 24-2   Filed 02/16/12   Page 15 of 20

| | | | junta's forces against each other in order to topple it. |
|---|---|---|---|
| 18. After being tortured, the heroine is forcibly taken to Garza's office by the security chief.

Garza is enraged and turns on his own security chief. | Renata is brought to Garza's office by security chief Torres, who reveals that Renata is a rebel leader.

Garza is enraged and turns on his own security chief. | Sandra is brought to Garza's office by Monroe and security chief Paine.

Garza is enraged and turns on his own security chief. | The scenes are not the same, as even Plaintiff's descriptions partly reveal.

In CC, Renata was arrested after Col. Torres was told by his supposed "contact" at the CIA that, contrary to prior belief, the rebel leader "Salvadora" is not a Brazilian woman named Carmen Mendoza and that Renata was not really shot during an apparent attempt to assassinate Garza. This leads Torres to search Renata's apartment, which yields (planted) evidence that she is "Salvadora," and she is arrested. Torres tortures her until she (apparently) confesses and provides details of a planned attack on the oil refinery – all of this is a ploy and is actually part of St. John's plan to trick Torres and Garza and turn them against each other.

Torres brings Renata to Garza's office to show Garza that he (Torres) has captured the rebel leader "Salvadora." Garza is angry, both because he believes that Renata had saved his life in an assassination attempt and because Garza had been tricked into believing that Torres was actually behind the rebels and was planning a coup.

In contrast, in the Film, the dictator tells the rogue ex-CIA man Monroe (who, unlike Col. Torres, is neither Garza's subordinate nor his ally in a junta) that Monroe can no longer buy him, and demands that Monroe bring Sandra to him. The two soldiers who are sent to retrieve the bound and blindfolded Sandra decide to torture her a bit first, when Barney Ross appears and kills them. As Ross and Sandra are running, Paine (Steve Austin), Monroe's "enforcer," and some soldiers catch up with them, and Sandra is brought to her father while Paine and the soldiers beat up Ross, demanding that he tell them how many men are with him. Upstairs, Garza – recognizing his errors – speaks tenderly to Sandra after telling Monroe to take his money and leave, to which Monroe responds by telling |

15

Case: 13-324    Document: 37    Page: 67    05/10/2013    933684    275

**A60**

Case 1:11-cv-07517-JSR    Document 31-2    Filed 03/15/12    Page 17 of 112
Case 1:11-cv-07517-JSR    Document 24-1    Filed 02/16/12    Page 16 of 20 112

| | | Garza that he is just a "puppet." |
|---|---|---|
| 19. The linchpin moment of the plot comes when Garza is giving a political speech to the people of his county from his presidential palace. Garza suspects his "number two" of treachery. The security chief kills Garza. | The linchpin moment of the plot comes when Garza is giving a speech on live TV from his palace office. Garza suspects Torres of treachery. Torres kills Garza. | The linchpin moment of the plot comes when Garza steps out onto the palace balcony and gives a speech about how he loves his country and is trying to defend it. Garza suspects Monroe of treachery. Monroe and Paine kill Garza.' | Plaintiff's averment that these are the "linchpin" moments of the two plots neither makes this so, nor does it make the two scenes substantially similar.

In CC, Garza is scheduled to announce in a live television broadcast that he is nationalizing the country's oil industry. His speech is by no means the "linchpin" of the story. Many *other* important things happen during his speech, however. St. John uses the scheduled speech as part of his scam. He sends fake invitations to Gen. Alvarez and the Joint Chiefs of Staff, luring them to watch the speech in a hotel ballroom and then to join President Garza in celebrating the seizure of the oil industry. St. John then locks them up and knocks them out with gas. At the same time, St. John turns Garza and Torres against each other with a ruse, hoping that their forces will wipe each other out. Finally, he puts in motion his "Trojan Horse" style attack on the oil refinery, duping Torres with "leaked" information about it. (It is during the execution of this massive and complex scheme that Torres tortures Renata and brings her to Garza, as discussed in Nos. 16 and 18, above.) When Torres's men show up to defend the refinery, they are blown up, per St. John's plan. The explosions lead to turmoil, with Garza poised to shoot Torres, but the lights go out and in the confusion it is Garza who is shot (not killed as Plaintiff says, he dies at the end of the story), apparently by Torres.

By contrast, in the Film, General Garza's so-called "speech" is entirely different from the speech in *CC*; it is neither the "linchpin moment" of the Film nor is it central to any scam being run by the hero. Indeed, in contrast to *CC*, in which the televised speech is to inform the country that the oil industry is being seized by President Garza, in the Film the general steps onto his balcony to ask his people to pardon him "for being human" and selfish by selling out to "the American invaders [who] want to kill our country." He says this as the |

16

**A61**

| | | | |
|---|---|---|---|
| | | | Expendables are about to escape from the lower level of the palace, only to find themselves surrounded. Monroe – who, as discussed in No. 3, above, is a very different character than Torres – shoots the President. The "escape" scene – which features the standard gunfire and explosions (discussed in No. 17) – follows immediately thereafter. |
| 20. Garza's "number two" security chief has prepared a helicopter for his getaway, with the heroine as hostage.<br><br>When the villain tries to escape, the hero chases him, disables the chopper, and kills the villain with a surprise tactic in a one-on-one showdown, rescuing the heroine.<br><br>During this showdown, the hero or heroine is shot through the left shoulder. | Torres has a military chopper with pilot standing by, waiting for him to make his getaway, with Renata as hostage.<br><br>When Torres tries to escape, St. John chases him, disables the chopper, and kills Torres with a surprise tactic in a one-on-one showdown, rescuing Renata.<br><br>During this showdown, Renata is shot through the left shoulder. | Monroe has a military chopper with pilot standing by, waiting for him to make his getaway with Sandra as hostage.<br><br>When Monroe tries to escape, Ross chases him, disables the chopper, and kills Monroe with a surprise tactic in a one-on-one showdown, rescuing Sandra.<br><br>During this showdown, Ross is shot through the left shoulder. | Notwithstanding Plaintiff's repeated efforts to equate Col. Torres in *CC* with Monroe in the Film as "Garza's 'number two,'" they are not similar characters and do not play comparable roles in the two works (as discussed in Nos. 3-4).<br><br>And while not only are the use of helicopters in military or mercenary-themed action films (e.g., "The A-Team") hardly original to Plaintiff or protectable, Plaintiff again tries to make *dissimilar* plot elements sound similar. In *CC*, the main helicopter in the story is the "Whispercopter" piloted by female team member Terri O'Toole. As Torres is making his escape, he has "a small military whirlybird" waiting for him, but St. John and his team "machine-gun the whirlybird pilot" (Ex. D at 18-19; Ex. A at 107.) By contrast, in the Film, Barney Ross and Hale Caesar blow up Monroe's helicopter. Moreover, Callaham's screenplay had the mercenaries blowing up the dictator's helicopter before *CC* existed. (See Ex. C at 102.)<br><br>Finally, Plaintiff's attempt to equate, as being "substantially similar," (a) St. John killing Col. Torres in *CC* by firing a shot *through* Renata's shoulder, with (b) Monroe shooting Barney Ross in the Film is only further evidence of Plaintiff's misapprehension of the scope of copyright protection and of the overreaching nature of his claim. (To the extent Plaintiff is suggesting that the element of shooting someone in the shoulder is either somehow "protectable" or was copied, Callaham had the protagonist in the pre-*CC* script shooting the CIA agent in the shoulder. See Ex. C at 105.) |

| | | | |
|---|---|---|---|
| 21. The mercenaries leave the heroine "in charge" of her country, supported with money that came from the client.<br><br>There is a strong hint of a future romantic relationship between the hero and heroine. | Renata is appointed the President of Cordoba, supported with money that comes from Wilson-Thomas.<br>St. John says his goodbyes to Renata. They hug and kiss. There is a hint that St. John will return to resume their relationship. | Ross gives Sandra his payment from Mr. Church to "help get things going," effectively leaving her in charge of the country.<br>Ross and Sandra have an emotional parting where they embrace, she asks him to come back and he promises to "be around." | Callaham had the protagonist giving the "money that came from the client" to the female figure ("Sophie") and her father, Dr. Adofi, in his screenplay before *CC* was written. (See Ex. C at 115-16.)<br><br>Moreover, the scenes are not similar. In *Cordoba*, Renata humorously effects a virtual coup as her uncle, President Garza, is dying from his gunshot wound. No sooner does she become President than she fires the Joint Chiefs of Staff and the Cabinet, and we learn of the trickery she and St. John used to win the day. Renata reverses the nationalization of the oil industry, strikes a lucrative deal with Sir. Reginald, and makes him arrange to have the fatwah against St. John lifted. Renata and St. John later smoke "victory cigars" and kiss as St. John prepares to leave to see his daughter.<br><br>By contrast, in the Film, Barney Ross gives Sandra the money the Expendables were paid for their mission, but there is neither any indication that she has assumed political leadership of the country nor of any sexual relationship between her and Barney. |
| 22. The story ends with one of the heroes "rhapsodizing" or rapping in a comical way. Then the mercenaries ride away in cool vehicles, | The story ends with St. John "rhapsodizing" about his love of double-cross schemes. Then the mercenaries ride away in their Porsche and military transport. | The story ends with Christmas rapping about his prowess with a knife. Then the mercenaries ride away on their cool motorcycles. | These scenes bear no similarity of protectable elements. St. John's parting declaration, in which he expresses his love of "a flim-flam... sting, swindle, shell game..." (the swindle being the key to the whole *CC* plot) is not remotely similar to Lee Christmas (already back in the U.S. at Tool's HQ) "rapping about his prowess with a knife" (which has nothing to do with a swindle or the central plot). Nor is there anything protectable or similar about the mercenaries' in *CC* use of a "Porsche and military transport" with the Expendables' motorcycles. |

18

24.    Deny the allegations in paragraph 24 of the Complaint because, as forth above: (a) there are no "striking similarities between two works; (b) Callaham, who, as Plaintiff acknowledges, is credited as co-authoring the screenplay for the Film, wrote several drafts of a screenplay about a team of mercenaries hired to overthrow a general who is the dictator of a small Latin American island between May 2005 and January 2006, *before* Plaintiff wrote his Screenplay; and (c) Stallone neither had access to Plaintiff's screenplay nor copied any elements from it.

25.    Deny the allegations in paragraph 25 of the Complaint.

26.    Deny the allegations in paragraph 26 of the Complaint.

27.    Deny the allegations in paragraph 27 of the Complaint.

28.    Deny the allegations in paragraph 28 of the Complaint.

29.    In response to paragraph 29 of the Complaint, repeat and reallege their responses to paragraphs 1-25 as if fully set forth herein.

30.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 of the Complaint.

31.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 of the Complaint.

32.    Deny the allegations in paragraph 32 of the Complaint, for the reasons set forth above in response to paragraph 23.

33.    Deny the allegations in paragraph 33 of the Complaint, except admit that Callaham and Stallone have received revenue as a result of their authorship credit on the Film, and that Lions Gate has received revenue as a result of its distribution of the Film.

34.    Deny the allegations in paragraph 34 of the Complaint.

35.    Deny the allegations in paragraph 35 of the Complaint.

36.    Deny the allegations in paragraph 36 of the Complaint.

37.    Deny the allegations in paragraph 37 of the Complaint.

38.    Deny the allegations in paragraph 38 of the Complaint.

**FIRST AFFIRMATIVE DEFENSE**

39.    The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

40.    Plaintiff's claim is barred, in whole or in part, by the doctrines of estoppel and waiver.

**THIRD AFFIRMATIVE DEFENSE**

41.    Plaintiff's claim is barred, in whole or in part, by laches.

WHERFORE, Defendants respectfully request that the Court:

(a)    Dismiss the Complaint with prejudice, and award judgment to Defendants;

(b)    Pursuant to 17 U.S.C. §505, award Defendants their costs and attorneys' fees incurred in having to defend this action; and

(c)    Grant Defendants such other and further relief as the Court deems just and proper.

Dated: February 15, 2012

PRYOR CASHMAN LLP

By: _____

Tom J. Ferber
Benjamin S. Akley
Attorneys for Defendants
7 Times Square
New York, New York  10036-6569
(212) 421-4100

# EXHIBIT A

PAu3-049-981


LIBRARY OF CONGRESS
JUN 0 8 2006    AA
COPY
COPYRIGHT OFFICE

THE CORDOBA CAPER

by
Marcus Webb

Marcus Webb
10100 Hermit Rapids Ave.
Las Vegas, NV 89148
(702) 739-7623
marcuswebb@aol.com
© 2006 US Copyright Office
Registered with WGA West

                                                       FADE IN:

          Title Card:

          *KAOHSIUNG HARBOR, TAIWAN*

          EXT. A HUGE COMMERCIAL HARBOR -- NIGHT

          Two SPEEDBOATS race along the waterfront at 80 mph, one
          chasing the other, dodging in and out of docks, other boats.

          At the wheel of the fleeing speedboat is YONG PARK, a
          desperate-looking Korean gangster.  Pistol in hand.

          Bound and gagged in the rear of Park's boat is beautiful
          NAJIDA AL-JALABI, 18.  She wears a traditional Arab gown.

          ANSELM "ANDY" ST. JOHN pilots the pursuing speedboat.  His
          face is tough, grizzled, shrewd.  A man who's been to Hell
          and back enough times to mark the trail.

          TWO MORE SPEEDBOATS appear from the opposite direction,
          bearing down on Park's speeding vessel, head-on.  They are
          piloted by: JOSH MOFAZ, 30, ex-Mossad; and by LORENZO
          ROSSINI, 28, ex-Special Forces.

          St. John picks up a bullhorn, speaks into it:

                         ST. JOHN
                    Give it up, Yong Park!  You're
                    surrounded!

          Yong Park grabs a SUBMACHINE GUN and fires at the two
          oncoming boats.  They fly past him, almost colliding.

          St. John keys his headset's microphone.

                         ST. JOHN (CONT'D)
                    Alpha One calling Alpha Two!

          EXT. AERIAL SHOT OVER HARBOR -- NIGHT

          A sleek, futuristic WHISPERCOPTER descends.  Its overhead
          rotors are almost silent.  The pilot is "TERRIBLE TERRI"
          O'TOOLE, 20-something.  Cute but lethal.

                         TERRI
                    Alpha Two in position.

          EXT. PURSUIT BOAT

                         ST. JOHN
                    Alpha Three, you heard the lady.
                    Paint the target!

Case: 13-324    Document: 37    Page: 75    05/10/2013    933684    275

Case 1:11-cv-07517-JSR    Document 31-2    Filed 03/15/12    Page 25 of 112

                                                                        2.


         EXT. OIL TANKER

         High on the deck of the towering tanker is DR. REINHARDT
         REICHENBACH, aka "THE PROF."  With him is OTIS "BOOM-BOOM"
         HUNTER -- a big black dude, built like a linebacker.  Both
         men wear headsets identical to St. John's and Terri's.

                              OTIS
                    Alpha Three, affirmative.

         THE PROF kneels by a chrome-plated LASER BAZOOKA.

                              THE PROF
                         (light Swiss accent)
                    My calculations, given ze tide and
                    depth of ze harbor --

         CUT BACK AND FORTH from the speedboats, to the Whispercopter,
         the harbor, and oil tanker as needed:

         ST. JOHN barks into his headset mike.

                              ST. JOHN
                    Cut the physics lesson, Prof!  Just
                    light 'er up!

         THE PROF grumbles while he adjusts the laser scope sight.

                              THE PROF
                    No one appreciates craftsmanship
                    anymore.

         Otis grins and switches on the laser, targeting Park's boat.

                              OTIS
                    Target is painted!

         Flying overhead, Terri hits a button --

                              TERRI
                    Bomb's away!

         The Whispercopter drops a sleek missile.  It homes in on the
         laserbeam...SLAMS into the windshield of Park's speedboat.  A
         spectacular, yet non-destructive EXPLOSION of black ink.

         The ink instantly covers Park's windshield, blinding him.

                              PARK
                    Son of bitch!

         Park bounces up and down on his toes, trying frantically to
         see over or around his ink-blackened windshield.

         Meanwhile, St. John maneuvers his speedboat alongside --

         Park grabs his submachine gun, sprays bullets at the
         windshield, shattering the glass, restoring a partial view --

3.

-- as St. John LEAPS from his speedboat into the back of
Park's speedboat!  He grabs Najida.

A metal-chain LADDER with aluminum rungs dangles from the
Whispercopter.  St. John grabs it, begins climbing --

                        PARK (CONT'D)
              You die!

Enraged, Park scrambles for his submachine gun again --

                        ST. JOHN
              After you!

The Whispercopter CLIMBS SHARPLY, pulling St. John and Najida
UPWARD just in time as a CARGO SHIP flashes beneath them.

Park glances forward, screams -- too late.  His speedboat
SLAMs full-speed into the enormous cargo vessel...

And EXPLODES.


EXT. ABOVE THE HARBOR

On the ladder, St. John gives Najida a reassuring smile.

                        ST. JOHN
              Welcome to freedom.


EXT. AN OILFIELD IN CORDOBA -- DAY

Busy oil derricks working in a desolate desert landscape.
Their hammer-like heads pump smoothly up and down.

Superimposed title:  *CORDOBA, SOUTH AMERICA*

Suddenly, one derrick stops.

Then another stops.

Another.

Another...

Derricks are stopping all over the field.


EXT. CORDOBAN GOVERNMENT BUILDING -- DAY

A fortress-like structure.  Gray.  Massive.  Ultra-modern and
ultra-ugly.

Superimposed title:  *CORDOBAN MINISTRY OF STATE SECURITY*

A government car pulls up.  Two civilians exit:  INTERIOR
MINISTER RODRIQUEZ and Cordoba's official state GEOLOGIST.

4.

INT. SECURITY MINISTER'S OFFICE

Colonel RAMON TORRES sits behind his enormous desk, reading a
report.  Lean, mid-40s.  Pitiless eyes, a permanent sneer.
His olive, red-flashed uniform is Stalin-esque.

RODRIQUEZ and the GEOLOGIST stand silently quaking in fear.

Two *Brigada Roja* (Red Brigade) guards wear Soviet-style,
olive-green uniforms with red accents.

Torres slams the report closed, jumps to his feet.

                    TORRES
          Two small fields stop producing...
          And you claim that in five years,
          Cordoba's *ENTIRE NATIONAL PETROLEUM
          SUPPLY* will dry up!!??

The MINISTER and GEOLOGIST are too terrified to reply.

Torres smiles.

                    TORRES (CONT'D)
          Good!  That is *exactly* what I
          wanted to hear.

EXT. SECURITY MINISTRY -- DAY

The Security Ministry faces a wide, green lawn, flanked by
two boulevards.  This lawn stretches half a mile to...

EXT. PRESIDENTIAL PALACE -- DAY

Neo-classical marble architecture.  A block wide.

Superimposed title:  *PRESIDENTIAL PALACE*

The courtyard is dominated by a huge statue of His Maximum
Excellency, *El Presidente* Generalissimo Garza.

                              MATCH CUT TO:

INT. PALACE

ENRIQUE GARZA, 50s, wears a gray military tunic, black pants
(Adolph Hitler's wartime uniform.)  But his *bandito*-style
mustache is strictly Pancho Villa.

Garza and Torres stride down a marble corridor, side by side.
Garza glances at the oil report while they walk.

5.

                        TORRES
                And so, *mi Presidente,* we must
                develop an alternative source of
                national wealth -- *immediately.*
                Every Quechua farm in the Andes
                Mountains must be "collectivized."

They are followed by a six-man Palace Guard detail, walking
in military step.  The Guards' all-black uniforms are styled
after the Nazi SS (including jodphurs and jackboots).

                        GARZA
                "Nationalized," you mean.

                        TORRES
                        (smiling coldly)
                My dear Enrique.  You are a right-
                wing, fascist viper.

Garza's reply is almost fond:

                        GARZA
                And you, Ramon, are a left-wing,
                Marxist mongoose.

It's a ritualized exchange that they both enjoy.

                        TORRES
                Thank you.  Of course, taking over
                those farms will require us to
                resolve the Indian question.

Garza hands back the report.

                        GARZA
                Permanently.


EXT. A CASTLE IN SCOTLAND -- DAY

A ninth century fortress, perched high on a rocky promontory,
jutting out into the North Sea.

Superimposed title:  *DUNNOTTAR CASTLE, SCOTLAND*


INT. CASTLE LIBRARY

Over the massive fireplace hangs a large COAT OF ARMS.  Its
banner proclaims "WILSON-THOMAS" in Olde English lettering.

St. John stands with a snifter of cognac in one hand.

SIR REGINALD WILSON-THOMAS, 96, sits in a wheelchair beside
the roaring fire, a blanket over his lap.

                        ST. JOHN
                Don't get me wrong, Sir Reggie.
                I'm flattered.

6.

Sir Reggie makes a rude, disgusted noise.

                    ST. JOHN (CONT'D)
          World's third-richest guy?  Hundred-
          year-old cognac?  Who wouldn't be?

                    SIR REGGIE
          Stuff and nonsense!

                    ST. JOHN
          Now, I realize violence is bad for
          the oil business --

Sir Reggie speaks with a heavy Scottish burr.  Overlapping:

          SIR REGGIE                    ST. JOHN
I already tol' ye, man!          -- but war is just a little
This is not about                out of my league.
m'petroleum company!

                    SIR REGGIE
          Come, come, Mr. Anselm St. John!
          Let's be honest!  The plain fact
          is, war IS your league.  K&R,
          kidnap an' recovery, is mostly a
          front.  YE, laddie, are a
          *mercenary*.  If the cause is right.

St. John starts to argue, but Sir Reggie cuts him off.

                    SIR REGGIE (CONT'D)
          Don't bother denyin' it.

                                        FLASHBACK:

CHAD DESERT -- NIGHT

St. John and Otis (in desert camouflage) crouch by a low
wall.  St. John pushes the PLUNGER on a detonator.

                    SIR REGGIE (V.O.) (CONT'D)
          I know what ye did in Chad last
          year.  And in Columbia, the year
          before that...

In the distance, an enemy installation blows up.

                                        BACK TO:

INT. LIBRARY (CONTINUOUS)

                    ST. JOHN
          Sake o' argument, say you're right.
          Massacres in Cordoba
          been goin' on for years.  What
          suddenly makes it YOUR problem?

7.

                        SIR REGGIE
         The point is, laddie, I'm makin' it
         YOUR problem.

                        ST. JOHN
              'Zat so?

Sir Reggie opens a humidor.  St. John selects a cigar.
Trims it, mouths it, flicks his lighter.

                        SIR REGGIE
         I very much admire what ye did for
         that Egyptian lassie.  Instead of
         returnin' her to Riyadh, ye got her
         asylum in the States.

St. John draws, takes a few puffs.  Snaps lighter shut.

                        ST. JOHN
         Not true.  I was takin' her home.
         Turned my head *one second* and --
         poof!  She was gone.

                        SIR REGGIE
         Ye don't expect me to believe that?

                        ST. JOHN
         Hey, I refunded her old man's
         dough!  My famous moneyback
         guarantee.  If it's good enough for
         Ace Hardware --

                        SIR REGGIE
         Unfortunately, Prince al-Jalabi
         didn't want his money back.  He
         wanted his <u>daughter</u> back.

                        ST. JOHN
         I don't rescue innocent people to
         hand 'em from one jail to another.
         Now, what's this got to do --

                        SIR REGGIE
         It consairns that turrible,
         turrible *"edict"* that a certain
         Muslim cleric issued ag'in ye.
         A *fatwah*, they call it?  But a
         death sentence by any other name...

Perceiving a not-so-veiled threat, St. John puts down his
drink and cigar.  Gathers his topcoat, heads for the door.

                        ST. JOHN
         Thanks for the drink, Sir Reggie.

                        SIR REGGIE
         Laddie!  As an old friend of the
         Saudi royal family, with one phone
         call I could have that *fatwah* o'
         yours rescinded.  *Or...*

8.

St. John pauses at the library door.  Looks back.

Sir Reggie produces a cellphone.  His finger hovers over the
Speed Dial button.

                    SIR REGGIE (CONT'D)
          I can make it *absolutely certain*
          that sooner or later, Prince al-
          Jalabi's men catch up with ye.
          Manhattan?  Nairobi?  Maybe even
          ...Lucerne?

St. John freezes.

                    ST. JOHN
          Lucerne!  You'd...go *that* *far*?

                    SIR REGGIE
          I dinna become a billionaire by
          followin' the Golden Rule, laddie!
          I take it we have an agreement?

Reluctantly, almost imperceptibly, St. John nods.


EXT. A PRIVATE SWISS COLLEGE -- DAY

A sign on the wall says "Universität Luzern."


INT. SCHOOL LOBBY

ALLISON ST. JOHN, age 20, enters.  Attractive, nicely
dressed, with her father's alert eyes and good humor.

                    ST. JOHN
          Allison!

                    ALLISON
          Hi, Dad.

St. John hugs and kisses his daughter enthusiastically.
Allison returns the embrace, but she's a bit guarded.


EXT. FOOTBRIDGE OVER LAKE LUCERNE-- DAY

St. John and Allison stroll together.  Geese quack in the
water.  Swiss Alps tower in the distance.

                    ST. JOHN
          Uh...Listen, honey.  For the next
          few months --

                    ALLISON
          I know.  I won't be seeing you for
          a while.

9.

                ST. JOHN
         Right.  And, remember, Allison.
         Till I say otherwise--

Bored, she recites by rote:

                ALLISON
         Don't tell anybody my real name is
         St. John.  Don't hint that I know
         _anything_ about what you do.

She gazes at him calmly.

                ALLISON (CONT'D)
         That's easy.  I don't.

Hit with this implicit accusation, St. John struggles to find
some way to let his daughter know how much she means to him.

                ST. JOHN
         Ya know...  met a gal recently.
         Egyptian.  But, she reminded me o'
         you.  Real young lady.

                ALLISON
         Where did you meet --

                ST. JOHN
           (overlapping)
         I can't --

                ALLISON
         I KNOW!  You can't say.

Another awkward pause.  St. John glances at his watch.

                ST. JOHN
         Well...  Wish I had time ta take
         you to lunch --

                ALLISON
         It's okay, Dad.  Really.

St. John kisses her on the cheek.  Reluctantly, he departs --
leaving unsaid almost everything he'd really wanted to say.


EXT. INDIAN VILLAGE, HIGH IN THE ANDES -- DAY

A sleepy hamlet, literally.  Old men doze on benches.

Superimposed title:  _QUECHUA INDIAN VILLAGE, CORDOBA_


EXT. A MEADOW, ONE MILE BELOW THE VILLAGE -- DAY

_BOOM!_  An 88-style artillery FIELD GUN is fired by a squad of
black-uniformed, Palace Guard storm troopers.

10.

The gun is targeting the QUECHUA (pronounced KESH-wah)
VILLAGE.

Garza and Torres sit nearby in the back seat of an open
military transport.  Garza observes through field glasses.


EXT. VILLAGE

The first artillery shell EXPLODES in the town square.  The
community well, and the old men, vanish in a fireball.

Frightened Quechua Indians pour from their homes, running in
all directions.  Panic, shouting, confusion...


EXT. AERIAL SHOT, OVER THE MEADOW -- DAY

Two HELICOPTERS flying in.  The smaller copter bears the
Wilson-Thomas Petroleum Corporation logo.

A big Cordoban MILITARY CHOPPER flies alongside.


INT. WILSON-THOMAS COPTER

St. John, in the jump seat, is dressed as Mr. Nerd:
conservative business suit, black plastic-rim glasses.

Terrible Terri flies the copter.  St. John looks down, sees:


EXT. VILLAGE

Another 16mm shell screams in.  EXPLODES the church.

Twenty *Brigada Roja* shock troops cut off the Indians at the
higher jungle treeline.  They shoot submachine guns.


EXT. MEADOW

The 88 crew fires every 10 seconds.  Garza nods, satisfied.

                    GARZA
          Once we seize those fields -- we
          begin growing coca plants.

                    TORRES
          The wealth of Cordoba will shift
          from black gold --

                    GARZA
          -- to white powder!

An aide produces a bottle of champagne, pops the cork, pours.
Garza and Torres lift their glasses for a toast.

11.

As they touch the glasses to their lips, an EXPLOSION rocks
the Palace Guard artillery crew.

Garza, Torres dive for the floor of their transport vehicle.


EXT. JUNGLE TREELINE, LOWER END OF MEADOW

Cordoban REBELS in black MASKS fire rifles.  Two rebels are
reloading a shoulder-fired STINGER Missile System.


INT. HELICOPTER
                        ST. JOHN
             Jesus Christ and General Jackson!


EXT. JUNGLE TREELINE

The rebels fire another Stinger MISSILE at Garza's group.


EXT. MEADOW

Another explosion.  Four soldiers go flying into the air.

Garza, Torres take cover behind their armored transport.
                        GARZA
             Return fire, you idiots!

Palace Guards and Red Brigaders blast their submachine guns
at the rebels... with no visible effect.
                        TORRES
                   (to artillery crew)
             Turn that 88 around!


EXT. JUNGLE TREELINE

The LEADER of the rebels -- in a black ski mask -- taps the
Stinger shooter on the shoulder, points at the helicopters.

The Stinger crew aims at the choppers...and FIRES.


INT. HELICOPTER

St. John sees the missile streaking their way...
                        ST. JOHN
                   *Incoming!*

12.

EXT. HELICOPTER

The small helicopter dives sideways -- but the MISSILE hits
its tail.  EXPLODES, destroying the rear rotor.   The copter
begins spinning like a car on ice, dropping fast.

EXT. MEADOW

The Wilson-Thomas copter CRASH-LANDS fifty yards from Garza
and Torres, equidistant between the rebels and the village.

St. John and Terri leap out.  Ducking the blades, they run
for the relative safety of Garza's and Torres's position.

                    ST. JOHN
          Don't shoot!

Behind them, the damaged copter EXPLODES.

The artillery crew finally gets the 88 field gun pivoted 180
degrees, so it points downhill toward the rebels.  They fire.

The Cordoban MILITARY CHOPPER, circles overhead, blasting at
the rebels with twin machine guns.

EXT. JUNGLE TREELINE

The rebels melt into the jungle, shouting as they go.

                    REBELS
          Viva la *revolución!*  Viva
          Salvadora!

EXT. MEADOW

                    GARZA
          After them!

A dozen Palace Guard storm troopers give chase.

Red Brigades surround St. John and Terri, pointing guns.
Their field commander is Captain Vega, a tough-looking SOB.

                    CAPTAIN VEGA
          On your knees!  Hands on top of
          your heads!

St. John, playing a nervous business executive, instantly
obeys.  Terri has to be pushed.

                    ST. JOHN
          Don't shoot!  Don't shoot!
          I'm Roger Thornhill!  Wilson-Thomas
          Industries!

13.

                         TORRES
              Papers!

St. John hands over his passport and ID.  Torres studies.

                         TORRES (CONT'D)
              Oh, yes -- Thornhill.  Your company
              said you were coming.

Torres tosses back the documents.  The Red Brigade shock
troops yank St. John and Terri to their feet.

St. John glances nervously at the treeline.

                         ST. JOHN
              Who was that?

                         TORRES
              Traitors.  You have landed in the
              middle of a small war, *Señor* Oil
              Man.

                         GARZA
              But Cordoba has prevailed -- as
              usual!

A faint sound of gunfire issues from the woods.

                         TORRES
              May I present His Maximum
              Excellency, Generalissimo Enrique
              Garza -- *El Presidente* of Cordoba.
              I am Colonel Ramon Torres, Minister
              of State Security.

INT. HOTEL BALLROOM -- THAT NIGHT

St. John -- now wearing a tux with his nerdy glasses --
enters the ballroom.  He is accompanied by Torres.

A party is in progress.  Low lights, a glittering Disco Ball
overhead.  A small orchestra playing lively mambo.

The women wear gaudy, colorful, low-cut satin ball gowns.
The men's dress uniforms out-gaudy the gowns.

                         ST. JOHN
              Lemme get this straight, Colonel.
              General Garza's a fascist; you're a
              Marxist.  But you're allies!?

Torres is busy scanning the crowd.

                         TORRES
              *Compadres,* yes...

                         ST. JOHN
                    (needling Torres)
              Kinda like Hitler and Stalin, huh?

14.

Torres shoots St. John a dirty look.

                    TORRES
          That is NOT a comparison we
          appreciate!

They arrive at Garza's inner circle.  Garza beams.

                    GARZA
          Ah, *Señor* Thornhill!  Allow me to
          present General Alvarez, Commander
          in Chief of Cordoba's Armed Forces.

GENERAL ALVAREZ, an immensely fat five-star general in a
neutral tan uniform, looks blandly at St. John.

                    ALVAREZ
          What brings YOU to Cordoba?

St. John smiles his most eager salesman's smile.

                    ST. JOHN
          Oil!  Wanna help ya get more
          production outta --

ALVAREZ nods curtly, turns away.

                    ST. JOHN (CONT'D)
          -- your fields, and...
              (to Garza)
          Guess he's not interested in oil.

                    GARZA
          General Alvarez is only interested
          in the Army and Air Force.

Torres narrows his eyes suspiciously at Alvarez.

                    TORRES
          That's why he refused to join our
          glorious *coup d'état*, 10 years ago.

                    GARZA
          But he didn't oppose us, either.
          That's the main thing.
              (to St. John)
          We don't interfere with the regular
          military, and they don't interfere
          with the government.

The orchestra leader steps to the microphone.

                    ORCHESTRA LEADER
          *Señors y señoras!*  I have the honor
          to present -- our debutantes!
          Everyone, please welcome the
          beautiful young ladies of Cordoba!

A spotlight swings to the ballroom's entrance.  Music resumes
as a line of young girls enters, all dressed in white.

15.

Everyone watches and applauds.  While St. John smiles and
claps, he asks Torres:

                    ST. JOHN
               Troops in the field today.  Not
               regular Army, huh?

Torres eyeballs the young women with predatory interest.

                    TORRES
               No.  *El Presidente's* Palace Guard
               and my own Red Brigade.

RENATA LOPEZ, mid-20s, slips in from behind them to join the
presidential party.

She is easily the most beautiful woman in the room.  In fact,
she is probably the most beautiful woman in Cordoba.

Renata's blue party dress is simple, modest, tasteful.  A
tiny gold crucifix adorns her throat.

                    GARZA
               Ah, Renata!

                    RENATA
               Uncle Enrique.

Renata politely kisses Garza on the cheek.

                    GARZA
               May I present *Señor* Rodger
               Thornhill, from Wilson-Thomas
               Industries.

                    ST. JOHN
               Damn glad ta meetcha.

                    RENATA
               *Señor* Thornhill.

Torres ogles Renata with barely-disguised lust.

                    TORRES
               The niece of *El Presidente* is the
               beautiful centerpiece of any party.
               Unfortunately, we don't have the
               pleasure of her company nearly
               often enough.

                    ST. JOHN
               Why not?

Renata giggles softly.

                    RENATA
               Oh, I'm not one for politics.

16.

                        GARZA
            My niece spends half her time at
            the university, studying religious
            history -- and the other half
            trampling around the countryside,
            documenting old ruins.
                  (to Renata)
            My dear, keep *Señor* Thornhill
            company this evening, won't you?

Renata dutifully inclines her head.

                        ST. JOHN
            Can an old ruin have this dance?

St. John leads her to the dance floor.  Torres watches them
go, a bit jealously.

                        TORRES
            And to think, Enrique -- your niece
            once planned to join a convent and
            take the vows.  What a waste of
            womanhood that would have been!

Torres' WIFE takes his arm, pats him with mock sympathy.

                        MRS. TORRES
            Your harem is big enough, Ramon.
            Leave Renata to her studies!

The Junta and their women laugh.  Loudly.

                        GARZA
            Torres, listen to your wife!

Even louder laughter.  Torres sputters, discomfited.

On the crowded floor, St. John and Renata begin dancing.

                        ST. JOHN
            Where d'ya go to school?

                        RENATA
            University of Lima.

                        ST. JOHN
            I dunno, ya just don't look like
            the old ruins type.

Renata smiles.

                        RENATA
            You should see me in work clothes,
            out in the field.  Covered in mud!

St. John glances back at the presidential party.  Torres is
pinching CONCHITA RODRIGUEZ, the pretty wife of the Interior
Minister.

17.

                    ST. JOHN
          I think Colonel Torres would like
          ta see you in no clothes at all.

Renata blushes.

                    RENATA
          *Señor* Thornhill!

                    ST. JOHN
          Sorry.  But you're a beautiful
          girl.  Woman!

                    RENATA
          Cordoba is a very traditional
          society, *Señor*.  Here, it is no
          insult to call a girl -- a girl.
                    (a beat)
          But it IS an insult to imply, one
          minute after meeting a woman, that
          you are visualizing her naked.

She slaps his face -- knocking his nerdy glasses askew.
Turns and disappears into the crowd.

From the head table, where Garza's group has taken its place,
Torres observes all of this and smiles.

The band keeps playing.  St. John wanders to the head table.
A placard puts him beside Torres.  He sits.

                    ST. JOHN
          Some girl, that Renata.

Torres sharpens two knives on each other, briskly.

                    TORRES
          A beautiful little fool.  But then,
          women are like flowers and cigars:
          to be enjoyed, then discarded.

Torres spears a tomato wedge and stuffs it into his mouth.

                    TORRES (CONT'D)
          Mustn't expect them to have brains
          as well, eh?

                    ST. JOHN
          Uh, sure... Listen, Colonel.  I'm
          not really here to increase oil
          production.

As before, Torres barely listens.  His eyes sweep the room,
scoping out the young women.

                    TORRES
          Oh?

**A84**

18.

                    ST. JOHN
          We'll send down some techs for
          that.  Fact is, I'm more of a
          security guy.  Like you.

St. John removes his nerdy glasses, pockets them.

                    ST. JOHN (CONT'D)
          And I think Cordoba's biggest oil
          refinery is an open invitation to
          sabotage.

Torres looks sharply at St. John.  NOW he's interested.


EXT. CORDOBAN OIL REFINERY -- DAY

The refinery is located five miles from the Capital City.

Inside the complex, St. John and Torres drive in an open jeep
along the flat, concrete-paved floor of a small valley.

Giant silver globes, 60 feet tall, stand in two opposite rows
on the sloping sides of this small valley.  Five to a side.

                    TORRES
          Oil tanks.

                    ST. JOHN
          Yeah, yeah.

Below each spherical oil storage tank is a huge round vat,
open at the top.  Torres shoots a sly look at St. John.

                    TORRES
          And those vats hold the, uh...
          ammonium nitrate.

                    ST. JOHN
          Don't bullshit me, Colonel.  That's
          sulfuric acid runoff from the
          refining process.

The Colonel smiles sourly.  He got caught, but he is
satisfied that St. John knows oil.


EXT. REFINERY FENCE

Outside the refinery, they drive alongside the electrified
perimeter fence.  Torres points out the armed guards,
concrete barriers, watch towers, and other security features.

                    TORRES
          As you see, Thornhill, our main
          refinery is impenetrable.

St. John lights a cigar.

19.

                    ST. JOHN
          Yeah?  How 'bout that pipeline?

The oil pipeline into the refinery is unguarded.  It snakes
off into the mountains.

                    ST. JOHN (CONT'D)
          How 'bout those big fat oil tanks?
          Terrorists could hit 'em with
          rockets from a mile away.  Whole
          place'd go up like *that*.

He snaps his fingers.

                    ST. JOHN (CONT'D)
          Cripple Cordoba's entire economy in
          five minutes flat!  Then we *both*
          take a bath:  your country...my
          company.

Scowling, Torres resumes driving.

                    TORRES
          What would you propose?

EXT. GOLF COURSE -- DAY

St. John, Garza, Torres, and fat General Alverez play golf.
Palace Guard and Red Brigade security details stand nearby.

Garza swings his club.  Drives his ball 150 yards down the
fairway.  The others applaud politely.

St. John places his ball on the tee.

                    ST. JOHN
          For starters, I wanna take my own
          recon team --

St. John swings, knocks his ball about the same distance.

                    ST. JOHN (CONT'D)
          -- up into the mountains.  Hunt
          down these rebels.  Smoke 'em out.

Garza, Torres, and Alvarez laugh uproariously.

                    ST. JOHN (CONT'D)
          My swing that bad?

                    GARZA
          We have been trying to catch those
          rebels for two years, *amigo*.

                    TORRES
          If WE can't find them...in our own
          country...what chance has a gaggle
          of foreigners?

20.

The golfers and their security escort climb into three
Mercedes golf carts.  St. John shrugs, very casually.

                    ST. JOHN
               Got some tools you guys may not
               have access to.  Just wanna know
               what we're up against, is all.


INT. CLUBHOUSE, THE STEAMBATH -- MINUTES LATER

St. John, Garza, Torres, Alvarez sit with towels wrapped
around their waists.

                    GARZA
               It's your neck, Thornhill.  If you
               want to try to find this rebel
               scum, be my guest!

                    ST. JOHN
               Just one thing.  Who ARE they?

Garza shoots a dirty look at Torres.

                    GARZA
               Our Security Minister has been
               trying to learn their identities
               for two years.  Unsuccessfully!


INT. LOCKER ROOM

The men get dressed.

                    TORRES
               The filthy animals are impossible
               to catch.  They live like beasts,
               squatting in holes in the jungle.
               They strike, then vanish.

St. John glances back and forth between Garza, Torres.

                    ST. JOHN
               But, who ARE they?  Peasants?
               Indians?

                    TORRES
               Terrorists!

Garza's mouth turns down in annoyance.  "Terrorists" is a
fine propaganda label, but useless as military intelligence.


INT. PALACE WAR ROOM -- LATER

St. John and the Junta leaders sit around a conference table.

Case: 13-324    Document: 37    Page: 94    05/10/2013    933684    275

                                                                    21.

                              ST. JOHN
                    Can ya tell me at least who their
                    _leader_ is?

Suddenly Torres looks very pleased with himself.

                              TORRES
                    Yes!  I confirmed it just today!


EXT. CORDOBAN MILITARY AIRBASE -- DUSK

A big, four-propeller transport PLANE takes off.


INT. TRANSPORT PLANE

The engine noise is DEAFENING.

Terri, Lorenzo, Josh, and Otis sit on benches that run along
the fuselage.  They wear camouflage fatigues, parachutes.

In front, St. John sits with Torres at a tiny tabletop.
Torres opens a file marked SECRETO, removes an 8x10 photo.

CLOSE ANGLE ON PHOTO:  grainy, black-and-white.  Appears to
show the same rebels from the mountain ambush.

Torres circles the REBEL LEADER with red crayon.  (Someone
wearing a bulky zipsuit and black ski mask.)

                              TORRES
                         (shouting over engines)
                    They call their leader "Salvadora!"

                              ST. JOHN
                         (also shouting)
                    Salvadora!  Whazzat mean?

The Colonel rolls his eyes, irritated by St. John's ignorance
(and equally irritated by the rebels' romanticism).

                              TORRES
                    Saviour!  Salvation!

                              ST. JOHN
                    Who is he?

Torres removes another file photo.  Passes it to St. John.

It's a police mugshot of CARMEN MENDOZA, a 50ish Brazilian
woman.  Her tough, hard face glares at the camera.

St. John doesn't hide his surprise.

                              ST. JOHN (CONT'D)
                    A woman?

Case: 13-324    Document: 37    Page: 95    05/10/2013    933684    275

A88

22.

                    TORRES
          Carmen Mendoza!  Brazilian!

                    ST. JOHN
          What the hell's a Brazilian -- ?

                    TORRES
          She exports terror all over South
          America!  American CIA says the
          *puta* has ties to Al Queda!

St. John hands back the photo.

                    ST. JOHN
          CIA, huh?

Torres permits himself an evil smirk.

                    TORRES
          I have a friend there!

On the interior roof, a green signal light flashes.

                    TORRES (CONT'D)
          We're approaching the area where
          the rebels are most active!

The Jump Master, a uniformed Cordoban airman, barks orders.

St. John and his crew stand up.  Hook their static lines to
the overhead tripwire.

Torres walks to the rear of the plane.  Opens a door.

Captain Vega and five *Brigada Roja* shock troops emerge,
wearing camouflage -- and parachutes.

                    ST. JOHN
          What's this?

                    TORRES
          Captain Esteban Vega!  His men will
          escort you!

                    ST. JOHN
          I don't need --

                    TORRES
          I must insist!  If anything
          happened to you or your people,
          Wilson-Thomas would blame us!

The green light stops flashing, stays lit.  The Jump Master
opens the fuselage door.

                    JUMP MASTER
          VAYA!  VAYA!  VAYA!

Case: 13-324    Document: 37    Page: 96    05/10/2013    933684    275

A89

23.

St. John leaps out of the plane.  His crew jumps next, followed by Vega and his Red Brigaders.

Finally, the Jump Master tosses out five tube-shaped SUPPLY CANNISTERS.  These also have parachutes.

                              TORRES
                        (to Jump Master)
                The fools won't last 48 hours!

MONTAGE:  LANDING IN THE ANDES

1. Night:  15 parachutes open (ten people, five cannisters). They float down into the Andes.

2. Night:  They land on high, grassy plains.  Gather up their chutes.  Retrieve the supply cannisters, open them.  Break out weapons and backpacks.

3. Dawn:  The group hacks its way through dense forest.

EXT. MOUNTAIN TRAIL -- DAY

The group hikes along in two-abreast formation.  St. John and Vega take the point.

                         ST. JOHN
                So, Cap'n...ever seen this
                "Salvadora"?

                         VEGA
                No.  But I've fought these
                traitors.

                         ST. JOHN
                Kill many?

Vega shrugs.

                         VEGA
                Who knows?  When the cowards run
                into the jungles, they take the
                bodies with them.

EXT. A MID-RANGE MOUNTAIN PEAK

The group moves up into higher, unforested land.  Ahead they see a small Quechua Indian VILLAGE, surrounded by fields.

EXT. QUECHUA VILLAGE

Three women, a few old men, some children go about their business in the public square.

Case: 13-324    Document: 37    Page: 97    05/10/2013    933684    275

24.

As is Quechua custom regarding strangers, nobody acknowledges
St. John's crew and the *Brigada Roja* as they enter.

St. John approaches the well, where a mother is drawing
water.  Her children cling to her.


EXT. WELL

                    ST. JOHN
          *Por favor, señora?*

The woman fills her jar and walks away, ignoring him.


EXT. TOWN SQUARE

St. John approaches one of the old men sitting beside a
building.  He's dozing.

                    ST. JOHN
          *¡Oiga, señor!  ¿Cómo se va a*
          *SALVADORA?*

(SUBTITLE:)  *Excuse me, sir.  How can we reach Salvadora?*

The old man looks up.  Seeing guns, he becomes frightened.

                    OLD MAN
          Salvadora!?

                    ST. JOHN
          *Si!*  Salvadora.

The old Indian mumbles something incomprehensible, gets up
and shuffles away.  Vega is amused.

                    VEGA
          Indians speak Quechua.  Not
          Spanish.

                    ST. JOHN
          I think he got the message.

They walk out of the village.


MONTAGE:  TREK CONTINUES

St. John, Vega, and their teams continue ascending.  But this
time, they are being observed...

1. Day:  The group crosses a rope bridge, suspended over a
deep crevasse.  A MASKED MAN watches from a hilltop.

2. Day:  The group climbs steep, rocky mountains.  A MASKED
FIGURE with a rifle surveils them from behind an outcropping.

Case: 13-324    Document: 37    Page: 98    05/10/2013    933684    275

25.

3. Day:  The group passes small Inca ruins.  A MASKED GUNMAN
spies on them from behind a crumbling stone archway.


EXT. CANYON STREAM -- DAY

The group splashes upstream, single file.  Captain Vega takes
the point, St. John the rear.

Lorenzo and Josh drop back to St. John.

                    LORENZO
          See them?

                    ST. JOHN
          I see 'em.

                    JOSH
          Wanna tell Vega?

Ahead, Vega is talking on a satellite phone.

                    ST. JOHN
          He knows.


INT. A VERY SMALL MOUNTAIN PEAK -- LATE AFTERNOON

Extremely steep sides give the peak a 360° view.  The group
arrives atop this barren rock.

                    VEGA
          Good place to camp.  No one can
          approach unseen.

St. John does not drop his pack.

                    ST. JOHN
          No cover.  No line o' retreat.
          What the hell's going on, Vega?

                    VEGA
          This mission is ridiculous!  I have
          called for a helicopter.  We're
          going back to the capital.

                    ST. JOHN
          Worried about our shadow?

Vega makes a contemptuous face.

                    VEGA
          Those were MY men.

                    ST. JOHN
          That's what I thought.  Where are
          they now?

26.

The WHOP-WHOP-WHOP sound of a big HELICOPTER's blades fills
the air.  The CHOPPER flies into view; Vega waves to it.

                VEGA
      We'll pick them up at the
      rendezvous point.  Come on.

The chopper lands.  The *Brigada Roja* climb in.  Vega steps
into the hatch, gestures for the Americans to follow.

St. John simply stands there.

                VEGA (CONT'D)
      Aren't you coming?

                ST. JOHN
      No.

Vega stalks back to St. John, pulls him aside.

                VEGA
      Listen, *amigo!*  The rebels are
      nothing!  I doubt they have 1,000
      men.  We have more important work.

                ST. JOHN
      Like killing Indians?

                VEGA
      Garza wants them gone in six
      months.

                ST. JOHN
      *Half a million people!?*

Vega thinks St. John is questioning logistics, not making a
moral objection.  He ticks off numbers on his fingers:

                VEGA
      The *Brigada Roja* is 2,500 men.
      Palace Guard, another 2,500.  That
      works out to 100 Indians per man.
      If we hit 10 villages a day, 300
      Quechua per village...in 90 days, a
      quarter million will be dead!

                ST. JOHN
      Jesus!

                VEGA
      The others will flee over the
      border or starve in the jungles.

He pokes St. John in the chest.  Not gently.

                VEGA (CONT'D)
      You must learn to focus on the big
      things, Oil Man.

27.

                    ST. JOHN
          These rebels are such small
          potatoes, how come ya can't catch
          'em?

Vega glares at St. John.  He stomps back to the helicopter.

                    VEGA
          *Concha tu madre!*
          (Go fuck your mother!)

The hatch closes; the chopper lifts off.  Vega glares down at
St. John through the helicopter window.

St. John grins up at Vega, giving him a jaunty salute.

                    ST. JOHN
          Asshole.


EXT. BESIDE A SMALL WATERFALL -- LATE AFTERNOON

The American crew takes five.  A RING TONE prompts St. John
to open his pack, remove an Encrypted Satellite Phone.

                    ST. JOHN
          Alpha One.


EXT. UPSCALE HOTEL SUITE, LUCERNE

Allison St. John speaks into an identical phone.  She looks
EXTREMELY upset.

                    ALLISON
          D-Dad?  Daddy?


EXT. WATERFALL

                    ST. JOHN
               (shocked)
          Allison?  'Zat you?  How'dja  --


INT. HOTEL SUITE

Allison bursts into tears.

                    ALLISON
          *Daddy!!!!*  They say they're going
          to KILL you!


EXT. WATERFALL

                    ST. JOHN
          What!  *Who* says?  Where are you?
          Allison?  Allison?

28.

                    MAN'S VOICE (O.S.)
          Mr. St. John, this is Graham
          Traynor with Wilson-Thomas
          Industries.  Allison is with me.
          Sir Reginald feels it's best we
          keep her in protective custody.

                    ST. JOHN
                 (enraged)
          Let 'er go RIGHT NOW, you sonofa --


INT. HOTEL SUITE

A polished corporate lawyer, Traynor wears his arrogance like
a $5,000 suit.  He relaxes in a wing chair.

                    TRAYNOR
          I'm afraid you don't understand,
          Mr. St. John.  Prince al-Jalabi has
          discovered that you have a
          daughter.  As the Prince sees it,
          YOU deprived him of HIS daughter,
          so he feels it's only just --

CUT BACK AND FORTH between Cordoba and Switzerland.

                    ST. JOHN
          Are you threatening my daughter!?

                    TRAYNOR
          I'm trying to explain the *facts*.
          The Prince has EXPANDED the fatwah
          to your entire family.

                    ST. JOHN
          WHAT!!??

                    TRAYNOR
          You, Allison, and your ex-wife.
          We're trying to reach Christine but
          so far we've been unsuccessful.

                    ST. JOHN
          Ohmigod.  Tell Wilson-Thomas to get
          the fatwah rescinded, NOW!

                    TRAYNOR
          Sir Reggie understands EXACTLY how
          you feel, Mr. St. John.  Remember,
          his own poor daughter is probably
          rotting away in a Cordoban prison.

                    ST. JOHN
          You mean -- he WON'T?  I'm gonna
          strangle that Scottish bastard with
          his own kilt!

29.

                    TRAYNOR
          No, Mr. St. John.  You're going to
          complete your assignment as quickly
          as possible, so that Sir Reggie can
          make that phone call...for
          everyone's benefit.

                    ST. JOHN
          You unspeakable prick.

                    TRAYNOR
          Don't blame Wilson-Thomas
          Industries, St. John.  Do your job
          and everything will be fine.  But
          hurry.

                    ST. JOHN
          Put Allison back on!  Hello?
          HELLO!

The connection goes dead.  St. John stares at the phone,
looking as if he'd like to smash it against the rocks.

His team members, who saw and heard St. John's end of this,
gather around him.  Their sympathy is obvious.

                    TERRI
          Andy -- ?

                    LORZENZO
          Is Allison okay?

                    ST. JOHN
          I dunno.  I hope -- think so.

                    OTIS
          Anything we can do...y'know.

The others nod in agreement.

                    ST. JOHN
          Thanks.  Only one option.  Get on
          with it.


EXT. JUNGLE CLEARING -- DUSK

The crew enters a clearing to see a weatherbeaten old Spanish
MISSION.  In the bell tower, a light flickers.

St. John leads his team to the mission's central entry arch.
He pounds on the massive oak door.  It slowly swings open...

FATHER GOMEZ peers out.  Close-cropped white beard.
Traditional long brown robe.  Rope belt.  Sandals.

                    GOMEZ
          *Buenos noches.*

30.

                    ST. JOHN
          *Buenos noches,* father.  Can we buy
          some food?  We come in peace.

Gomez glances over the group.

                    GOMEZ
          This peace of yours is
          conspicuously well armed.

St. John almost manages a smile.

                    ST. JOHN
          Might for right, father.

                    GOMEZ
          Right or wrong, saints or sinners.
          All are welcome here.

Gomez opens the door wide.


INT. CORRIDOR

Holding a tin lantern, the padre leads the way.

                    GOMEZ
          I am Father Gomez.  What brings you
          to our humble mission?

                    ST. JOHN
          We're Americans.  Lookin' for
          Salvadora.


INT. SANCTUARY

They enter a big, sparsely furnished sanctuary.

                    GOMEZ
          You seek salvation, my son?  You
          have come to the right place.

                    ST. JOHN
          Not THAT Salvadora.


INT. MISSION REFECTORY -- A FEW MINUTES LATER

Father Gomez and a skinny old woman serve rice, beans, corn,
chicken, bread, wine.

St. John and his crew sit at a rough wooden dining table.
St. John hands Gomez a fat bankroll of Cordoban currency.

                    ST. JOHN
          For the poor box.

31.

                    GOMEZ
        Bless you, my son.  You and your
        *compadres* are welcome to stay the
        night.


EXT. MISSION COURTYARD -- NIGHT

St. John and Father Gomez sit outside, smoking cigars.

                    ST. JOHN
        This Salvadora -- know her?

                    GOMEZ
        I know OF her.  The Indians call
        her "Salvadora" because she saves
        many lives.

                    ST. JOHN
        Huh!  Day we arrived, her gang shot
        down my helicopter.

                    GOMEZ
        I assure you:  she is not called
        Salvadora because she excels at
        killing.

                    ST. JOHN
        What does she excel at?

                    GOMEZ
        Warning the people.  Often, when
        the *Brigada Roja* arrives, by some
        miracle -- the villages are empty.

                    ST. JOHN
        How's she manage that?

                    GOMEZ
        If I told you, my son, you would
        say the old priest is *loco*.

                    ST. JOHN
        No.  *Por favor.*

                    GOMEZ
        Very well.  She is a sorceress.

                    ST. JOHN
        A sorceress?

                    GOMEZ
        You will not find her.  Nor will
        the Junta.  Every rock is her
        refuge.  Every tree, her hiding
        place.  Parrots and jaguars are her
        messengers.  Each mountain breeze
        whispers her words.

Case: 13-324    Document: 37    Page: 105    05/10/2013    933684    275

A98

32.

                    ST. JOHN
          Sounds more like a myth.

                    GOMEZ
          *Si*, many myths!  Some claim she is
          *bandito*.  Others call her the
          reincarnation of Maria Barrera,
          heroine of the Mexican Revolution.

                    ST. JOHN
          Whadda YOU say?

                    GOMEZ
          Reincarnation?  Heresy!
               (a beat)
          But -- whoever saves the life of
          one innocent person, I say is
          beloved of God.


EXT. BELL TOWER -- LATER THAT NIGHT

Four windows atop the bell tower open in all four directions.

Lorenzo, on watch, sits high in the tower.  He scans the
surroundings with Night Vision glasses.


INT. MISSION DORMITORY

St. John, the others sleep in crude wooden bunk beds.


EXT. BELL TOWER

A black-gloved HAND puts an old SIX-SHOOTER to the side of
Lorenzo's head.  The thumb pulls back the hammer:  click!

Lorenzo slowly lowers his Night Vision glasses.

                    LORENZO
          Shit.


CLOSE ANGLE ON BOTTOM BUNK OF BUNKBED

St. John's eyes fly open; he whips his .45 out from under his
pillow.  A black-gloved hand places a gun next to his temple.

St. John surrenders his weapon.

PULL BACK to reveal...


INT. MISSION DORMITORY

SEVEN MASKED REBELS standing next to the bunks, guns trained
on the sleeping Americans.

Case: 13-324    Document: 37    Page: 106    05/10/2013    933684    275

**A99**

33.

The rebels' bandanna-type MASKS have two holes for their
eyes, leaving mouths and chins visible.

A VERY TALL rebel silently waves his gun.  St. John sits up
too fast, slamming his head into upper bunk.

                    ST. JOHN
          Ow!

In the top bunk, Josh mumbles, does not open his eyes.

                    JOSH
          Wha's matter?

St. John extricates himself from the lower bunk.

                    ST. JOHN
                 (whispers)
          Nothing!  Go back to sleep!

A VERY SHORT rebel gestures for St. John to raise his hands.

The Tall Rebel pats him down.  Removes St. John's ID and his
commando knife.  They silently hustle him out of the dorm.


INT. SANCTUARY

The Tall and Short Rebels bring St. John into the sanctuary.

                    ST. JOHN
          That's okay.  Already said my
          prayers.

The Short Rebel slaps the back of St. John's head.

They lead him to the wooden confessional booth.  One rebel
opens the door -- the other roughly shoves him inside.

The door slams shut.


INT. CONFESSIONAL

St. John sits in the dark booth.  On the connecting wall, a
small panel slides open.

On the other side of the latticework privacy screen sits the
REBEL LEADER.  Wears black ski mask (showing eyes only).

                    ST. JOHN
          Bless me father, for I have sinned.

                    SALVADORA
          Of that, I have no doubt!

St. John is startled to hear a deep, guttural woman's voice.

34.

                    ST. JOHN
          Salvadora?

Salvadora speaks with a "whiskey tenor" -- gruff, raspy.

                    SALVADORA
          And we know who YOU are, *Señor*...

She checks his ID.

                    SALVADORA (CONT'D)
          ...Thornhill!

                    ST. JOHN
          'S not my real name; I --

                    SALVADORA
          *Silencio!!*  You are on trial for
          your LIFE!  I am your judge and
          jury!  If you are found guilty, the
          *Liberatad Ejército* -- the Army of
          Liberation -- shall be your
          executioner!

                    ST. JOHN
          Hold it a minute!  I'm on -- what'm
          I charged with?

                    SALVADORA
          CONSPIRACY!  To steal land from its
          rightful owners!  MASS MURDER!
          Crimes against humanity!

                    ST. JOHN
          Crimes against -- !?

                    SALVADORA
          You are plotting with the Junta to
          EXTERMINATE half a million Quechua!

                    ST. JOHN
          Wait a sec --

                    SALVADORA
          How do you plead?

                    ST. JOHN
          Not guilty!  We came here to
          *prevent* genocide!

Enraged, Salvadora slams a black-gloved hand against the
booth wall.

                    SALVADORA
          Do you take us for *FOOLS?!*  Our
          spies SAW you with Garza!

                    ST. JOHN
          Look.  My name is Anselm St. John.
          I'm a soldier of fortune --

35.

                          SALVADORA
          *A mercenary!*

                          ST. JOHN
          Yes.

                          SALVADORA
          *A contract killer!*

                          ST. JOHN
          NO!  I'm here on a <u>rescue</u> mission!
          A mission o' mercy.

     Salvadora's harsh voice drips with hatred:

                          SALVADORA
          I give you ONE MINUTE to convince
          me, *gringo*!

     From outside the confessional, a voice:

                          SHORT REBEL (O.S.)
          Why waste time!  Kill him now!

                          TALL REBEL (O.S.)
          No!  Not yet!  If we practice
          summary executions, we're no better
          than the Junta.

                          SALVADORA
          I will handle this!

                          SHORT REBEL (V.O.)
          *Si,* commander.

                          SALVADORA
                     (to St. John)
          Well, *gringo*?  Nothing to say in
          your own defense?

                          ST. JOHN
          Show ya somethin'?

     Salvadora whips out a .45, placing the muzzle point-blank
     against the privacy screen.

                          SALVADORA
          Very...slow.

     St. John reaches into his jacket.  Produces an old Black &
     White photo of a young Quechua Indian WOMAN and her two
     CHILDREN.

     He holds it against the privacy screen so Salvadora can see
     it.

                          ST. JOHN
          This is Kachiri Nusta and her kids.
          She's Cordoban.  Quechua Indian.
                     (MORE)

36.

                    ST. JOHN (CONT'D)
          They're missing.  Either dead or in
          some prison hellhole.

                    SALVADORA
          *Si?*

                    ST. JOHN
          Thirty years ago, she was the
          mistress of Sir Reginald Wilson-
          Thomas -- chairman of the board,
          Wilson-Thomas Petroleum.  These are
          HIS kids.  Grown now.

                    SALVADORA
          So what?

                    ST. JOHN
          Wilson-Thomas hired me to find
          'em...rescue 'em, if they're
          alive...and stop the genocide.

                    SALVADORA
               (snorts)
          Stop the genocide!  You and what
          army?

                    ST. JOHN
          Kinda hopin' YOUR army would help
          us out.

                    SALVADOR
          LIAR!  Why should I believe you?

                    ST. JOHN
          Get the SatPhone outta my pack.
          Call Scotland; Sir Reggie'll
          confirm the whole thing!

                    SALVADORA
          Protecting one's own family -- that
          I can understand.
               (a beat)
          But WHY should a rich British lord
          care about poor Quechua Indians?


                                        FLASHBACK:


     INT. LIBRARY CASTLE

     The day St. John was blackmailed into taking the job.

                    SIR REGGIE
          I'm 96 years old, laddie.  Ach,
          I've done many things in the course
          of my life, that I'm not
          particular' proud of...
               (a beat)
                    (MORE)

37.

                              SIR REGGIE (CONT'D)
                    And now -- as I come near th' end --
                    I wanna do somethin' FINE with all
                    m' wealth and power.  Leave a
                    legacy after I go.

                                                        BACK TO:


INT. CONFESSIONAL BOOTH (CONTINUOUS)

                              ST. JOHN
                    Hell, I don't have a clue.  First
                    time somebody's basically paid me
                    to bring down an entire regime --
                    'cause that what it's gonna take!

St. John returns the photo to his jacket pocket.

                              ST. JOHN (CONT'D)
                    Call him, ask him yourself!

                              SALVADORA
                    The jackal swears by the word of
                    the wolf!  I do not insult my ears
                    with such *estupidez*!

                              TALL REBEL (O.C.)
                    Ten seconds!

                              SHORT REBEL (O.C.)
                    He's had his trial!  Let's kill
                    him!

                              ST. JOHN
                    Look -- I hadda get *close* to Garza
                    and Torres!  Convince 'em I was on
                    THEIR side, so I could --

                              SALVADORA
                    You convinced me!  Time's up!

The communication panel to the priest's booth slams shut.

                              ST. JOHN
                    Wait!  WAIT, goddammit!

The confessional DOOR explodes open.  The two rebels
violently haul St. John out of the booth.


INT. SANCTUARY

Short Rebel covers with a .357 Magnum.  Tall Rebel cuffs St.
John's hands behind his back, turns him to face Salvadora.

                              SALVADORA
                    GUILTY on all counts!  I sentence
                    you -- and your *Americano* assassins
                    -- to DEATH!

38.

Tall Rebel shoves St. John against the wall, screws the
barrel of a .38 into St. John's ear, cocks the hammer.

                    SALVADORA (CONT'D)
          Not here!  Outside!


EXT. MISSION COURTYARD -- DAWN

The rebels shove St. John into the morning air.

Kneeling in the courtyard -- HOODED and handcuffed -- are
Terri, Otis, Josh, and Lorenzo.  Five rebels surround them.

                    ST. JOHN
          Goddammit, will ya just *listen* to
          me!

                    SALVADORA
          I pay no heed to murderers!

                    ST. JOHN
          I came here to help ya stage a
          palace coup!

                    SALVADORA
          You've had your trial!
                    (to Tall Rebel)
          Gag him!

Father Gomez runs into the courtyard, waving his arms.

                    GOMEZ
          Please, no, my children!  You must
          not do this!

                    ST. JOHN
          Thank God.

                    GOMEZ
          Not on holy ground!

                    SALVADORA
          Into the jungle!

The rebels force their Americans to their feet.  Hustle them
toward the mission exit.  Father Gomez makes the sign of the
cross over the departing captives.

                    GOMEZ
          *Vaya con dios, Yanquis.*  May God
          have mercy on your souls!


EXT. FRONT OF MISSION

The rebels muscle St. John and his crew outside.

39.

                              ST. JOHN
                    Dumb sonsabitches!  No wonder
                    you're losin' this friggin' war!

                              SHORT REBEL
                    Mind your tongue, *gringo*!

They cross the clearing...

                              ST. JOHN
                    Came here ta help ya BLOW UP
                    Cordoba's oil refinery!  Got the
                    blueprints in my pack!  Detailed
                    plans!  Logistics!

The procession reaches the jungle treeline.

                              ST. JOHN (CONT'D)
                    Check it out!  I have security
                    barriers!  Weak spots!  Radio
                    codes!  Just look in my pack, ya
                    morons!

The rebels ignore St. John's rant.  They march the Americans
into the jungle.

                              ST. JOHN (CONT'D)
                    Goddammit, think for a minute!  Why
                    would I do this, if all we cared
                    about was oil?  Wilson-Thomas
                    doesn't even KNOW about my sabotage
                    plan!  He'd *hate* it!

All five Americans are forced to their knees, guns to their
heads.  Short Rebel holds his .357 to St. John's temple.

                              ST. JOHN (CONT'D)
                         (to Salvadora)
                    You're throwin' away the only
                    decent allies you'll ever get!
                    *Adiós, revolución!  Hasta la vista,
                    Libertad!*

                              SHORT REBEL
                    Shut up, *gringo*!

                              ST. JOHN
                    *Salvadora* -- what a joke!
                    *Stupido Grande's* more like it!

Short Rebel whacks St. John's skull with the .357 Magnum.
St. John ignores the blow as best he can.

                              ST. JOHN (CONT'D)
                    After ya kill us, first thing
                    you're gonna do is go through our
                    packs!  When ya find out what I
                    said is true, you're gonna feel
                    like the dumbest jackasses on the
                    planet!  Why not check NOW;
                         (MORE)

40.

                    ST. JOHN (CONT'D)
          what's two minutes?  'F I'm lyin',
          ya can STILL shoot us!

     Salvadora considers this for a moment.  Then:

                    SALVADORA
          Go check his pack.  See if the
          documents are there.

     Tall Rebel trots back toward the mission.

                    ST. JOHN
          We blow that refinery...Garza's
          TOAST.

                    SALVADORA
          What are you talking about, *gringo*?

                    ST. JOHN
          Junta's only got five thousand
          armed men!

                    SALVADORA
          The Cordoban Army is 60,000!

                    ST. JOHN
          Army's not backin' the Junta!  Fat
          bastard Alvarez will support
          *anybody* who keeps printin' their
          paychecks!  All the Junta's really
          got is the Death Squads --
          Garza's Palace Guard and Torres'
          Red Brigade!  5,000 men!

                    TALL REBEL (O.S.)
          Salvadora!  Salvadora!

     Tall Rebel crashes back through the jungle, waving a huge
     blueprint of the Cordoban Oil Refinery.

                    TALL REBEL (CONT'D)
          The blueprints!  I have them!

     He unrolls the refinery blueprints, shows them and the other
     documents to Salvadora.

                    SHORT REBEL
          Fakes, fakes!  I say, shoot these
          murderers, now!

                    SALVADORA
          Well?  Are they real?

                    TALL REBEL
          Yes.  I'm sure of it.

     Salvadora hesitates.

                    SALVADORA
          No...it's still not good enough.

41.

                        ST. JOHN
          Massacre five Americans, Torres'll
          say that PROVES you're Al Qaeda!

                        SALVADORA
          Lies!

                        ST. JOHN
          I KNOW it's lies!  If you were a
          friggin' terrorist, nobody'd have
          ta TELL ya to blow up the friggin'
          refinery!

                        SALVADORA
          There is only one way to settle
          this.

She snaps her fingers at the Tall Rebel.

                        SALVADORA (CONT'D)
          Bring Vega.

Tall Rebel trots off again.

                        ST. JOHN
          Esteban Vega?  Ya shot down his
          helicopter too?

                        SALVADORA
          Of course!

                                        DISSOLVE TO:

EXT. JUNGLE, TWO MINUTES LATER

Tall Rebel returns, frog-marching Vega before him.

The *Brigada Roja* commander stumbles along, hands tied behind
his back.  A featureless black HOOD over his head.

Tall Rebel forces Vega down on his knees; pulls St. John to
his feet, unties his hands.

Salvadora takes Short Rebel's .357, empties the chamber.

                        SALVADORA
          Now, *gringo*, this gun contains ONE
          bullet.  If you are truly here to
          help the *revolución* --

Salvadora holds out the pistol to him.

                        SALVADORA (CONT'D)
          Execute Vega.

A muffled scream issues from under Vega's hood.  The Red
Brigade leader tries to crawl away.  Tall Rebel holds him
fast.

42.

St. John takes Salvadora's gun.  He hesitates for a moment.

                    ST. JOHN
          Well...he IS a war criminal.

St. John steps behind Vega.  He raises the gun to Vega's head.  Another pause.  Finally, he pulls the trigger.

CLICK.

No bullet.

He squeezes again:  CLICK.  He pulls the trigger again. Again.  Again...CLICK, CLICK, CLICK, CLICK!

St. John looks up, consternated.

Salvadora nods to Tall Rebel.  The tall man stands Vega on his feet, removes the black hood.

Underneath, it is actually...*Father Gomez!*  He is not gagged.

                    ST. JOHN (CONT'D)
          Padre!?  What're you -- ?

                    GOMEZ
          The Almighty works in mysterious
          ways, my son.  Now that you have
          proved your loyalty...

The rebels remove the Americans' hoods.  Untie their hands.

At Salvadora's signal, the Tall Rebel UNMASKS.  He is a very handsome man with sensitive brown eyes.

                    SALVADORA
          Domingo.  My second in command.

Short Rebel unmasks.  He's a scowling, middle-aged troll whose eyes burn with hatred.

                    SALVADORA (CONT'D)
          Ignacio.  Our fiercest fighter!

One after another, the remaining rebels unmask.

                    SALVADORA (CONT'D)
          Pedro!  Angel!  Manuel!  Hector!
          Alphonso!

The rebels smile.  Their faces are proud, determined, clear-eyed, defiant.

Now everyone looks to Salvadora.

Salvadora bends forward, face down.  She grasps the bottom of her black SKI MASK, rolls it up over her face, yanks it entirely off her head.  She straightens, tossing back her hair to reveal...

43.

                         ST. JOHN
                    _Renata!!??_

          Cordoba's most beautiful woman coolly returns his gaze.  Then
          she turns and walks back toward the mission.

                         RENATA
                    Get your things.  It's dangerous to
                    stay too long in one place.


          EXT. A MOUNTAIN TRAIL -- DAY

          The rebels and the Americans ride on HORSES, double-file.
          MULES carry their packs.

                         ST. JOHN
                    So you didn't actually shoot down
                    that chopper.

                         RENATA
                    By now, Vega is safely back with my
                    dear Uncle Enrique.


          EXT. RUINS -- DAY

          High in the mountains.  Ancient ruins, resembling the
          extensive (long abandoned) Inca city of Machu Picchu.

          In the ruins, atop a crumbling stone tower, a REBEL SENTRY
          waves a blue bandanna to signal "All Clear."


          INT. INCA CITY -- DAY

          The horseback party trots into the ruins.

          A dozen more REBELS greet them with the revolutionary "Che
          Guevara" salute (a raised fist) and fervent chanting:

                         REBELS
                    _Salvadora!  Salvadora!  Salvadora!_

                         ST. JOHN
                    Permanent hideout?

                         RENATA
               No.

          Everyone dismounts.

                         ST. JOHN
                    Base camps over the border?  Peru?

          Renata shakes her head no.

          The encamped rebels greet their returning _amigos_.  They all
          get busy tending horses, preparing food, checking weapons.

44.

                         ST. JOHN (CONT'D)
                    Well, where is the Army of
                    Liberation?

          Renata spreads her arms to indicate the entire rebel group.

                         RENATA
                    Here.

                         ST. JOHN
                    This is IT?  You're fightin' a
                    guerilla war -- with _twenty_ _guys_??

                         DOMINGO
                    A small group is easier to arm.
                    Easier to feed.

                         RENATA
                    Easier to hide.  We just melt into
                    the population.  Besides -- the
                    fewer know our secrets, the fewer
                    can reveal them.

                         ST. JOHN
                    How many ex-military?

                         RENATA
                    None.

                         ST. JOHN
                    Police?

                         RENATA
                    None.  Domingo is a civil engineer.

                         DOMINGO
                    I know where to place a bomb...
                    But not how to make one.

                         RENATA
                    Ignacio owns a tractor factory.

                         IGNACIO
                    My money buys our weapons!

                         RENATA
                    The others are peasants, farmers,
                    tradesmen...  And, I have one spy,
                    inside the Junta.  Sometimes this
                    confederate is able to warn us when
                    the Death Squads plan to attack the
                    villages.

                         ST. JOHN
                    At least you're led by a major.
                    A _history_ major!

          Renata's eyes flash.

45.

                              RENATA
                    Do not underestimate the power of
                    those who fight for what is just,
                    *Señor!*  You wish to see our REAL
                    army?

She jumps on a fresh horse.

                              RENATA (CONT'D)
                    Come!

St. John hesitates, shrugs.  He also mounts a fresh steed.
Domingo loyally prepares to saddle up, as well.

                              RENATA (CONT'D)
                    It's all right, Domingo.

                              DOMINGO
                    *¿Esta segura que?*

(Translation:  Are you certain?)

Renata pats his hand reassuringly.

EXT. NEARBY HILLS -- LATE AFTERNOON

St. John and Renata trot briskly along, side by side.

                              ST. JOHN
                    Where'ja find this Domingo?

                              RENATA
                    The University of Cordoba.  When I
                    was an undergraduate.

                              ST. JOHN
                    Very protective.

                              RENATA
                    He is in love with me.  But I have
                    no time for such indulgences.  And
                    the *gringa* -- she is your woman?

                              ST. JOHN
                    "Terrible Terri?"  She's my pilot!
                    And my pal.  Not my girlfriend.

                              RENATA
                         (skeptical)
                    Hmm!

EXT. ANOTHER MOUNTAIN -- SUNSET

Ahead, on a nearby hilltop, St. John notices two quick
flashes of light.

46.

Renata produces a small mirror.  She holds it high overhead.
Sends back an answering flash.

                    ST. JOHN
          Parrots and jaguars, huh?

                    RENATA
     What?

                    ST. JOHN
          Father Gomez said every breeze
          carried your message.

                    RENATA
     Yes.  You see?

Renata points to puffs of smoke rising from a hilltop
village, two miles ahead.

                    ST. JOHN
          I'll be damned.

Renata points to answering smoke signals from a second
village, five miles away on a different hilltop.

                    RENATA
          When Uncle Enrique thinks I'm out
          in the field doing archeology, I'm
          traveling from village to village
          ...reminding them of the old ways.

They resume cantering toward the nearest village.

                    ST. JOHN
          THAT'S how you warn the Quechua?
          A smoke-'n'-mirrors network?

She does not answer.  St. John tests her political savvy with
a fairly elementary question:

                    ST. JOHN (CONT'D)
          Wouldn't it be easier to just knock
          off Uncle Enrique one night at one
          o' those Palace parties?  Say,
          between the soup and the souffle?

Renata realizes exactly what he's up to.  She gives him the
dirty look -- and disdainful answer -- that he deserves.

                    RENATA
          I would not hesitate -- IF it would
          help.  But it wouldn't, as I'm sure
          you must be aware, Señor.  Besides
          the 5,000 armed men you speak of,
          the Junta has a thousand corrupt
          politicians -- all just as bad as
          my Uncle.  All waiting in line to
          take his place!

47.

INT. QUECHUA VILLAGE -- DUSK

Renata and St. John ride in.  The entire village population --
250 people -- lines the tiny town square.

                    QUECHUA INDIANS
           *Salvadora!  Salvadora!  Salvadora!*

                    RENATA
           You see!  THEY are the army!
           Across this land, one!

Renata and St. John dismount.  Small children rush up and
give flowers and fruits to her.  Renata kisses the children.

                    QUECHUA INDIANS
           *Salvadora!  Salvadora!  Salvadora!*

St. John is amused.

                    ST. JOHN
           You're a goddess!

Renata looks away, embarrassed.

                    RENATA
           They are a simple people.  To them,
           I'm a combination of Joan of Arc,
           Abraham Lincoln, and Zorro.

Village elders welcome Renata.  Much bowing, doffing of hats.


EXT. TOWN SQUARE -- TWILIGHT

A happy, torch-lit festival is underway.  St. John and Renata
sit at a long wooden table that groans with food and wine.

A dozen young Indian men and women in exotic ceremonial
costumes dance and sing eagerly before the guests.

Among the musicians, two of the costumed Indians produce
wooden clubs.  They pound on a long, hollowed-out log.  The
noise is stupendous.

                    ST. JOHN
           African tom-toms?

                    RENATA
           Native Americans 200 years ago had
           talking drums, also.  You can hear
           them for five miles!

Suddenly, all the music *STOPS.*

All laughter and motion *STOPS.*

Silence...

48.

St. John glances questioningly at Renata.

Then -- from a distance, the sound of another drum.

EXT. MOUNTAIN RANGE -- TWILIGHT

A view of BOTH villages, located on opposing hilltops.

The drums reverberate between them.  Call and response.  Back
and forth.  A dialog of percussion...

                    RENATA (O.S.)
          From the next village -- they say --
          a good night for harvest festival.

EXT. TOWN SQUARE -- TWILIGHT

The music, dancing and partying resumes.

                    ST. JOHN
          This how ya got in the Zorro
          business?

                    RENATA
          To each village, I teach the same
          simple code.  Now it's spread to --

Suddenly, a piercing SCREAM cuts through the festival.
Again, everything *STOPS*.

Only the distant drum continues.

                    ST. JOHN
          What are they -- ?

Renata motions for silence.  Listens intently.  The drumming
is staccato.  A short, urgent rhythm repeats over and over.

                    RENATA
          The Death Squads!

Renata leaps to her feet, shouting in Quechua.  The village
elders yell instructions to the people.  Everyone scrambles.

                    RENATA (CONT'D)
          Hurry!

Renata and St. John mount their horses, each scooping up two
(seemingly lost) children.  They gallop out of town.

EXT. POV SHOT, THE VILLAGE -- FOUR MINUTES LATER

A BINOCULAR VISION view -- looking down on the village.  It
appears to be fully evacuated.  No sign of life.

49.

The POV travels downhill to an advancing Red Brigade squad, half a mile away.  The artillery gun fires.

The POV returns to the village.  Explosions begin...

EXT. A NEARBY RIDGE -- NIGHT

St. John (using high-tech field glasses) and Renata lie on the crest of a ridge, peering down at the carnage below.

Behind them and slightly downhill, the four children they saved cower near the horses, crying.

St. John offers his field glasses.  Renata refuses them.

              RENATA
          (bitterly)
And now -- they destroy the town.
Burn the crops.  Poison the well.

              ST. JOHN
Least ya saved the people.

              RENATA
Some.  I hope.

The chatter of machine guns.  It is punctuated by cannon booms -- the whistle of shells -- explosions -- screams.

Renata turns angrily to St. John.

              RENATA (CONT'D)
Tell me, *Señor*!  This Wilson-
Thomas, he is very rich, no?

              ST. JOHN
Billionaire twenty times over.

              RENATA
Then, if he truly wishes to stop
the killing -- WHY does he not use
his riches to hire an army of ten
thousand?  We could overthrow the
Junta by force!

              ST. JOHN
It'd take six, eight months ta
recruit 'n' train that kinda
outfit.  We don't have the time.

Below, the burning village lights up the sky.  Three Indians run screaming from their hiding places.  They are shot.

Renata groans.  Then, urgently:

              RENATA
The Army of Liberation has fought a
guerilla war for two years.  We can
hold out another six months!

50.

St. John points at the besieged village.

                    ST. JOHN
          THEY can't.  Junta plans to wipe
          out the *entire population.*  Six
          months, won't be a Quechua village
          left in all o' Cordoba.

                    RENATA
          No...

                    ST. JOHN
          They're crankin' it up.  Ten
          villages a day!  Torres and Vega
          have it down to a friggin' *science!*

Horrified, Renata puts her fist to her mouth.

                    RENATA
          *Madre de Dios!*  Mother of God, stop
          this from happening!

She crosses herself.

                    ST. JOHN
          That's why you're here.
               (to himself)
          Maybe that's why I'm here, too.


EXT. DESTROYED QUECHUA VILLAGE -- TWO HOURS LATER

St. John, Renata ride back into the village, carrying the
four children.  Nothing remains but smoking ruins.  Survivors
wail over their dead.

Renata finds one of the parents.  An emotional reunion as the
kids rush to their mother.

Renata looks around, deeply saddened.  A mournful elder bids
Renata and St. John farewell.

                    ELDER
          *Nusphachisqa.*

                    RENATA
          *Nusphachisqa.  Juchata pampachay...*

(SUBTITLE:)  *Farewell.  Forgive me.*

Renata and St. John ride away.


EXT. ANDES MOUNTAINS -- 3 AM

St. John and Renata begin the return journey to the rebel
camp.

51.

                              ST. JOHN
                    Never answered my question.  How ya
                    started with this.


EXT. A MOUNTAIN STREAM -- PRE-DAWN

St. John and Renata have dismounted.  Their horses drink.

                              RENATA
                    Two years ago...I was documenting
                    an Inca site, near a Quechua
                    village.  I heard noise.  At first,
                    I thought it was thunder.  Then
                    boom, boom!  Every ten seconds.
                         (a beat)
                    I climbed up on a wall to see what
                    it was.

She shakes her head, remembering the shock and horror of the
moment when she witnessed a massacre for the first time.

                         RENATA (CONT'D)
                    In the village below, I saw...
                    I saw...

She closes her eyes.  Whispers intensely:

                         RENATA (CONT'D)
                    *I can't tell you* what I saw!

St. John gives her a moment.  Then, quietly:

                              ST. JOHN
                    Machine guns?

                              RENATA
                    Machetes.

St. John winces, picturing what must have happened.

                              ST. JOHN
                    Survivors?

Renata shakes her head "no."  Wipes her eyes.  She frowns,
turns away -- angry with herself for revealing weakness.


EXT. ANDES MOUNTAINS -- PRE-DAWN

Back on horseback, they are moving swiftly.

                              RENATA
                    Back in my apartment, I found
                    something in one of my books...

                                             FLASHBACK:

52.

INT. RENATA'S APARTMENT, TWO YEARS EARLIER -- DAY

Badly shaken, the younger Renata (in archeologist's clothes)
hurriedly turns the pages of an old book.

She stops at an illustration of Spanish conqueror HERNANDO
CORTES, leading 500 Conquistadors through the Yucatan.

                    RENATA (V.O.)
               Three hundred yeas ago -- when
               Cortes first invaded the Yucatan...

                                        DISSOLVE TO:


EXT. THE YUCATAN DESERT, 1521 -- DAY

Cortes leads a small party of Conquistadors, all on foot.
They approach the outskirts of a Mayan village.

                    RENATA (V.O.)
               ...Some days, his Conquistadors
               came in friendship.  On THOSE days,
               the Mayans welcomed the Spanish as
               amigos.

The Mayan population stands at the village entrance.  They
welcome the Spanish visitors with gifts and food.

                                        BACK TO:


EXT. ANDES MOUNTAINS -- PRE-DAWN

Still riding hard.

                    ST. JOHN
               What about the OTHER days -- when
               Cortes came to attack?

                    RENATA
               They found no one.

                                        FLASHBACK:


EXT. MAYAN VILLAGE, 1521 -- DAY

Cortes and 10 captains on horseback lead 40 Conquistador foot
soldiers.  They walk slowly through a Mayan village.

It is deserted.  Strangely silent.

SMOKE SIGNALS rise in the distance.  A Conquistador points
them out to Cortes.

                                        BACK TO:

53.

EXT. INCA RUINS -- SUNRISE

Back at the rebel camp.  Exhausted, Renata dismounts.

She and St. John sit on stone blocks under a crude tarp.
Terri joins them.  Domingo pours coffee.

                    ST. JOHN
          So you're tryin' to recreate...

                    RENATA
          No, not recreate!  The Mayans were
          wiped out!

Renata jumps up, walks away.

The others gaze after her.  St. John rises and follows.


EXT. INCA PYRAMID -- FULL DAWN

A ziggurat-style pyramid dominates the center of the ancient
city.  At its summit, St. John and Renata stand -- alone.

Stretching beyond the ruins of the city they can see a vista
of valleys and mountains.

The rising sun is counterbalanced to the west by a three-
quarter (gibbous) moon, hanging low over the horizon.

Renata's face is impassive as the stones they stand upon.

                    RENATA
               (monotone)
          What are we going to do?

                    ST. JOHN
          Overthrow the Junta.

                    RENATA
          With twenty, thirty people?  You
          said it yourself.  How?

                    ST. JOHN
          Same as ya win any war.  Exploit
          th' enemy's weaknesses.

                    RENATA
          My Uncle Enrique is a drunk.
          Torres is a lecher.  You want to
          ply them with liquor and women?

                    ST. JOHN
          Nope.  I wanna repeat a little more
          recent history.  1939 to 1941.

Renata looks at him blankly.

54.

                        ST. JOHN (CONT'D)
                Two allies -- Hitler and Stalin.
                One a fascist; one a communist.
                Now, what'd they call their -- ?

He links his hands, fingers interlaced.

                        RENATA
                The "Pact of Steel."

                        ST. JOHN
                Oh, yeah.  "Pact of Steel"...
                What happened to it?

Renata shrugs.

                        RENATA
                Hitler turned on Stalin.  They --

Suddenly, she gets it.  Her eyes open WIDE.

St. John nods.  On his lips plays the hint of a smile.


EXT. STADIUM IN CORDOBA'S CAPITAL -- DAY

Even a block away, bullfight music and the crowd's roar are
plainly audible.

All outside entrances and approaches to this oval-shaped,
Coliseum-type structure are heavily guarded.


EXT. STADIUM STANDS AND CENTRAL ARENA -- DAY

A bull charges the matador in the dusty arena.

50,000 fans leap to their feet, shouting.

Hundreds of *federales* (Army soldiers), Palace Guards, and Red
Brigaders are dispersed throughout the stadium.


EXT. SUBURBAN MANSION -- DAY

Torres rings the buzzer.

The door opens to reveal Conchita Rodriguez, the Interior
Minister's gorgeous wife.  She's wearing a sexy negligee and
a sultry, come-hither look.

                        TORRES
                Conchita!  I came as soon as I got
                your message...

Torres steps in, embraces her hungrily.  He shuts the door.

55.

EXT. ARENA

The matador kills the bull.

The mob goes wild -- delirious cheers, deafening applause.


EXT. PRESIDENTIAL BOX

Garza swiftly moves to the 10x20 foot bulletproof window, raises his arms.

His timing "steals" the matador's acclaim.

                    LOUDSPEAKER (O.S.)
            *Señors y señoras!  El Presidente,*
            *Generalissimo Enrique Garza!*

Smiling, gesturing grandiosely, Garza speaks into a mike:

                    GARZA
            *Mi gente!  Bienvenida a los corrida*
            *de toros!*

(Translation:  My people!  Welcome to the bullfight!)


EXT. TOP OF STADIUM -- PRIVATE BOXES

Half the pricey private boxes are unfinished.  One such box has a black plastic sheet draped where the window will go.

Slowly, a RIFLE MUZZLE emerges from behind the sheet.


EXT. POV SHOT:  THROUGH THE SNIPER SCOPE

The crosshairs meander over the arena.


EXT. MID-LEVEL STANDS

St. John presses through the mob, glancing up -- down -- all around -- methodically scanning the entire arena.

He notices a suspicious glint of light in the "empty" part of the top row.  Rushes for the exit.


INT. UNDER THE STANDS

A curving, wide, concrete corridor -- mobbed with people buying beer.  St. John shoves his way through.

He spots two low-level COPS, frantically waves his ID.

56.

                              ST. JOHN
                    Follow me!  *Emergencia!*

INT. PRESIDENTIAL BOX

Garza's entourage joins him.  Junta members push to the
window, basking in *El Presidente's* limelight.

Milling happily behind the men is the usual assortment:
wives.  Mistresses.  Children.  Second cousins...

In a demure outfit, Renata is among them.


INT. CORRIDOR

St. John hits the elevator button.  Nothing happens.

                              ST. JOHN
                    This way!

He hurtles up the concrete stairwell, cops following.


INT. TOP LEVEL OF STADIUM

St. John emerges from the stairs, begins sprinting around the
curving corridor.  The two cops right behind him.


INT. POV SHOT:  THROUGH THE SNIPER SCOPE

The crosshairs travel along the stands until they come to the
Presidential Box.


INT. CORRIDOR, ENTRY DOORS TO PRIVATE BOXES

St. John yanks open one door after another.  Another!
Another!  Another!  Hurriedly glances inside each.

Each box is occupied by harmless businessmen.  Or, it
contains nothing but construction materials.


INT. POV SHOT:  THROUGH THE SNIPER SCOPE

The crosshairs find Garza at the microphone, speaking.


INT. ENTRY DOOR TO ASSASSIN'S BOX

St. John reaches a locked door.  Wrestles with the knob.

He shouts at the cops.  They draw their .38s, blast away at
the door lock.

57.

INT. UNFINISHED ASSASSIN'S BOX

The MASKED ASSASSIN glances sharply at the door behind him.
Quickly puts his eye back to the Sniper Scope.

INT. POV SHOT: THROUGH THE SNIPER SCOPE

The crosshairs move slightly upward from Garza.

CLOSE ANGLE ON MUZZLE EXTRUDING FROM TARP

The gun FIRES twice. A silencer softens the two bangs.

INT. PRESIDENTIAL BOX

The top half of the massive, bulletproof Plexiglas panel
instantly frosts over with stress factures.

The Plexiglas panel bows in the middle and pops INWARD, out
of its frame.

The top of the panel teeters dangerously, as the entire panel
threatens to fall atop Garza and party.

People scream.

INT. ENTRY DOOR TO ASSASSIN'S PRIVATE BOX

St. John and the cops break the door down.

EXT. PRESIDENTIAL BOX

Garza and his Junta manage, with considerable effort, to push
the heavy glass panel back outward.

The Plexi panel pops OUTWARD through the frame. Topples down
into the bandstand below, hitting the mariachi musicians --
but saving the Presidential Party from its weight.

However, the Junta now lacks all protection.

INT. ASSASSIN'S PRIVATE BOX

CLOSE ANGLE on the assassin's trigger finger. It begins to
squeeze the trigger...

The door blows open! St. John bursts inside --

RAPID-FIRE MONTAGE

Each shot lasts a second or less:

58.

1. *Assassin's box:*  St. John begins a flying tackle.

2. *Presidential Box:*  Renata throws herself on Garza.

3. *Angle on trigger finger:*  the gunman fires.

4. *Angle on rifle muzzle:*  it flashes.

5. *Presidential Box:*  Renata is hit instead of Garza.

6. *Assassin's box:*  St. John completes his tackle, bringing down the gunman.

7. *Presidential Box:*  Renata falls to the floor.  People point to where they think the shot was fired from.

8. *Stadium seats:*  50,000 spectators stampede.  Screaming, panic, confusion!

9. *Arena:*  Palace Guards, Red Brigaders, and *federales* swarm in all directions, shouting uselessly.

INT. ASSASSIN'S PRIVATE BOX

One cop helps St. John pull the struggling ASSASSIN to his feet.  The other cop confiscates the sniper rifle.

A small army of PALACE GUARDS busts into the room, just as St. John rips away the assassin's MASK --

It's DOMINGO.

He lunges at St. John, wild-eyed, almost foaming at the mouth.

The Palace Guard detail cuffs Domingo and drags him away, cursing and screaming.

The Palace Guard ALSO cuffs St. John and the two cops, and drag them away!

St. John shouts angrily, but it's no use.

EXT. STADIUM

At the main entry, GARZA and his entourage rush into a waiting caravan of vehicles.

Paramedics wheel RENATA -- on a stretcher -- to an ambulance.

The caravan and ambulance depart, just as a cordon of soldiers gives way to the mob.  Panicked civilians flee.

59.

GARZA'S OFFICE -- 15 MINUTES LATER

St. John is seated on the sofa.  Still handcuffed.  A strip
of silver metallic tape over his mouth.  Beside him sit the
two low-level COPS.  They're also handcuffed, but no tape.

Garza stomps around his huge office, face purple with fury.
Alvarez, Vega, and the other security officials cringe.

ARMANDO DELGADO, Chief of the Palace Guard, hangs up a phone.

                    CHIEF DELGADO
          The doctors are operating on your
          niece now, Excellency.  They think
          she'll live.

A TV in Garza's office is tuned to Cordoba's state network.
It shows video of Renata taking the bullet for Garza.

                    GARZA
          Thank God for Renata!  Without her,
          I would be dead!  As for the rest
          of you -- NEVER have I seen such
          cocksucking, criminal,
          incompetence!  *Aguevonado!  Menso!
          Lerdo!  Mermelada de huevas!*

                    DELGADO
          I apologize again, Excellency!

Garza points at St. John.

                    GARZA
          To think that THIS MAN, not even a
          Cordoban, should even be allowed
          near the scene --

                    FIRST COP
          But he's a hero, Excellency!  He
          saved your life!

                    GARZA
          What?

Garza stands blinking for a moment, only slowly emerging from
the red haze of his volcanic anger.

                    GARZA (CONT'D)
               (to Palace Guard)
          You confirm this?

                    DELGADO
          I...I wasn't there, Excellency!

                    SECOND COP
          He stopped the assassin with his
          own body!

60.

                              FIRST COP
                    That's right, *mi Presidente!*  We
                    saw it with our own eyes!  I swear
                    on the lives of my children!

Garza looks at them for a long moment.  Then he rips the tape
off St. John's mouth.

                              GARZA
                    *Hermano!*  My brother!  You have
                    saved Cordoba itself!

He embraces St. John, kisses both cheeks.

                              ST. JOHN
                    These fine officers did same as me,
                    Excellency.

                              GARZA
                         (to Palace Guard)
                    For what do you wait!  Release
                    them!

The Guards get busy.  Garza addresses the two cops:

                              GARZA (CONT'D)
                    For this, *muchachos*, you will be
                    handsomely rewarded!

                              ST. JOHN
                    Got wind o' the plot during my
                    recon trip.  No thanks to HIM!

St. John points at VEGA.

                              ST. JOHN (CONT'D)
                    High-tailed it outta the Andes,
                    fast as his copter'd carry 'im!

                              GARZA
                    What the hell do you mean, Vega?
                    Deserting your post in wartime!

                              VEGA
                    I was only following orders!

                              ST. JOHN
                    *WHOSE* orders?

                              VEGA
                    Colonel Torres!

                              ST. JOHN
                         (to Garza)
                    Reminds me, Enrique...
                         (a beat)
                    Where the hell's your Security
                    Minister, the day somebody takes a
                    shot at *El Presidente?*

61.

Garza looks thunderstruck.  In all the excitement, he had
failed to realized that Torres was absent.


EXT. SUBURBAN MANSION -- DUSK

The front door opens.  Torres slowly backs out, giving his
new mistress Conchita a final lusty kiss.

Torres releases her, turns to go.  He is stunned to confront
a grim-faced Palace Guard detail.

                    CHIEF DELGADO
            Colonel Torres!  On the orders of
            His Maximum Excellency,
            Generalissimo *Presidente* Enrique
            Garza, I place you under arrest.

Handcuffs are snapped on Torres' wrists.

                    TORRES
            This is an outrage!  I'll have you
            all shot!


INT. GARZA'S OFFICE -- LATER THAT NIGHT

Whiskey, gin, and vodka bottles cover Garza's desk, litter
the side tables, etc.

By now, St. John and Garza are best friends.  (Both men are
also three sheets to the wind.)  Garza's uniform tunic is
open; his hair is mussed.  He hangs up the phone.

                    GARZA
            Torres has an airtight alibi.  The
            wife of the Interior Minister!

*El Presidente* looks frustrated, then breaks into laughter.

                    GARZA (CONT'D)
            Torres' wife was having him
            followed by detectives!

St. John frowns, then joins Garza in laughter.  Then he gives
an exaggerated shrug.  He slurs his words a bit:

                    ST. JOHN
            'F 's no evidence, 's no evidence.
            Let 'im go!

                    GARZA
            You think so?

                    ST. JOHN
            Yeah!  Still wouldn't _trust_ the
            sonofabitch.  Think 's jus'
            coincidence?  No way!  No way!

62.

                        GARZA
        Then, why let him go?

                        ST. JOHN
        Put spies on 'im!  Tap his phones,
        see where he goes, who he talks to!
        If Torres is guilty, he'll slip up.

                        GARZA
        *Si, si!*  You're right, Roger!

Garza snaps his fingers at the Palace Guard Chief.

                        DELGADO
            *Si, mi  Presidente?*

                        GARZA
        Release Torres!  But -- put a tail
        on him.  And taps on his phones!

                        DELGADO
        Yes, Excellency!

Delgado salutes and exits.

                        GARZA
        That Marxist mongoose!

                        ST. JOHN
        Don't let Torres get his hands on
        bastard who shot ya, either.  Shot
        AT ya, I mean.

                        GARZA
        No?

                        ST. JOHN
        First rule of 'sassination.  Kill
        the assassin!  Better put somebody
        else charge o' investigation.

                        GARZA
        Good idea!  Who?

                        ST. JOHN
        Me!

Garza finds this hilarious.

                        GARZA
        You!  Hahahahahah!  A *Yanqui*
        investigating -- Hey!

He frowns.

                        GARZA (CONT'D)
        That's not such a bad idea.

Case: 13-324    Document: 37    Page: 136    05/10/2013    933684    275

63.

>                    ST. JOHN
>           Damn right it's not!  I uncovered
>           the plot, didn't I?  Caught the
>           guy, didn't I?  Saved your life --

He salutes.

>                    ST. JOHN (CONT'D)
>           -- *El Presidente* -- didn't I?
>           Well, I can crack this conspiracy
>           wide open, didn't I!
>                    (corrects himself)
>           Can't I!

>                    GARZA
>           When do you start?  Now?

St. John waves this idea away.

>                    ST. JOHN
>           'Morrow.  Tonight, let 'em work up
>           a sweat.  The cold sweat of fear!

>                    GARZA
>           The cold sweat of fear, ha-ha!

St. John swigs whiskey straight from the bottle.

>                    ST. JOHN
>           Keep 'im in solitary.  Don't touch
>           'im!

>                    GARZA
>           No!

>                    ST. JOHN
>                    (snarls)
>           Tell your men, he's mine!  Like to
>           work on fresh meat.

Garza pushes a buzzer on his desk.  An aide appears.

>                    GARZA
>           Take a memo!  "To whom it may
>           concern:  Mr. Roger Thornhill,
>           bearer of this letter, is hereby
>           appointed my special security..."

He's stuck for a word.

>                    ST. JOHN
>           "Envoy."

>                    GARZA
>                    (delighted)
>           "Envoy!  All loyal Cordobans will
>           render to him their complete
>           cooperation and any assistance he
>           may require.  Signed:  His Maximum
>           Excellency, et cetera, et cetera."
>                    (MORE)

64.

                    GARZA (CONT'D)
                (to the aide)
            Put my presidential seal on it!
            The one with black wax, not red!
                (to St. John)
            Okay?

St. John puts out his hand.  They shake like old chums.

                    ST. JOHN
            You betcha!


INT. HOSPITAL, RENATA'S ROOM -- 3 AM

Renata lies in the bed, attached to an intravenous tube.  Two
hallway guards open the door, letting in light and...

St. John.  Perfectly balanced.  Not the least bit drunk.  He
takes a chair beside the bed.

Renata's eyes open.  She murmurs:

                    RENATA
            How is Domingo?

                    ST. JOHN
            Fine.  Nobody's gonna touch 'im.

St. John lowers Renata's gown a bit, gingerly inspecting her
shoulder dressing.  He winces.

                    ST. JOHN (CONT'D)
            Looks like real.

                    RENATA
            Hurts like real.


EXT. HOSPITAL

Terri and The Prof wait outside.  St. John emerges; they all
head for the hospital parking lot.  St. John is scowling.

                    TERRI
            Probably the first time in history
            a doc *inserted* a bullet, then
            removed it an hour later.  Even
            with a local, it's a wonder she
            didn't pass out.

                    THE PROF
            Ze wound had to be authentic.

                    ST. JOHN
            I don't care whatcha say.  It
            sucks!

St. John deactivates the alarm on his convertible Porsche.
Opens the door, climbs in.

65.

                    ST. JOHN (CONT'D)
            That gal has more guts...


EXT. SECURITY MINISTRY -- THE NEXT DAY

The usual stern-looking Red Brigades guard the entry.


INT. BASEMENT OF STATE SECURITY MINISTRY

A hideous SHRIEK is heard through the door to the Torture
Room.

Garza smiles.  He sits in the common area outside the Torture
Room.  Fat General Alvarez sits with him.


INT. TORTURE ROOM, INSIDE THE MINISTRY

St. John (wearing a lab coat) and Domingo (stripped to his
underwear) are alone.

Domingo's body is shackled to a double-bed BOX SPRING.  No
slipcover; he's stretched over bare metal coils.

St. John lifts an electric cattle prod near the closed door.
He hits the activator button, making it spark loudly.

                    ST. JOHN
            Scream.


INT. BASEMENT

A horrible, soul-shattering SCREAM from the Torture Room.
Garza chuckles softly.  It's music to his ears.

Behind Garza and Alvarez, six Palace Guards stand on one side
of the room.  On the other side stand six Red Brigaders.

All the black uniforms gaze upon the olive uniforms with
cold suspicion...and vice versa.

Torres, sulking, paces the room.  He's the only man by
himself.

                    TORRES
            Enrique, I think you should let me
            handle this!  After all --

                    GARZA
            Like you handled security at the
            stadium yesterday?

Case: 13-324    Document: 37    Page: 139    05/10/2013    933684    275

A132

66.

INT. TORTURE ROOM

St. John drops the cattle prod.  Opens a big black satchel,
removes a can of white powder.  Starts sprinkling powder all
over Domingo's body.

                    ST. JOHN
          Chemical irritant.  Gives ya welts
          and purple blotches.  Beats
          cigarette burns and electric
          shocks.

Domingo squirms uncomfortably.

                    ST. JOHN (CONT'D)
          Scream.

Domingo obligingly SCREAMS.


INT. BASEMENT

The door to the Torture Room opens.  St. John steps out,
closing the door behind him.

                    ST. JOHN
          Cigarettes?

A guard hands him a pack of smokes.

                    ST. JOHN (CONT'D)
          *Gracias.*

                    GARZA
          Has he talked?

St. John lights up.  Shakes head "no."  Starts back inside.

                    ST. JOHN
          He will...


CLOSE ANGLE ON BASEMENT (COMMON AREA) CLOCK

To the sound of screaming, retching, moaning, sobbing, and
begging, the digital clock dissolves from 10:30AM to 11:00AM.


INT. TORTURE ROOM

While Domingo screams, St. John covers him with fake sweat
(water), fake urine (lemonade), fake blood, etc.

St. John (smoking cigarette, looking bored) also spatters
fake blood on the floors, the walls, and on his own lab coat.

He sprays the room with a black aerosol can.

67.

                    DOMINGO
          What is that *stench!*

                ST. JOHN
          Torture don't smell like Chanel
          Number Five.  Keep screamin'!

Domingo screams.

CLOSE ANGLE ON St. John's PALMS:  he holds eight GREEN GRAPES
and two squishy RED BALLS (more fake blood).

He shows these items to Domingo, then slips them into the
side pockets of his lab coat.

                ST. JOHN (CONT'D)
          Okay.  Time for the *piece de
          resistance.*  Bringin' Garza in
          here.  When I touch your eyes...
          yell like hell.


INT. BASEMENT

The Torture Room door opens.  St. John pokes his head out.

                ST. JOHN
          Excellency?  Think you'll wanna see
          this.

Garza quickly rises and enters.


INT. TORTURE ROOM

Garza chokes on the smell.  St. John hands him a surgical
mask, which the Generalissimo quickly dons.  Garza also holds
a big white handkerchief over his nose and mouth.

                ST. JOHN
          He's ready to crack.

St. John walks behind Domingo, close to the box springs.
Domingo's eyes are nearly closed; he's panting raggedly.

                ST. JOHN (CONT'D)
               (quietly)
          All right, ya Commie piece o' shit.
          We're done screwin' around.

With a leer, St. John caresses Domingo's temples.  Whispers:

                ST. JOHN (CONT'D)
          He's got beautiful eyes, hasn't he,
          *mi Presidente?*  Two soft eggs of
          quivering jelly.  Only takes a
          second to scoop 'em out, and GRIND
          'EM TO PULP!

68.

St. John kicks the box springs savagely, making the naked
coils rattle.  He whirls around, shoves his nose up to
Domingo's.

                ST. JOHN (CONT'D)
       *CONFESS*, you sonofabitch!  Who sent
       ya?  Tell me NOW, or I swear I'll
       *RIP OUT YOUR FUCKIN' EYEBALLS!*

                DOMINGO
         (weakly)
       Never...fascist pig!

                ST. JOHN
       Have it your own way!  Ya got five
       seconds!

Garza involuntarily glances over at the wall clock.

As he does so, St. John surreptitiously dips into the side
pockets of his lab coat, retrieves the items.

Garza turns back.  St. John shakes his fists in Domingo's
face.

                ST. JOHN (CONT'D)
       Take a good look, traitor!  These
       HANDS are the *last sight you're*
       *ever gonna see!*

                DOMINGO
       No!  *Nooooo0OOOO!!!!!!!*

St. John bangs his fists into Domingo's eyes.  The "blood
balls" in his palms burst.

Blackish-red "blood" spurts out from between his fingers,
runs down Domingo's cheeks.

                DOMINGO (CONT'D)
       *AAAAAAAAAIIIIIIIIIIYAAAEEEEEE!!!!*

St. John continues squeezing his fists over Domingo's eyes,
crushing the grapes in his palms.

After several seconds, St. John turns back to Garza.  Slowly,
he lifts his "bloody" hands, palms up, to reveal...

The pulverized grapes.

Garza permits himself a delicious shudder.

On the bedspring frame, Domingo trembles and chokes.  His
eyelids are squeezed shut over his "empty" sockets.  "Blood"
flows down his cheeks.

                DOMINGO (CONT'D)
         (sobbing)
       Mama!  I want my mama!

69.

St. John smiles and flings the grape pulp to the floor.

INT. BASEMENT -- TWO MINUTES LATER

Now Garza paces outside the Torture Room while Torres sits.

A TV mounted on the wall shows the now-familiar video clip of
Renata (apparently) taking the bullet for Garza.

The door opens.  St. John emerges, wiping his hands on a
towel.

                    ST. JOHN
          It was Salvadora, all right.
          Carmen Mendoza's behind this.

Two MED TECHS wheel a stretcher into the Torture Room.

                    TORRES
          You see!  I told you Mendoza --

St. John shrugs out of the bloody lab coat.

                    ST. JOHN
          Mendoza's not Al Qaeda.  She's a
          Marxist Revolutionary!

Garza glares stonily at that avowed Marxist, the man wearing
a Stalin-style uniform:  Colonel Ramon Torres.

                    TORRES
          But, I -- Enrique, surely you can't
          believe...!

                    GARZA
          I don't know WHAT to believe!

Garza stalks out of the room.

The two "medical technicians" -- Josh and Lorenzo -- roll
Domingo's limp body out of the Torture Room, take him away.

St. John follows *El Presidente*.  The Palace Guard files out
next, then Captain Vega and the Red Brigade men.

Torres brings up the rear, looking deeply worried.

After everyone has gone, Josh steps inside the Torture Room.
He opens St. John's black satchel, removes a cattle prod.
Swaps it with the prod on the Torture Room medical tray.

Then he exits with the satchel.

70.

INT. GOVERNMENT SUBWAY

Garza and St. John climb into a small, open trolley car.  The
little private subway runs the half-mile (under the green
Lawn) from the Security Ministry to the Presidential Palace.
Torres and the others climb into identical cars.

(NOTE:  a similar private subway system is located under the
U.S. Capitol, reserved for use by senators and congressmen.)

Everyone rides.  The trolleys hum softly, like golf carts.

                    TORRES
          Vega! Have that blind bastard shot!
          At once!

                    ST. JOHN
               (to Garza)
          Wouldn't do that, Excellency.
          Better chuck 'im in the best prison
          ya got and keep 'im under guard.

                    TORRES
          But -- !

                    ST. JOHN
          Catch anybody tryin' to kill him,
          THEY are part o' the conspiracy!
          First rule of assassination --

                    GARZA
          Kill the assassin!  Yes, I see...

The trolleys arrive at the Presidential Palace station.
Everyone disembarks.

                    GARZA (CONT'D)
               (to Chief Delgado)
          Send him to Osuro El Morro!  Make
          sure he stays alive.  Nobody talks
          to him!

                    DELGADO
          *Si, mi Presidente!*

Torres glares at St. John, seething.  He gets back in the
trolley for the return trip to the Security Ministry.


INT. TORRES' OFFICE, SECURITY MINISTRY -- LATER

The door flies open and St. John barrels in.  He marches
right up to Torres' desk.

                    ST. JOHN
          Ya dumb sonofabitch!  What the
          hell's the matter with you!

Simultaneously, the Colonel leaps to his feet.

71.

                    TORRES
                (overlapping)
          YOU!  Out of my office, *Yanqui!*
          You may have fooled Garza, but you
          don't fool ME!  Trying to frame --

St. John steps to one of the potted plants and lifts a broad
green leaf.  A hidden microphone is revealed.

The sight of the microphone stops Torres cold.

                    ST. JOHN
                (speaking into the mike)
          Okay, I'll go -- but I got my eye
          on you, Torres!

St. John tiptoes to the French Doors on one side of the room.
Opens them.  Leads Torres outside onto the balcony.


EXT. BALCONY

St. John closes the French Doors behind them.

                    TORRES
          What is the meaning of this?

                    ST. JOHN
          Case ya haven't figured it out,
          Ramon, I'm not tryin' to steal your
          job.  I'm trying to *save* your ass!
          Rebels are gonna go for the
          pipeline.

                    TORRES
          Oh?  And how do you know this?

                    ST. JOHN
          Same way I doped out that
          assassination!  All ya gotta do's
          wave some *dinero* around; the
          natives gush like waterfalls.

                    TORRES
          The ugly American!

                    ST. JOHN
          Better ugly than dumb!  Gotta make
          a decision here, Ramon.  Wanna stop
          these rebels, be a big hero?  Or...
          ya wanna keep boffin' Cabinet
          Ministers' wives, be the most hated
          security chief since Himmler?

Torres fumes, struggling to hold his temper.

                    TORRES
          I was just about to call Garza and
          tell him you're a fraud.
                (MORE)

72.

                              TORRES   (CONT'D)
                    There is no Roger Thornhill listed
                    in any directory of the Wilson-
                    Thomas Companies!  Now, you tell me
                    who you are, and what you're really
                    doing here!  Or else, I call the
                    guard and have you put under
                    arrest!

St. John looks at him for long moments.  Finally:

                              ST. JOHN
                    You're right.  My name is NOT
                    Thornhill, and I'm NOT a security
                    consultant for Wilson-Thomas.

Torres gloats in triumph.

                              TORRES
                    That's more like it!  Who are you?

St. John calmly tosses his ID to Torres.

                              ST. JOHN
                    Harry Lime.  Director of Action
                    Services -- Central Operational
                    Network.  CON for short.

                              TORRES
                    CON?

                              ST. JOHN
                    We're an off-the-books intelligence
                    agency of the United States of
                    America.

Torres barely bothers to scrutinize the ID.  It is clear that
he's not buying any of this.

                              TORRES
                    Never heard of it.

                              ST. JOHN
                    Of course you never!  The U.S.
                    CONGRESS never heard of us, for
                    Chrissakes!  That's the point,
                    dummy!  No websites, no
                    Congressional hearings, no line
                    items in the federal budget!

Torres flings back the ID.

                              TORRES
                    This proves nothing.  And if
                    Congress doesn't know about you,
                    who pays your budget?  The CIA?

                              ST. JOHN
                    CON has nothing to do with those
                    bozos.  We're self-funded.  Mostly
                    arms sales to anti-terrorist
                    regimes, like yours.  Far as Uncle
                    Sam goes, we don't exist.

73.

                         TORRES
              Very convenient, I'm sure.  Then
              how do you expect me to verify...

St. John checks his watch.

                         ST. JOHN
              My boss should be puttin' through a
              closed-circuit video conference
              call to your Comm Center, right
              about now.

                         TORRES
              Indeed?  And who is your *jefe?*

St. John moves to the French Doors.

                         ST. JOHN
              Oh, I think you'll recognize him.
              He's a former U.S. Secretary of
              State...


INT. COMMUNICATIONS CENTER, SECURITY MINISTRY

Torres, St. John enter, sit at the conference table.  A big
monitor flickers to life, images badly distorted.

                         TORRES
              Shouldn't we be worried about
              wiretaps?

                         ST. JOHN
              Signal's encrypted.

He removes a gadget from his pocket.

                         ST. JOHN (CONT'D)
              Wireless decryptor.

He presses a button.  The picture straightens out.

First comes a U.S. Government style logo/emblem for the CON
organization.  It dissolves to:

The Prof.  Heavily made up.

He bears more than a passing resemblance to former U.S.
Secretary of State HENRY KISSINGER.

                         ST. JOHN (CONT'D)
              Mornin' Mr. Secretary.

"Kissinger" sits at his desk.  The window behind him opens up
to a head-on view of the U.S. Capitol Dome's west front.

(In reality, there is *no such building* with this view.)

74.

When The Prof speaks, his normally light, Swiss-type accent
is replaced by a heavy, more ponderous, Germanic accent.

                    THE PROF
          Harry?  Is dot you?

                    ST. JOHN
          Yes, sir.  I'm here with Colonel
          Ramon Torres, Cordoban Minister of
          State Security.

Torres is stunned, but recovers.

                    TORRES
          An honor to meet you, Mr. Kiss --

                    THE PROF
          Please, no names!

                    ST. JOHN
          Just call him Mr. Secretary.


INT. A RENTED COMMERCIAL SPACE

The Prof is broadcasting this video feed from a set on a
closed, 90% empty industrial garage across town.  Terri and
Lorenzo work the video camera and sound equipment.

                    THE PROF
          Now, Colonel.  I regret to say my
          intelligence indicates your
          petroleum industry is in grave
          danger.

                    TORRES
          From the rebels?

                    THE PROF
          From ze United States.


INT. COMM CENTER

                    TORRES
          I beg your pardon?

                    THE PROF
          Ze U.S. Government has lost
          confidence in the Junta.

                    ST. JOHN
          Plain English -- the Marines are
          gettin' ready to invade Cordoba.

                    TORRES
          WHAT!?

75.

             ST. JOHN)
America figures she better grab
your oilfields 'n' refinery now,
before the rebels blow 'em to
smithereens...and send world oil
prices even MORE sky-high than they
already are.

             TORRES
        (to The Prof)
Is this true?

             THE PROF
I'm afraid zo.  In ze name of
global economic stability.

             ST. JOHN
My real mission down here is, One:
evaluate your security arrangements
and, Two:  make a recommendation.
Invade -- or not.

             TORRES
Capitalist, imperialist dogs!

             ST. JOHN
Good news is, Secretary's got a
plan to let ya keep your oil biz.

             THE PROF
Gentlemen, if you vill forgiff me,
I haff a pressing engagement.

             TORRES
        (partially rising)
Of course.

             THE PROF
Colonel Torres, I vant you to know
zat Harry Lime has my abzolute
confidence.  You may speak to him,
as if you vere speaking to me.

             TORRES
Thank you, Mr. Secretary.

The image of "Kissinger" dissolves back into the CON logo.

             TORRES (CONT'D)
    Very well.  What's your plan?

EXT. OIL REFINERY -- LATER THAT DAY

St. John(at the wheel) and Torres drive up to the perimeter
in an open jeep as before.  They pass through the security
checkpoint, enter the grounds.

             ST. JOHN
    My crew arrived this mornin'.

76.

Otis and Lorenzo are high overhead...perched on one of the
WINDING STAIRWAYS that spiral around each of the six-story-
tall, globe-shaped oil storage tankers.  They are working on
something technical.

                    ST. JOHN (CONT'D)
              We're installin' a multilayered
              defense perimeter.  Infrared,
              motion detectors, heat sensors.
              Covers a mile in all directions.

Jokingly, he calls up to Otis and Lorenzo:

                    ST. JOHN (CONT'D)
              Don't fall into the acid vats,
              guys!


EXT. PIPELINE

One mile beyond the refinery.  St. John and Torres walk
alongside the pipeline.

                    ST. JOHN
              I toldja, THIS is your real
              vulnerability.  Salvadora punches a
              hole in this baby... Boom!  No
              oil.  No money.

                    TORRES
              But, I don't have enough men to
              guard a 500-mile --

St. John climbs back in the jeep.  Torres follows.

                    ST. JOHN
              Yeah, ya do.  Pull 'em off that
              stupid ethnic cleansing detail!

                    TORRES
              But --

                    ST. JOHN
              It'll wait, Ramon!  Indians aren't
              goin' anywhere.

                    TORRES
              If I put guards on the pipeline,
              will that satisfy the United
              States?

                    ST. JOHN
              Uh...no.

St. John turns the ignition key, restarts the jeep.


EXT. OIL FIELD -- A FEW MINUTES LATER

A sea of oil derricks, pumping black gold.

77.

                    ST. JOHN
         Who owns this oilfield, Ramon?

                    TORRES
         You ought to know.  Wilson-Thomas
         Industries.  They've owned ALL of
         our fields since 1947.

EXT. A SINGLE OIL DERRICK

St. John lounges casually beside the machine.

                    ST. JOHN
         And they give ya what?  Ten
         percent?

                    TORRES
         Fifteen.

                    ST. JOHN
         Well, lemme ask you somethin'.
         You're a committed Marxist.
         Shouldn't these oilfields belong to
         the people?

                    TORRES
         Of course!

                    ST. JOHN
         So why don't you collectivize 'em?
         Declare 'em the sole property of
         the sovereign People of Cordoba.

                    TORRES
         Are you crazy?  That would give the
         United States a perfect excuse to
         invade!

                    ST. JOHN
         Not if you give half the oil to an
         American company.

Torres simply stares at him, flabbergasted.

                    TORRES
         Give half our oil to the *Yanquis!?*

                    ST. JOHN
         Keep fifty percent.  That's *triple*
         what ya get now!

Imitating Vega, St. John pokes Torres in the chest.

                    ST. JOHN (CONT'D)
         Gotta learn to focus on the big
         picture, Ramon!

78.

INT. JEEP

They are driving down a wide boulevard in the Capital City.
It's a colorful scene with palm trees, tropical flowers,
beautiful lawns and buildings.

                    ST. JOHN
          Go partners with an American
          company, Congress and the
          Administration will decide you're a
          friendly, pro-business regime.
          They won't invade.

                    TORRES
          What about the Wilson-Thomas
          technicians?

                    ST. JOHN
          American oil company'll send guys
          down here to run things for ya.
          You can boot those bloody British
          bastards all the way back to Bonny
          Scotland.

Torres smiles.

                    ST. JOHN (CONT'D)
          'Course, there's just one catch.

                    TORRES
          I might have known!

                    ST. JOHN
          CON wants a piece of the action.  A
          financial consideration.

                    TORRES
          So THAT'S your agenda!  A kickback!

                    ST. JOHN
          One percent.  You swing that,
          Ramon, I guarantee the Secretary
          will recommend "No invasion."

                    TORRES
          Even if I agree, Garza may not.

                    ST. JOHN
          Look, we're not married to Garza.
          If something should "happen" to
          happen to him, long as we get our
          cut CON will look the other way.
          You'll step in, top dog.  Free to
          spread leftwing revolution across
          Latin America, just like the good
          old days.

79.

                    TORRES
          I was mistaken about you, Lime.
          You're an even worse pirate than I
          thought.
                    (a beat)
          It's a deal.

                    ST. JOHN
          Good.  Now remember:  far as
          Garza's concerned, I'm still Roger
          Thornhill of Wilson-Thomas.

EXT. GARZA'S SWIMMING POOL -- DAY

A secluded spot on the terrace of the Presidential Palace.
Garza lies on a massage table.  A beefy masseur works on him.

St. John (fully dressed) sits nearby, smoking a Cuban.

                    GARZA
          Of this you are certain?

                    ST. JOHN
          Does a jaguar shit in the jungle?

                    GARZA
          What about your employer, Wilson-
          Thomas?

                    ST. JOHN
          I'm hopin' for a better offer.

St. John and Garza exchange grins.

                    ST. JOHN (CONT'D)
          Now here's the beauty part,
          Excellency.  After Cordoban oil is
          shared fifty-fifty with the U.S.,
          the Pentagon will give ya advisors,
          bases, weapons, training,
          technology -- you name it.

                    GARZA
          And a free hand?

                    ST. JOHN
          Long as half that oil keeps flowin'
          North, Enrique, you can do whatcha
          please down here.
                    (a beat)
          Crush the unions... deport the
          Indians...spread rightwing
          revolution all over the continent!
          You'll be top dog in South America!
          Feared by every spineless,
          sniveling democracy from Caracas to
          Cape Horn!  Just like the good old
          days!

80.

Garza chortles happily.

EXT. PRIVATE PORT COCHERE, PRESIDENTIAL PALACE

St. John sits behind the wheel of a convertible Porsche.

Garza stands in a robe with a towel around his neck.  As usual, a Palace Guard detail stands nearby.

> GARZA
> Roger, my friend.  My spies have turned up no connection between Torres and the assassination plot.

> ST. JOHN
> The dog that didn't bark in the night, Enrique!  Why d'ya think the rebels have slipped through Torres' fingers all these years?  HE'S a Red...Carmen MENDOZA'S a Red!

Garza still looks unsure.

> ST. JOHN (CONT'D)
> Cordoba's oil business is wide-open for sabotage.  Not sayin' Torres is disloyal.  He might just be incompetent!  But ya gotta know which!

> GARZA
> You're right.  So...what shall we do first?

> ST. JOHN
> Lemme make some discreet phone calls; feel out some o' the good old boys up in Houston.  See if they wanna "invest" in Cordoban oil.

> GARZA
> *Bueno!*

> ST. JOHN
> Meanwhile, Enrique, put that ethnic cleansing thing on hold.  Last thing we need is any bullshit publicity about human rights, screwin' up the deal.

Garza considers this for a moment.  Shrugs.

> GARZA
> Okay.  I can always clean house later.  Meanwhile...I double the spies on Torres.

81.

EXT. A MOUNTAINTOP CASTLE

Superimposed title:  *OSURO DEL MORRO PRISON*

The worst hellhole in Cordoba.  A forbidding old Spanish-
style castle, gloomily squatting atop a craggy peak.


INT. PRISON CELL

Domingo, a "bloody" bandage over his eyes, is thrown inside.
The door clangs shut behind him.  He stumbles convincingly.

ANGLE ON a ventilator grill.  ARTURO -- a grizzled, 50ish man
-- watches Domingo through the vents.  A loud whisper:

                    ARTURO
          Hey!  What's wrong, *amigo?*  Can't
          you see?

                    DOMINGO
          Who's there?

                    ARTURO
          Arturo.  In the next cell!  What's
          wrong with your eyes?

                    DOMINGO
          They -- I have no eyes.

                    ARTURO
          Your bed's in front of you, two
          steps to the right.  It stinks, but
          don't worry.  We get a fresh sheet
          every six months.  Just like
          Hilton!  Ha-ha-ha-ha-ha!


EXT. HOSPITAL -- DUSK

St. John accompanies a NURSE who pushes Renata in a
wheelchair.  He holds the car door as the nurse assists
Renata to move from the wheelchair into his Porsche.


INT. PORSCHE

They are driving through the city.

                    RENATA
          Any news?

                    ST. JOHN
          Not yet.  The Prof fitted Domingo
          with a micro transmitter --

                    RENATA
          Where?

82.

INT. DOMINGO'S PRISON CELL -- DUSK

Domingo, eyes still bandaged, eats his gruel.  He winces and
touches a back molar...the transmitter.

In the next cell, Arturo whispers through the grill.

                    ARTURO
          You tried to kill *Garza!?*  What did
          he do to you?

                    DOMINGO
          He "disappeared" my aunt, Kachiri
          Nusta.  And two of my cousins.

                    ARTURO
          Did you say, the Nustas?  But
          they're here!  In this prison!

                    DOMINGO
          They're alive!?


EXT. HILLTOP ABOVE THE CAPITAL CITY -- NIGHT

St. John in his Porsche, talks on his Encrypted SatPhone.

                    ST. JOHN
          They're alive.


INT. DONNOTTAR CASTLE LIBRARY

Sir Reggie holds an identical ESP to his ear.

                    SIR REGGIE
          ALIVE!!?


CLOSE ANGLE ON PORSCHE

Renata, her arm in a shoulder sling, sits beside St. John.

                    ST. JOHN
          All three of 'em.

The Porsche is parked in a public garden, underneath a giant
statue of The Virgin Mary.  Far below is a glittering vista
of city lights.

CUT BACK AND FORTH between St. John, Sir Reggie.

                    SIR REGGIE
          How are they?

                    ST. JOHN
          First tell me about Allison.

83.

                    SIR REGGIE
          She's fine, fine!  Holed up in a
          first-class facility...owned by
          Wilson-Thomas Resort Properties!

                    ST. JOHN
          Anybody lays a finger on 'er, my
          next target's gonna be YOU.

                    SIR REGGIE
          Ye can't threaten a 96-year-old
          man, laddie.  Don't fret; she's
          studyin' for examinations, havin' a
          bonny time.  Now what about m'
          family?  Can ye get them out?

                    ST. JOHN
          Gonna try.

                    SIR REGGIE
          I cannae thank ye enough, laddie.

                    ST. JOHN
          Just look after my daughter.  And
          call that friggin' Arab Prince!

St. John puts away the SatPhone.  Turns to Renata.

                    ST. JOHN (CONT'D)
          Anybody he oughta be thankin' --
          it's you.

                    RENATA
          I have done nothing.

                    ST. JOHN
          Risked your life every day for two
          years, right under Garza's nose.
          Let some doc drill a hole in your
          shoulder.  That's a lotta nothing!

                    RENATA
          Oh, Anselmo... I'm sick of it.
          I'm sick of not having a life.
          I'm sick of killing people.
          I'm sick of people trying to kill
          us.  What would I not give, for one
          night of normal, sane, human
          existence!

Renata turns to him, unhappiness mixed with desire in her
eyes.  Slowly, St. John leans in.  Renata closes her eyes.

They kiss.  Very softly.

                    ST. JOHN
                 (whispering)
          I dunno if this is a good idea,
          Renata...

84.

Using her good arm, Renata puts one hand on the back of his
neck.  Pulls him closer.

                RENATA
          It is a VERY good idea.

They kiss again.

                ST. JOHN
          I was gonna say:  but right now, I
          don't care!

EXT. RENATA'S APARTMENT -- A FEW MINUTES LATER

Renata leads St. John by the hand into her dim bedroom.  He
removes his jacket; she lights a candle on the night stand.

Bookcases line three walls. Mosquito netting protects the
four-poster canopy bed.  A simple wooden cross hangs on the
wall over the head of the bed.

St. John and Renata embrace, kiss, move to the bed...

                      DISSOLVE TO:

INT. BEDROOM -- LATER

On the night stand, the candle is shorter now.  St. John and
Renata cuddle under a sheet.

He turns to blow out the flame, but notices an open book,
face-down on the night stand.  Surprised, he picks it up.

It is "The Story of My Experiments With Truth," by Mohandas
K. Gandhi.

                ST. JOHN
          Gandhi?  Shouldn't you be reading
          Sun Tzu, "The Art of War"?

                RENATA
          Einstein said problems cannot be
          solved by thinking on the same
          level that created them.

                ST. JOHN
           (mocking, pretending to be
           impressed)
          Oh....EINSTEIN, huh?

Renata plants a line of tiny kisses down his jaw.

                RENATA
          Men like my Uncle...Torres...
          Vega...

85.

                              ST. JOHN
                    And me?

She smiles, goes back to kissing him.

                              RENATA
                    Forgive me -- but you all think on
                    the same level.

St. John frowns at the book.

                              ST. JOHN
                    What level's that?

                              RENATA
                    Combat!  Who is stronger, more
                    clever, more ruthless.  That's all.

                              ST. JOHN
                         (ragging her)
                    Ya mean, there's *other* levels?

                              RENATA
                    Beyond combat?  Oh, Anselmo, there
                    is a whole *universe* of levels.

St. John flips through the pages.

                              ST. JOHN
                    Let's see:  prayer, fasting...
                    fasting, prayer...

Renata brings St. John's nearest hand to her lips.

                              RENATA
                    Yes, but also...
                         (kisses a finger)
                    Children playing...
                         (kisses a finger)
                    The Quechua Indians, living
                    peacefully in the Andes...
                         (kisses another finger)
                    Men like Domingo.  Risking his life
                    to save a family he never met...
                         (kisses a finger)
                    Artists who make music so
                    beautiful, you feel you are hearing
                    the singing of the angels...
                         (a beat)
                    This...

Ardently, Renata pulls St. John to her.  Kisses him
passionately.  Responding, he replaces the book without
looking at the stand.  The book knocks over the candle.

The candle falls to the floor, gutters out.

86.

CLOSE ANGLE ON A SKULL MASK -- NOON THE NEXT DAY

The skull nods cheerfully to the sounds of mariachi music.

PULL BACK to reveal an entire skeleton costume, worn by a man
on stilts.  He is part of a vast outdoor parade.

It is Nov. 1 -- *El Dia de los Muertos*, the Day of the Dead --
throughout much of Latin America.


EXT. BOULEVARD -- NOON

Thousands of Cordoban families, dressed in their Sunday best,
walk down the boulevard.  They carry flowers, candles,
rosaries, Bibles.  Some people hold replica skulls.

Also in the parade are:  traditional mariachi musicians.
Catholic priests.  Performers in Halloween-type costumes.


INT. TORRES' MERCEDES -- 2PM

Torres scowls, honks his horn as the parade slows his drive.

                    TORRES
          Damned superstitious nonsense!

His cell phone rings.  He picks up.

                    TORRES (CONT'D)
          Torres.


INT. A (DIMLY LIT) GOVERNMENT OFFICE

A MAN IN SILHOUETTE sits at a desk.  He speaks on the phone
in an American accent.  (His voice is completely unfamiliar.)

                    MAN
          I see you got the phone I sent you.
          Remember, it's the only one you can
          trust.  The others are tapped.


INT. TORRES' MERCEDES

                    TORRES
          Yes, my friend!


INT. DIMLY LIT OFFICE

                    MAN
          We were wrong about Salvadora:
          she's *NOT* Carmen Mendoza!
          But I'm going to make it up to you.
                    (MORE)

87.

                    MAN (CONT'D)
        Up here at Langley, we've been
        watching a lot of Cordoban TV
        newscasts lately...


INT. TORRES' MERCEDES

                    TORRES
        Yes?  ...What do you mean, the
        angles don't match?


INT. GARZA'S OFFICE -- 4PM

Garza sits behind his desk, rehearsing a speech.  In a bored
voice, he reads from two TelePrompters.

                    GARZA
        Citizens of Cordoba...Tonight, I
        wish to discuss with you --
        something that could be said in
        five minutes.  But my damned
        speechwriters have stretched it
        into half an hour, so they can use
        all the fancy words they know.
            (a beat)
        How's that?

The audio technician nods to the TV director.


EXT. REMOTE INDUSTRIAL PARK -- 1PM

Josh drives an 18-wheel TANKER TRUCK (with a gleaming, 50-
foot long, chrome-plated fuel tank) to an open garage door.

Ignacio waves the truck on.  Josh rolls it inside.  Ignacio
quickly brings down the garage door.


INT. PRIVATE GARAGE

Josh parks the tanker truck.  In one corner of the garage,
the set where The Prof did his "Kissinger" act still stands.

Nearby, St. John, The Prof, Otis, Lorenzo, and Terri sit at a
table, pouring over maps and the refinery blueprints.


CLOSE ANGLE ON BELLY OF TRUCK

Ignacio stands directly beneath the tanker truck.  He dons
industrial goggles and snaps on a blowtorch.  In the bottom
of its shiny, chrome-plated tank, he begins cutting a neat
round hole.


EXT. BULLFIGHT STADIUM -- 4PM

Mariachi music drifts in.  But the stadium is empty...

88.

...EXCEPT for Torres and two Red Brigade troops.  They stand
in the President's Box.

The troops hold up a life-sized STILL PHOTO POSTER of Renata,
Garza, and various Junta members.

The photo is a blow-up of a single frame from the video
recording.  It depicts the moment of impact, when Domingo's
bullet (supposedly) struck Renata.


INT. ASSASSIN'S PRIVATE BOX

Captain Vega stands where Domingo stood.  Aims a handheld
laser, peers through binoculars.  He switches on the laser.


INT. PRESIDENTIAL BOX

The laserbeam strikes the blow-up photo at the (theoretical)
point of impact on Renata's shoulder.

Torres studies the laserbeam.  He compares its angle of
trajectory to X-Ray films from Renata's surgery.

                    TORRES
          He's right!  The angles DON'T
          match!


INT. INDUSTRIAL PARK GARAGE -- 5PM

Ignacio finishes installing a submarine-type hatch where he
cut the circular hole.

                    IGNACIO
          *Perfecto!*


INT. HOTEL BALLROOM -- 5PM

The same ballroom where St. John first met Renata.

Banners stretched across the room declare, in English and
Spanish:  *"CELEBRATING THE NATIONALIZATION OF CORDOBAN OIL."*

Hotel staff hang balloons and streamers from the ceiling.
Table decor features skeletons wearing sombreros, and
glittering cardboard oil derricks.


EXT. RENATA'S APARTMENT

Renata exits a taxi, still wearing a sling on her wounded
arm.  She heads to her apartment.

89.

INT. APARTMENT

The front door opens.  Renata enters.

She freezes.  Torres and a dozen Red Brigade shock troops
stand amid a scene of utter devastation.

                    RENATA
          Colonel Torres!  What do you want!

Torres holds out a .45 pistol -- and a BLACK SKI MASK.

                    TORRES
          You... *Salvadora.*

Two shock troops handcuff Renata's hands behind her back.
She struggles fiercely.

                    RENATA
          Let me go!


EXT. *BRIGADA ROJA* BASE -- 7PM

Red Brigade troops are arriving by jeep, personnel carrier,
and truck at this military base.

A LIEUTENANT salutes Vega, who's studying a clipboard.

                    LIEUTENANT
          All squads reporting in from the
          field, Captain.

                    VEGA
          How many Quechua killed today?

                    LIEUTENANT
          Six hundred ninety-four.

Vega angrily kicks the wastebasket across the room.

                    VEGA
          Just as we get started, we have to
          regroup and re-arm.  And for what?
          To babysit a stupid pipeline!


INT. HOTEL BALLROOM -- 8PM

General Alvarez arrives with the Joint Chiefs of Staff.  The
Cabinet Ministers and their wives are already present.

The guests all watch a giant projection-screen TV.  They
applaud as Garza begins his speech from his office:

                    GARZA
                 (on the TV)
          Citizens of Cordoba!
                    (MORE)

# EXHIBIT B PART 2

90.

                    GARZA (CONT'D)
          Tonight, I wish to discuss with you
          something...


INT. TORTURE ROOM -- 8PM

Drenched with sweat, Renata (fully clothed) is shackled to
the mattress box springs.

Torres wields the cattle prod like a swagger stick.

                    TORRES (O.C.)
          In deference to your Uncle, I've
          avoided the more extreme methods.
          That can come later, if necessary.

                    RENATA
          *Hijueputa!*  (Bastard)

                    TORRES
          Meanwhile, why don't you save me
          the time and spare yourself further
          agony?

                    RENATA
          Go to hell!

A zapping sound.  Renata screams.


INT. PRIVATE GARAGE -- 8PM

The 18-wheeler now features a banner on its fuel tank that
reads:  "CELEBRATING THE NATIONALIZATION OF CORDOBA'S OIL!"

Nearby, St. John -- wearing the black jodphurs, jackboots,
tunic, and cap of a Captain of the Palace Guard -- is pacing
back and forth.  Looking at his watch.  Frowning.

He sees Garza's speech begin on a bank of electronic
equipment:  monitors, scanners, computers, etc.

                    ST. JOHN
          Dammit, that's it!  We're outta
          time!

                    GARZA
                    (on the TV)
          ...that will have a direct bearing
          on the wealth and prosperity of
          every man, woman, and child in our
          great country...

The Prof, Terri, Otis, Josh, Lorenzo and five Rebels slip
into black Palace Guard uniforms.

The remaining 15 Rebels finish getting into olive-green
*Brigada Roja* uniforms.

91.

                    GARZA (CONT'D)
               (on the TV)
          ...I hereby decree that, effective
          immediately, Cordoba will
          nationalize its petroleum industry.
          This includes all oil fields...

Ignacio climbs inside the cab, behind the wheel of the truck.

Under the truck's storage tank, St. John opens the submarine-
type hatch.

The 20 rebels climb up through this hatch, disappearing
inside the tanker, where the fuel should go.

                    GARZA (CONT'D)
          ...the pipeline, the refinery, and
          all subsidiary petroleum-related
          assets...

St. John pauses.  The Prof, Otis, Josh, Terri, and Lorenzo
are walking to a side exit door.  All carrying electronics.

                    ST. JOHN
          Prof, remember!  Don't kill the
          power grid till --

                    THE PROF
          Until I see ze signal!  Ja, ja!
               (to Terri)
          He thinks I'm an absent-minded
          professor!

Still grumbling, The Prof leads the others out.  St. John
grins, climbs up into the belly of the tanker.


INT. TANKER TRUCK

St. John and the 20 disguised rebels (five Palace Guards, 15
Red Brigaders) sit in the vast, shiny interior of the fuel
compartment.  Only small flashlights provide light.

The engine roars to life and the truck begins to rumble.  St.
John checks his watch again, looks worried.

                    MANUEL
          You fear for Salvadora, *Señor*?

                    ST. JOHN
          I'm sure she's fine.

He doesn't look very sure.


INT. BASEMENT, SECURITY MINISTRY -- 8:15PM

From behind the closed door to the Torture Room, comes the
sound of Renata screaming.

92.

INT. TORTURE ROOM, CLOSE ANGLE ON RENATA

Her head drops onto her chest.

Torres' hand grabs her hair, pulls her head up.  Her eyes are
three-quarters closed, her skin is red and blotchy.

Torres checks his watch.

                  TORRES (O.C.)
        My, my.  You've taken nearly a full
        hour of it.  Ready to talk,
        "Salvadora"?

Zap!  She screams.  Begins hyperventilating.

                  RENATA
        All right!  I'll tell
        you...everything!

                  TORRES
        WHEN will you strike?  And where?

Between gasps, Renata whispers:

                  RENATA
        The refinery...tonight...

INT. HOTEL BALLROOM

Garza's speech continues on the big-screen TV.  The Joint
Chiefs, Cabinet Ministers, their wives watch avidly.

INT. ENTRANCE TO BALLROOM

Josh, wearing his Palace Guard uniform, arrives.  One Palace
Guard and one Red Brigade trooper guard the entrance.

Josh salutes, hands the Palace Guard a dispatch.  Speaks into
his ear, pointing inside the ballroom.

The Guard nods.  Goes inside, presumably to deliver the note.

Josh calmly points a silencer-equipped pistol and shoots the
Red Brigade man, who falls dead.

Josh closes the entry doors.  Locks them.  Lowers a steel
security crossbar.

INT. KITCHEN

Just off the ballroom.  Terri closes, locks, bars the door.

93.

INT. CRAWL SPACE OVER BALLROOM

The Prof fits a large hose to the main ventilator grill.  He
activates a machine that is attached to the hose.


INT. BALLROOM

Above the balloons and streamers, a colorless gas begins
vibrating the plastic fringe that hangs from the grill.


INT. BASEMENT, SECURITY MINISTRY

Torres rushes from the Torture Room to the common area.
Grabs his cell phone, hits Speed Dial.

                    TORRES
          Vega!  The rebels are sabotaging
          the oil refinery -- TONIGHT!
          They're timing the attack to occur
          precisely at the end of Garza's
          speech!


INT. *BRIGADA ROJA* BASE, VEGA'S OFFICE

Vega checks his watch.  The wall TV shows Garza talking.

                    VEGA
          But, Colonel!  The speech ends in
          fifteen minutes!


INT. BASEMENT, SECURITY MINISTRY

                    TORRES
          I'll get Garza to stretch it out!
          Send First Battalion over here
          immediately; the rebels may attempt
          a palace coup!   And airlift Second
          Battalion to the refinery --NOW!


EXT. TANKER TRUCK -- NIGHT

The powerful truck roars through the night, heading to the
refinery.

Overhead, Terri pilots the WhisperCopter.  Otis in the front
seat, Lorenzo in back, both monitor hi-tech devices.

                    TORRES (O.S.)
          ...The rebels are hiding inside a
          stolen tanker truck!

94.

INT. TANKER HOLD COMPARTMENT

St. John and the rebels, wearing their Palace Guard and Red
Brigade disguises, jostle along.

> TORRES (O.S.)
> They have forged clearances!  Don't
> let them through the checkpoint!
> And above all -- *don't let them out
> of that truck!*  Destroy it!  And
> destroy the rebels with it!

INT. PRESIDENTIAL PALACE, DELGADO'S OFFICE -- 8:30

Guard chief Delgado watches a TV as Garza nears the end of
his speech.  Delgado's desk phone rings.  He picks up.

> DELGADO
> Delgado! Torres!? What do YOU want?

INT. GARZA'S OFFICE -- SECONDS LATER

A horrified Delgado BURSTS into the room as Garza finally
wraps up his speech.  Delgado RUNS to Garza.

> GARZA
> ...And so, for the people of
> Cordoba, the "Day of the Dead"
> brings us a glorious new beginning.
> *Buenos noches*, and may Providence --

Delgado leans over, cups his hand to Garza's ear.

Garza listens, holding his own hand over the desk microphone.

Delgado leaves.

Looking alarmed, Garza stares blankly into the camera for a
moment.  That "deer caught in the headlights" look.  Slowly,
he begins to improvise.  Stretching to give the Red Brigade
time to reach the refinery.

> GARZA (CONT'D)
> Uh...I also wish to say...uh...
> *El Dia de los Muertos* is very
> appropriate, uh, for this occasion
> in another sense, as well.  Oil, as
> we all know, comes from the
> fossilized remains of dinosaurs...

Garza gestures to the TV director to run back the
TelePrompTer to an earlier part of his speech.

The TV director scrambles to comply.  On the TelePrompTer
screens, speech text jumps wildly back and forth.

95.

INT. BALLROOM

The Prof's machine continues pumping out the colorless gas.
The orchestra and guests are all knocked out.  On the big
screen, Garza is still talking.

EXT. OIL REFINERY

Cordoban military choppers land and disgorge 1,250 Red
Brigade shock troops.  Vega orders them to take defensive
positions on both sides of the security checkpoint.

White-coated refinery personnel are evacuated onto choppers
that lift off.

EXT. SECURITY MINISTRY

The other half of the *Brigada Roja* (1,250 men) pulls up in a
caravan of trucks.  Shock troops jump out, surrounding the
Ministry in a protective cordon.

INT. DELGADO'S OFFICE

Delgado gazes out of his window, across the lawn to the
Security Ministry, half a mile away.

Under blazing electric lights, he can clearly see the *Brigada
Roja* troops falling into formation -- weapons ready.

He gestures to a major.

                    DELGADO
          Come look at this.  What the hell
          are they doing?

His phone rings.  He picks up.

                    DELGADO (CONT'D)
          Delgado!  Yes?  Oh, yes, *Señor*
          Thornhill.

Delgado listens.  He looks horrified, hangs up the phone.

                    DELGADO (CONT'D)
               (to the major)
          Surround the Palace!  Every man
          we've got!  NOW!

INT. GARZA'S OFFICE

Garza, who is now repeating his speech from the top.

Delgado rushes in, slips him a NOTE.

96.

Garza reads it.  Covers the microphone with his hand.
Whispers to Delgado:

                    GARZA
          Get me out of here!  Tell them to
          play the tape!

CLOSE ANGLE ON TV SET:

Garza's live image is replaced, almost imperceptibly, by a
tape of himself giving the (same) speech.


INT. WAR ROOM -- 8:35PM

A TV monitor in the background plays Garza's speech (the
tape), volume low.

Garza storms into the War Room, removing his general's hat
and hurling it away.  He unleashes a torrent of Spanish curse
words at Delgado.

Cringing, Delgado hands him a cell phone.

                    GARZA
          Thornill!  This is Garza!  Is it
          true?


INT. TANKER

St. John is on his cell phone.

                    ST. JOHN
          'Fraid so, Enrique.  Torres has
          been behind the Rebels all along.
          Not just turnin' a blind eye --
          they're _his_ _boys_!


INT. WAR ROOM

While Garza talks to St. John on the cell phone, Delgado is
talking on a land line phone.

                    DELGADO
          _Mi Presidente!_  Torres says he has
          captured Salvadora!

                    GARZA
          Torres has captured Salvadora!?

                    DELGADO
          He's bringing Salvadora here --
          now!

97.

INT. TANKER

St. John shouts desperately.

                    ST. JOHN
          Whoever he's got, it's a frame job!
          He's settin' you up, Enrique!  If
          ya see the oil refinery
          blow...you'll know Torres has
          launched the coup!

The line goes dead.  St. John stares at his cell phone.


EXT. TANKER TRUCK -- NIGHT

The tanker barrels down the road toward the refinery, now
just half a mile ahead.  Vega's troops flank the checkpoint.


INT. GOVERNMENT SUBWAY TUNNEL

Torres zips along in one of the small open trolley cars.

With him, a shock trooper holds Renata at gunpoint.  She is
handcuffed.  A loose black prisoner's HOOD over her head.

A second trolley carries a squad of olive-clad Red Brigaders.


INT. WAR ROOM

A squad of black-clad Palace Guard storm troopers secures the
War Room and the Presidential office suite.

Garza slips a .38 into the pocket of his gray military tunic.
He sits at the head of the conference table.


INT. JUST OUTSIDE THE WAR ROOM

Torres sweeps in, accompanied by his men.  The *Brigada Roja*
squad and the Palace Guard squad look daggers at each other.


INT. WAR ROOM

Delgado enters, clicks his heels.

                    DELGADO
          The Minister for State Security!

Torres enters, accompanied by the Red Brigade man who has
Renata by the arm.  She is still HOODED.

                    TORRES
          Enrique.

98.

                    GARZA
            What is this nonsense about
            capturing Salvadora!

INT. TANKER TRUCK -- NIGHT

St. John and the rebels, jostling along.

EXT. REFINERY CHECKPOINT

Vega shouts orders to his men.

                    VEGA
            Remember, when he stops to show his
            papers, hit 'em with everything
            you've got!

EXT. SKY OVER REFINERY

The Whispercopter monitors the situation.  Lorenzo turns a
few dials on a handheld device.

                    LORENZO
            Otis!  Status?

Otis monitors a different device.  He gives a thumbs-up.

EXT. REFINERY

The tanker truck slows as it approaches the checkpoint.

Vega lifts his hand.  His men ready their weapons: submachine
guns, grenades, shoulder-fired missiles.

INT. TANKER

St. John puts on his black Palace Guard captain's hat,
cradles his submachine gun, moves to the hatch.

                    ST. JOHN
            Stand by!

The rebels jump to their feet, ready their weapons.

INT. WAR ROOM

Torres sits in the chair at the opposite end of the table
from Garza.

The Red Brigade trooper stands holding Renata, still cuffed
and hooded.  A bit wobbly on her feet.

99.

> TORRES
> I'm afraid this will come as an
> unpleasant surprise for you,
> Enrique.  But she has confessed.

> GARZA
> Get on with it.

Torres nods.  The Red Brigade man whisks off the black HOOD.

Renata stands with a gag in her mouth.  She tries desperately
to speak, but is unable to make herself intelligible.

At first, Garza is incredulous.  Then furious.  He jumps up.

> GARZA (CONT'D)
> What is this, some kind of JOKE!?
> Have you gone mad?

EXT. REFINERY

The tanker truck rolls toward the checkpoint.

But...it does not stop!

The driver simply uses the power of eight tons of steel to
roll smoothly through the flimsy automated sentry arm --
which breaks off...

> VEGA
> *Fuego!*

The Red Brigade battalion opens fire with 1,000 guns --

Bullets riddle the cab, tanker, and wheels.

The tanker continues rolling forward, smashing through puny
concrete barricades and mowing down part of the tall,
electrified, chain-link fence.  Sparks fly.

Free and clear, the truck enters the refinery.  It quickly
picks up speed, roaring down the valley between oil tanks.

INT. WAR ROOM

Torres also jumps to his feet, snarls his answer to Garza.

> TORRES
> She confessed, I tell you!  And I
> found THESE in her apartment!

Torres hurls the black SKI MASK and the .45 handgun onto the
conference table.

Garza barely glances at them.

100.

                              GARZA
                    *She saved my life!*

                              TORRES
                    No, she didn't!

He whirls Renata around, grabs the neckline of her sweater
and yanks it down, exposing her bandaged shoulder.  Torres
rips off the bandage, exposing stitches in her back.

                         TORRES (CONT'D)
                    THIS was self-inflicted!

Renata shudders.  Her wound begins bleeding.


EXT. REFINERY GROUNDS

Vega's troops pour into the gaping hole that the rampaging
tanker truck tore in the refinery's security perimeter.

VROOOOOOM!!!!!

The tanker roars along between the two rows of globe-shaped
oil storage tanks.  Its 300 horsepower engine revs loudly.

                              VEGA
                    *Fuego, fuego!*

RAT-A-TAT-TAT-TAT!

The running Red Brigade soldiers continue to unleash a
murderous torrent of lead at the truck.

One soldier fires a shoulder-launched missile, which EXPLODES
just behind the massive tanker truck --

                         KA-BOOM!

The truck CAREENS into a turn -- nine tires off the ground on
one side -- JACKKNIFES -- SKIDDING around 90 degrees...

Finally, the truck comes to a sudden HALT.  Still jackknifed.
The cab almost facing the still-advancing Red Brigade.

                         BOOM!

Another shoulder-fired missile EXPLODES in front of the cab.

Vega's men surround the tanker from a 50-yard distance,
pouring a lethal hail of bullets into the cab, the driver,
and the tank.  *No one could possibly survive this assault.*

It goes on and on...   RAT-A-TAT-TAT-TAT!...  Finally:

                         VEGA (CONT'D)
                    *Suspensi de fuego!*

The shock troops cease fire.  An eerie silence descends.

101.

Vega grins with savage pleasure.

                    VEGA (CONT'D)
               *Adios, revolucionarios!*
                    (to himself)
               Good.  Now we can get back to
               liquidating Indians.

On Vega's orders, four men run to the truck.  Two troopers
cautiously duck under the bullet-ridden tanker compartment.

One man opens the submarine-style BELLY HATCH.  He tosses a
grenade inside, ducks, waits.  He hears the EXPLOSION.

Then he climbs inside.  Disappears from view.

A moment passes.

The soldier drops back to the pavement.  He yells to Vega.

                    SHOCK TROOPER
               *Vacío!*

                    VEGA
               Empty!?

Vega looks around, uncertain.  Those crafty rebels must have
somehow escaped from the truck!  Are they now hiding among
the refinery structures?


EXT. CAB OF TRUCK

A Red Brigade trooper opens the door, checks the interior.
The driver lies face down.  The trooper turns him over...

The trooper stands in the door of the cab.  He holds up a
bullet-riddled mannikin.

                    TROOPER
               *Simulación!*


INT. WHISPERCOPTER, OVER THE REFINERY

                    TERRI
               Lorenzo!  Poor baby!  They broke
               your radio-controlled truck.

                    LORENZO
               Don't worry -- I think I know where
               to find another one.


EXT. LAWN BETWEEN PALACE & MINISTRY -- NIGHT

Ignacio drives the ORIGINAL (identical) 18-wheeler TANKER
TRUCK down one of the twin boulevards flanking the Lawn.

102.

Both trucks have the same propaganda banners on their sides.

INT. TANKER FUEL HOLD

St. John and the rebels line up around the sub-type hatch.

CLOSE ANGLE ON TV SET

On tape, Garza's speech comes to its end for the second time.

                    GARZA
               (on TV -- taped, not live)
          ...And so, for the people of
          Cordoba, the "Day of the Dead"
          brings us a glorious new beginning.
          *Buenos Noches* --

The image dissolves into the Cordoban Presidential Seal.

                    ANNOUNCER (O.C.)
          This concludes our broadcast of
          President Garza's address to the
          nation.  We now return to --

INT. WAR ROOM

Garza's head whips around as he hears his broadcast end.

                    GARZA
          No!

INT. WHISPERCOPTER, OVER THE REFINERY

Otis, Terri, and Lorenzo are all watching a small monitor.
They see Garza's speech end and the Presidential Seal appear.

                    OTIS
          We now return to our regular
          program.

Otis pushes two buttons simultaneously on his device.

EXT. REFINERY

          BOOM-BOOM!

Two 60-FOOT-TALL, SPHERICAL OIL TANKS on either side of the
"valley" go up in massive, simultaneous FIREBALLS.  (Top o'
the world, Ma!)

The force of these twin explosions rocks the very ground.

103.

Unfortunately for Vega and his Red Brigade, yesterday Otis
and Lorenzo were installing *explosives* -- not surveillance
gear as advertised -- on the spherical tanks.

SHOCK WAVES from the two massive fireballs knock Vega and all
1,250 of his men to the ground.

The twin explosions set off a DOUBLE chain reaction:  on both
sides of the valley, each spherical oil tank's detonation
triggers the explosion of the next tank in line, and so on...

> BOOM-BOOM!

> > BOOM-BOOM!

> > > BOOM-BOOM!

> > > > BOOM-BOOM!

The SHOCK WAVES also blast the giant VATS of SULFURIC ACID
that stand slightly downhill from each globe-shaped tank on
both sides of the small valley.

The shattered vats release two TSUNAMIS of fatal black liquid
that surge down both slopes...

Vega and his men see the black waves coming...

They SCREAM...

> **CRASH!!!!**

The two "oceans" of acid SMASH together on top of them...like
the RED SEA crashing on top of Pharaoh's charioteers in
Exodus.  1,250 genocidal killers are instantly VAPORIZED.

(NOTE:  In July, 2001, a Delaware oil refinery exploded,
spilling more than a million gallons of sulfuric acid into
the Delaware River.  Fortunately, only one worker died in the
acid flood.  His body was never recovered, of course.)

INT. WAR ROOM

Hearing the explosions, Garza and Torres race from the room.

INT. GARZA'S OFFICE

The two Junta leaders charge to the French Doors, hurl them
open, and stare outside.

Five miles in the distance, Garza and Torres see the blaze of
the oil refinery.  It lights up the night sky.

Garza begins to draw his .38...turning toward Torres...

104.

EXT. ROOFTOP OF CORDOBAN POWER COMPANY

The Prof, hacking into the power grid with his laptop
computer, has a fine view of the glittering city lights.
Seeing the burning refinery in the distance, he grumbles:

                    THE PROF
          Wait for ze signal!  Wait for ze
          signal!

He taps a single key on the laptop.

One after another, five square blocks in the center of the
Capital City go dark.


INT. GARZA'S OFFICE

Garza goes for his .38 handgun, intending to shoot Torres.
Just as his hand dips into his pocket --

*The room plunges into blackness.*

Shouting.  The sounds of grunting.  Things breaking.

Three gunshots...


EXT. LAWN BETWEEN PALACE & MINISTRY

The usual brilliant floodlights illuminate the Lawn, the
Palace, and the Ministry.

Suddenly, all of these lights are extinguished.

Moonlight glows down on the scene, but it's nothing to the
glaring, stadium-type lighting that just snuffed out.


INT. CAB OF TRUCK

Ignacio, parked beside the Lawn, barks into his headset.

                    IGNACIO
          Now!


INT. TANKER

St. John pops the hatch.

                    ST. JOHN
          *Vaya!*

He drops down through the hatch, into the street below.

105.

CLOSE ANGLE ON TANKER TRUCK, PARKED ADJACENT TO LAWN

Under cover of darkness, St. John and 20 rebels pour out of
the bottom of the tanker truck.  They are shielded from view
by one of the twin hedges that runs along the two long
perimeters of the Lawn.

EXT. LAWN BETWEEN PALACE, SECURITY MINISTRY

St. John and the five rebels dressed as *Palace Guards* run to
the Presidential Palace.  Two thousand Palace Guards have
mobilized in the courtyard on Delgado's orders.

St. John and the rebels melt into these Palace Guard forces.
St. John points to the Security Ministry, yells:

                    ST. JOHN
          It's a coup!  Torres has killed *El
          Presidente!*  Death to the
          Communists!

He fires his submachine into the air.  The five rebels in
black Palace Guard uniforms likewise fire their weapons.

On the other end of the Lawn...

Ignacio and the 15 rebels disguised as *Red Brigade* troops run
to the Security Ministry building...where 1,250 Red Brigade
shock troops have mobilized to defend the building.

                    IGNACIO
          Garza has arrested Torres!  Death
          to the fascists!

Ignacio and the rebels in Brigade uniforms open fire.

The two forces -- green and black -- open fire across the
half-mile Lawn.  They surge forward, attacking each other.

St. John and the rebels on _both_ sides fade back, melt away.
They run to infiltrate the Presidential Palace and the
Security Ministry.

EXT. POWER COMPANY ROOF

The Prof is studying his watch.

                    THE PROF
          And...now.

He taps another key on his laptop.

The five central blocks in the city below magically light
back up again, one after the other.

106.

EXT. LAWN

The two private armies clash in a wild melee, now under
bright lights again -- as if they were on a football field.

Scores of fascists and communists begin slaughtering each
other.  Their battle is as savage and merciless as "Operation
Barbarossa" -- Hitler's war against Stalin...

INT. GARZA'S OFFICE

St. John bursts in to find Delgado tending to a badly wounded
*Presidente* Garza.

                    ST. JOHN
               Where's Renata?

Delgado, astonished at St. John's appearance in a Palace
Guard captain's uniform, stammers out his answer.

                    DELGADO
               Torres has her!  He escaped during
               the blackout!

                    GARZA
               Subway...The subway!

St. John races out the door, shouting over his shoulder.

                    ST. JOHN
               Keep Garza alive, we need him!

INT. SUBWAY CORRIDOR

Torres rides a trolley back toward the Security Ministry.
Renata, still gagged and handcuffed, is with him.

A bloodied Red Brigade trooper rides shotgun.

                    TORRES
                 (to Renata)
               I'm going to get out of this!
               YOU will be my bargaining chip!

EXT. ROOFTOP OF PRESIDENTIAL PALACE

It's guarded by four black-clad Palace Guards.  Two Guards
are gaping at distant, burning refinery.  Two others watch
the civil war taking place on the Lawn below.

The roof ACCESS DOOR flies open.  St. John bursts out,
machine-guns all four Palace Guards.

The Whispercopter drops down low.  St. John jumps in.

107.

INT. WHISPERCOPTER

                    ST. JOHN
               Security Ministry!

EXT. WHISPERCOPTER

Terri circumvents the Lawn, where Palace Guard and Red
Brigade troops are *wiping each other out...*

The Whispercopter approaches the Security Ministry roof.  A
small military whirlybird sits there.  Pilot waiting...

Terri hovers low over the roof.  St. John leaps out, followed
by Otis and Lorenzo.  They machine-gun the whirlybird pilot.
They take up positions near two roof access doors.

                    ST. JOHN
          Careful! Torres may have Renata!

One door flies open.  Four Red Brigade shock troops stream
out, shooting.  Otis and Lorenzo open fire, killing them.

Simultaneously, the other access door opens.  Torres, using
Renata as a shield, crouches -- fires his handgun -- sees
that St. John is between him and his planned getaway.

                    TORRES
          Let me go or I'll kill her!

Torres slams the access door shut.

St. John runs to it.  Tries to open.  It's locked.  He
machine-guns the handle.  Now it opens.  St. John, Otis, and
Lorenzo rush inside.

INT. STAIRWELL

The three men race down the stairs.  St. John looks over the
railing, sees Torres two flights below.

As they descend, Red troopers pop out of doors that lead to
various levels.  The U.S. team is wearing black: the wrong
color for this part of town!

The Reds blast away.  Otis and Lorenzo give covering fire.
St. John keeps running down flight after flight...

INT. BASEMENT, SECURITY MINISTRY

St. John arrives at the common area.  It's empty.  He glances
around...

Sees spatters of fresh blood leading into the Torture Room.

108.

INT. TORTURE ROOM

St. John bursts in, ready to fire.  This room is also empty.
He scans the walls.  Spots a tall cabinet, slightly askew.

He shoves it aside, finds a hidden passageway.

INT. PASSAGEWAY

St. John races into the subterranean corridor.  His jackboots
clatter on the cobblestones.  He stops, peers ahead --

Naked bulbs hang overhead, every twenty yards.  The lengthy
tunnel peters off into impenetrable gloom.

The faint sounds of footfalls echoes down the corridor...

St. John gives chase.

INT. PASSAGE EXIT, OTHER END

St. John reaches the dead end of Torres' escape tunnel.  The
wall has a ladder leading up to...what?

Some source of orangey light.  A loud hubbub of voices.
Music?  It sounds very peculiar.  Almost festive.

St. John sticks his head (and his submachine gun) into the
light, gazing up.  It looks safe.  He starts climbing...

EXT. CENTRAL CEMETERY -- NIGHT

St. John climbs up from what appears to be (from this
perspective) an OPEN GRAVE.  The slab moved aside...

Graveyards are the traditional site for evening parties on *El
Dia de los Muertos.*

St. John is greeted by extraordinary visions.  Living
skeletons (costumed musicians) who wear sombreros and play
guitars, violins, trumpets...Families laughing, telling
stories, eating, remembering...among the graves and crypts.

CLOSE ANGLE ON more of Renata's BLOOD on the ground!
St. John presses through the mob, moving fast as he can...

EXT. SIDEWALK PATH THROUGH CEMETERY

Death is partially hidden, partially revealed behind colorful
flowers...behind charming sculptures of church towers and
Inca pyramids...behind Halloween-type scenes...  All
brilliantly lit by hundreds and hundreds of *luminarios* --
candles in paper shades.

109.

St. John looks left, right --

Suddenly a SKELETON pops out from the throng, firing a handgun.  St. John ducks behind a large tomb.

He waits, re-emerges, gives chase.  Passes a dead musician. Torres killed him for his skull mask.

People are screaming, pointing the way as Torres, *carrying Renata slung over his shoulder,* runs through the crowd.

St. John follows, gaining yards.  They run around crypts and gravestones -- past statues of angels, saints -- past a large shrine to the Blessed Virgin --

EXT. CAVE OF SKULLS

Torres runs around a corner (still carrying Renata).

He faces the dead end of his path.  He is surrounded by a small "cave" or indentation in a hillside.

The "cave" is walled with row after row after row of human skulls.  All "looking" at him.  Bizarrely, each skull is decorated with a colorful flower.

There is no escape.

Torres tears off the skeleton mask.  Whirls around, just as --

St. John pounds around the corner.  He spots Torres; dives behind a large marble FOUNTAIN as Torres fires.

                    TORRES
          *Gringo!*

Torres slings Renata's body down, holds her in front of him as a human shield.  He puts his gun to Renata's temple.

                    TORRES (CONT'D)
          Come out with your hands up,
          *gringo,* or I'll kill her!

Renata struggles, vigorously shaking her head "NO"...

                    ST. JOHN
          Go ahead!  She's not part o' my
          job!  I am NOT droppin' my gun --
          but I am comin' out!

Slowly, St. John arises, his submachine gun trained on Torres.  He steps around the fountain, emerging back into the open.  Blocking Torres' exit.

                    TORRES
          You DO care about her!  Or else you
          would have shot me by now!

110.

                         ST. JOHN
              Why bother?  You're dead already.

CLICK-CLICK!  St. John adjusts the slide bolt on his machine
gun, setting it to single-shot action.

Torres scrunches down behind Renata as far as possible, his
head behind her head, depriving St. John of a clean shot.

                         TORRES
              If you let me go, I *swear* I'll
              leave her at the cemetery gate!
              Alive!

                         ST. JOHN
              Sure.  You can go.
                   (a beat)
              *Straight to Hell!*

Torres fires at St. John.

St. John shoots back -- firing THROUGH Renata's (already-
wounded) shoulder.  Striking Torres in the heart.

Torres blinks.  Drops his gun.  Falls dead.

Renata spins and starts to fall.  St. John leaps forward,
catching her.  Lowers her to the ground.

Frantically, he rips off her gag and his armband.  Works to
stanch the bleeding from her (entry & exit) wounds.  He chins
his shoulder, keying his headset mike.

                         ST. JOHN (CONT'D)
              Terri!  Med-evac!  Central
              Cemetery, northwest corner!  STAT!

                         RENATA
                   (whispering)
              At last...I rise above...all
              combat.

Renata's eyelids flutter, then close.  She slips away...

                         ST. JOHN
              *RENATA!!!*


INT. WAR ROOM -- DAY

Superimposed title:  *TWO DAYS LATER*

General Alvarez and the Joint Chiefs sit on one side of the
conference table.  Cabinet Ministers sit facing them.

The door opens.

                         MAN'S VOICE (O.S.)
              *Señors:  El Presidente!*

111.

The men rise.  They look shocked as RENATA enters, in a
wheelchair, wearing a shoulder cast and arm sling.

St. John wheels Renata to the head of the table.  Domingo and
The Prof follow them, stand beside them.

                    RENATA
          *Por favor.*

The Generals and Ministers sit, exchanging confused glances.

                    RENATA (CONT'D)
          Our first order of business --
                    ALVAREZ
          Wait!  Who made YOU *El Presidente?*

Renata nods at The Prof, who keys a remote.


CLOSE ANGLE ON TV MONITOR:  VIDEO FOOTAGE PLAYS

*INT. HOSPITAL -- The monitor shows Renata, sitting in her
wheelchair, beside a bed-ridden Garza (on an IV drip).*

                    RENATA
          *Yes, Uncle Enrique.  I was
          Salvadora.  I am Salvadora.*

                    GARZA
          *You bitch!*

                    RENATA
          *You're dying, Uncle.*

                    GARZA
          *You bitch!*

*A Cordoban Supreme Court Justice steps forward.  Hands Renata
an official-looking document, points to one clause.*

                    RENATA
          *Under terms of the Cordoban
          Constitution, you have the power to
          appoint your successor.*

                    GARZA
          *You bitch!*

                    RENATA
          *If you appoint me, Uncle, signify
          by saying, "You bitch."*

                    GARZA
          *You bitch!*

*He dies.*

112.

                    SUPREME COURT JUSTICE
                    *Congratulations, Señorita
                    Presidente.*

WAR ROOM -- CONTINUOUS

                         RENATA
               As my first official act, I grant
               full amnesty to all political
               prisoners AND the Army of
               Liberation.
                    (a beat)
               Next, General Alvarez:  I accept
               your resignation.  And those of the
               Joint Chiefs.

                         ALVAREZ
               But -- this is outrageous!

The door opens again.  Their seconds-in-command enter.

                         RENATA
               Unlike you, your subordinates -- I
               mean, your *replacements!* -- have
               pledged loyally to uphold the
               government.  Dismissed!

The old service chiefs hesitate... then rise and file out.
The new service chiefs remain standing.

                         RENATA (CONT'D)
               Members of the Cabinet?  You're
               fired.  And, you're under arrest
               for treason.  Generals?

The new Joint Chiefs hustle the stunned ex-Cabinet Ministers
out of the room.  Ignacio and the former Rebels enter --
along with Conchita Rodriguez, who was Renata's secret
confederate.  They take seats around the table.

A beeping sound is heard.  The Prof works the remote.

The TV monitor shows:  LIVE from Scotland -- Sir Reggie.
Kachiri Nusta, and their son and daughter, are with him.

                         RENATA (CONT'D)
               *Buenos dias,* Sir Reggie.  I am
               prepared to reverse the
               nationalization of Cordoba's oil
               industry.

                         SIR REGGIE
                    (on the monitor)
               Aye, that's fine, Madam President!

                         RENATA
               As soon as we finish renegotiating
               our deal.  I want fifty percent.

113.

                              SIR REGGIE
                    But...but, that's...!

                              RENATA
                    As a sign of good faith, you can
                    start by telling Prince al-Jalabi
                    to lift a certain religious edict.
                    You know which one I mean.  Thank
                    you and goodbye, Sir Reggie.

The Prof switches off the monitor.  Renata sighs.

                              RENATA (CONT'D)
                    Enough for one day.

Everyone cracks up.


INT. PRESIDENT'S OFFICE -- LATER

St. John enters with a briefcase.  Sits across the desk from
Renata, opens his briefcase, takes out two Cuban cigars --
hands one to her.  He lights her stogie, then his own.
They grin at each other, smoking victory cigars.

He takes a CATTLE PROD from his case.  Drops it on desktop.

                              ST. JOHN
                    Li'l souvenir for your future
                    Presidential Library.  Torres never
                    figured out we switched 'em, huh?
                    Or that his "CIA" tip-offs came
                    from us.

                              RENATA
                    Torres never realized Conchita
                    Rodriguez was my spy inside the
                    Junta, either.

                              ST. JOHN
                    Hear ya announced free elections in
                    six months. Under U.N. supervision.
                    Running?

                              RENATA
                    _Winning_.  And, if I need a national
                    security advisor...?

                              ST. JOHN
                    Domingo.  Ignacio!

                              RENATA
                    Secretaries of State and Defense.

                              ST. JOHN
                    Then -- ya don't need me.

Renata coughs a bit, places her cigar on the ash tray.  She
struggles to her feet, walks around her desk.

114.

St. John rises.  They embrace, nuzzling each other.

                    RENATA
          There is one small matter...It is
          illegal to shoot a future
          *Presidente.*

                    ST. JOHN
          Know where I can get a pardon?

                    RENATA
          Mmmmm....maybe.

Now they exchange a long, lingering kiss.  She looks sad.

                    RENATA (CONT'D)
          So you're leaving.  To see...
          Allison?

St. John nods.  He caresses her cheek.

                    RENATA (CONT'D)
          I would like to meet her, someday.

                    ST. JOHN
          You will.  She'll say I'm too old
          for ya, though.  May be right.

Renata gazes up, very seriously, into his eyes.

                    RENATA
          No.  You are still a little boy,
          playing with guns.

Softly, she smooches him again.  Murmurs into his ear:

                    RENATA (CONT'D)
          But, I would not change *one*...
          *single*...*thing*...about you.

                    ST. JOHN
          Renata.  I don't love violence.
          Know what I love?

She bats her eyelashes in an exaggerated, coquettish way.

                    RENATA
          You mean...*besides* me?

St. John smiles.

                    ST. JOHN
          Yes, *besides* you.  A flim-flam.

Understandably, Renata is a bit puzzled by this bit of
*Americano* slang idiom.
                    RENATA
          A *what?*

115.

                        ST. JOHN
              A sting.  A swindle.  A shell game!

    St. John cheerfully soliloquizes while he grabs his briefcase
    and ambles out of *El Presidente's* office.

                        ST. JOHN (CONT'D)
              Loaded dice.  Three-card monte.  A
              con job!  A snow job!  A fake-out!
              A fraud!...

    Amusement bubbles up in Renata as, through the open door, she
    hears his voice BOOMING down the marble corridor:

                        ST. JOHN (O.C.) (CONT'D)
              ...Love ta hoodwink 'em!
              Hornswoggle 'em!  Bamboozle 'em!...

    Renata laughs, walks to French Doors, opens them, steps out.


    EXT. BALCONY OVER PALACE COURTYARD

    Looking down, Renata sees an open transport.  Seated in it
    are Terri, Otis, The Prof, Lorenzo, and Josh.  The U.S. crew
    smiles up at her.  St. John's Porsche is parked alongside.

    St. John emerges from the Main Entrance, below and to one
    side of Renata's balcony.  He has not stopped rhapsodizing:

                        ST. JOHN
              ...A hustle!  A Ponzi scheme!  A
              rip-off!  A racket!...

    Declaiming nonstop, St. John blows Renata a kiss as he comes
    down the Palace's grand central staircase.

                        ST. JOHN (CONT'D)
              ...The ol' switcheroo!  The ol'
              razzle-dazzle!...

    He tosses his briefcase on the front seat of his convertible
    Porsche.  Climbs behind the wheel --

                        ST. JOHN (CONT'D)
              ...A hose job!  A clip job!  A
              fleecing!  A scam!...

    Laughing, Renata blows a return kiss as St. John puts his car
    in gear and drives out of the Courtyard, his voice steadily
    fading...  (His crew following in the transport.)

                        ST. JOHN (CONT'D)
              Only thing I love more'n a good
              double-cross is a good *triple*-
              cross!  And the only thing I love
              more'n a good triple-cross, is a
              good QUADRUPLE cross!...

                                        FADE OUT.

# EXHIBIT B:

## A DVD  of "The Expendables" will be submitted under separate cover.

# EXHIBIT C PART 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
MARCUS WEBB,                                       :
                                                   :   11 CIV 7517 (JSR)
                              Plaintiff,           :   ECF Case
                                                   :
         - against -                               :
                                                   :
SYLVESTER STALLONE, et al.                         :
                                                   :
                              Defendants.          :
------------------------------------------------------ x

**DECLARATION OF WAYNE M. SMITH**

Wayne M. Smith declares as follows:

1.       I am over the age of 18 years, and I am not a party to this action.  I have personal knowledge of each fact stated in this declaration.

2.       I am Vice President, Senior Litigation and Chief Patent Counsel for Warner Bros. Entertainment Inc. ("Warner Bros."), located at 4000 Warner Boulevard, Burbank, California 91522.  I am a duly authorized custodian of business records of Warner Bros. and its operating subsidiaries.  I have been employed by Warner Bros. for 12 years and I am generally familiar with the business records kept and maintained by Warner Bros. and its operating subsidiaries.

3.       In response to the subpoena attached hereto as Schedule "A," I have produced, on behalf of Warner Bros., true and correct copies of the subpoenaed records bates-stamped WB000001 through WB000373.

4.       The produced records and documents were and are kept in the course of regularly conducted activity of Warner Bros. Pictures, a division of WB Studio Enterprises Inc., a

subsidiary of Warner Bros.  The regularly conducted activity of Warner Bros. Pictures includes date-stamping a draft screenplay upon its receipt to evidence the date on which it is received, and preparing memoranda reflecting receipt of such draft screenplays.  Such memoranda are prepared at or near the time(s) reflected thereon.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 12th day of January, 2012, at Burbank, California.

Wayne M. Smith



**WARNER BROS.**

## Inter-Office Memo

| To: | J. Robinov | From: | C. Panneck |
|---|---|---|---|
| Subject: | BARROW (pka UNT. MERCENARY PROJECT) *Revised* Script Delivery Notice | | |
| Date: | January 30, 2006 | Copies to: | G. Silverman; G. Shaevitz |
| | | | C. Armstrong, P. Connolly, D. Furie, J. Levinson, |
| | | | S. Spira, V. Tweedy |

```
TITLE:              BARROW (pka UNTITLED MERCENARY PROJECT)

WRITERS:            DAVE CALLAHAM

DATE DELIVERED:  *JANUARY 27, 2006

SCRIPT STATUS:   FIRST REWRITE  (STEP 2)

EXPIRATION OF
READING PERIOD/
INSTRUCTIONS FOR
COMMENCEMENT OF
NEXT STEP:       *FEBRUARY 24, 2006

NEXT STEP:       OPTIONAL SECOND REWRITE (STEP 3)

ADDITIONAL
COMMENTS:        *THIS DRAFT REPLACES THE DRAFT
                 RCVD. 8-11-05 AS OFFICIAL.
```

**WB000003**

BARROW

Written by

Dave Callaham

RECEIVED

JAN 2 7 2006

STORY LIBRARY

Management 360
Thunder Road
Warner Bros. Pictures

3rd Studio Draft 1.24.06

CONFIDENTIAL                    WB000253

INT. CLAY BUILDING

A single rickety wooden chair in the center of this decrepit, burned out shithole. A MIDDLE-AGED IRAQI is tied to the chair, sweating profusely. There is a TOWEL draped over his lap. He wears nothing else.

                    *TITLE: IRAQ, UNDISCLOSED LOCATION*

A SLIVER OF LIGHT falls across him; a door opening somewhere in the room. A SHADOW approaches...

                         CAPTIVE
               I don't know anything.

                         SHADOW (O.S.)
               You'll change your mind.

The shadow, dressed in a black tactical assault uniform, steps into frame. His face REMAINS OBSCURED throughout the scene.

The Captive starts to tremble...

                         CHRISTIAN (O.S.)
               Boss.

The Shadow turns to see his teammate, CHRISTIAN "MONKEY" RENSCH (30's), standing in the doorway. Massive in every direction, Christian boasts a shaved head and a mustache/muttonchop combo that brings to mind Lemmy of the band Motorhead. He holds another BEDRAGGLED IRAQI by the collar.

Our Shadow, still obscured, looks from Christian's prey to his own bound captive. Then back.

                         SHADOW
               Yours first.

Christian nods, drags his prisoner to another chair in the corner of the room. He quickly binds the man to the chair, and then hauls the entire apparatus into the center of the room. The two captives are now only feet apart.

Christian pulls off his prisoner's pants and throws a towel across the man's lap. The original captive stares on in horror as the Shadow reaches into his pocket and holds aloft...

A 7" ELECTRIC URTHETHRAL PROBE and a RUSTY FILE. He hands them to Christian, who kneels and reaches under his prisoner's towel. His prisoner, sweating profusely, starts hyperventilating...then SCREAMS IN PAIN. The Shadow steps forward, leans in to the man.

2.

                        SHADOW
                English?

The man, already weak, nods.

                        SHADOW
                I'm going to ask you some
                questions.  It is in your best
                interest to be honest and punctual
                in answering them.  Do you
                understand?

The man nods through tears.

                        SHADOW
                I need information on the American
                engineers that are missing.   The
                ones that have been on the
                television.  Do you know of them?

                        PRISONER
                        (pained)
                Yes.

                        SHADOW
                Are they still alive?

Beat.

                        PRISONER
                        (defeated)
                Yes.

                        SHADOW
                I said punctual.

Christian nods, sets to work.  For an agonizing thirty
seconds or so, his movement is met with his prisoner's
ANGUISHED HOWLS.  The Shadow's Captive, in the meantime,
looks on with wide eyes, a deer in the headlights.

After what seems an eternity...

                        SHADOW
                Christian.

Christian looks up just in time to catch the BAG OF ROCK SALT
that Shadow has lobbed his way.  Christian reaches in, grabs
a handful, and jams it....

...the Prisoner SQUEALS LIKE A WOUNDED ANIMAL...

...then PASSES OUT.  Christian looks to his commander, unsure
of how best to proceed.

3.

The Shadow turns back toward the original captive.  Christian
nods, starts walking toward the man, who is now rightly
PETRIFIED.  Before he can even reach him, though, the
Captive, terrified from what he's just seen, SCREAMS AT THE
TOP OF HIS LUNGS...

                    CAPTIVE
          They are being kept in a textile
          office just outside of town!  It is
          two stories and painted yellow!

Christian stops, looks to the Shadow.  The Shadow nods.
Christian stands, and then, so too does...

...THE OTHER PRISONER.  He sheds his bonds as if they were
*never really secured*, pulls his pants back on.  This is ALI
AL-BATAYNEH (40's).

                    ALI
          Jesus Christ, Christian, warm up
          your hands next time.

                    CHRISTIAN
          Don't shave your nuts next time.

The bound Iraqi can only watch, mouth agape, as the two
follow the Shadow toward the door.  Then they're gone, and
the door is closing behind them, the sliver of light
narrowing...

                                        FADE TO BLACK.

A SMALL IMPERFECTION AT THE TOP OF THE SCEEN.

A smallish SQUARE of solid color, blinking on and off against
the stark black background.  A haywire PIXEL.

Another PIXEL sputters to life in the middle of the screen.
Then another, and another.  Slowly, pixel by pixel, the
screen fills in entirely, presenting a highly magnified VIDEO
IMAGE.

WE ZOOM OUT, allowing the granulated details of the video to
bleed together, forming what is ultimately a CHOPPY but
discernible image:

THREE CAPTIVES, blindfolded and bound, kneel in the
foreground.  FIVE ARMED CAPTORS, clad in black jumpsuits and
white kaffiyas, stand in a line behind them.  The central
Captor seems to be barking directly at the camera as he waves
a seven-inch combat KNIFE about.

THERE IS NO SOUND ON THE VIDEO.

**CONFIDENTIAL**                              **WB000256**

4.

                    AGENT ELLICKSON (V.O.)
               By now I'm sure we've all read the
               report, and what you're going to
               see is pretty self-explanatory, so
               I'm not going to bore anyone with
               the details.  Haji on the left
               hears something...

The Captor standing furthest to the left cocks his head,
looks OS...

                    AGENT ELLICKSON (V.O.)
               Headshot.

...and his body collapses, dead.

PANIC breaks out.  The hostages roll to the floor, screaming.
Before the Captors can shoulder their weapons...

                    AGENT ELLICKSON (V.O.)
               Headshot on four, neck on five...

Two more are taken out.

                    AGENT ELLICKSON (V.O.)
               Two gets it gangland...

There are now two Captors still standing...the Leader, in the
center, and one man to his direct right side.  That man falls
under a storm of lead.

                    AGENT ELLICKSON (V.O.)
               Haji in charge waves the white.

The Lead Captor, terrified, raises his hands in surrender.
The combat knife is still in his right hand.

                    AGENT ELLICKSON (V.O.)
               They disarm him...

His right arm is blown apart at the elbow.  The Leader can
only stare at the smoking STUMP left behind.

                    AGENT ELLICKSON (V.O.)
               Cavalry...

Several SOLDIERS, DRESSED IN FAMILIAR ALL BLACK UNIFORMS,
sweep into frame from the sides of the room.  They tend to
the hostages, carry them to safety O.S.

Now only the Leader remains on camera, his mangled arm
hanging uselessly at his side.

Another member of the attacking party enters frame, partially
obscured by the blood-spattered viewfinder and wafting
cordite smoke.

                    CONFIDENTIAL                    WB000257

5.

The Soldier stoops, picks up the Leader's COMBAT KNIFE.  The
Leader begins to SHAKE UNCONTROLLABLY.  He DROPS TO HIS KNEES
and hangs his head.

The soldier steps forward and shoots the Leader in the head.

As the body collapses, the soldier looks at the camera.  A
fortuitous break in the smoke occurs simultaneously, and it
is in this instant that the image is PAUSED.

We are left staring at a gnarled study in lifelong death-
dealing.  This face is carved of stone, forged in lead, with
scars and deep wrinkles that tell of years of brutality both
administered and received.  But the eyes tell of something
else: A resigned sorrow dwells in this heart of this man.

This is the man that we once knew as the SHADOW.

With his face still frozen and filling the frame, we PAN OUT
from the screen, revealing our location to be...

INT. CIA FILM ROOM

A small handful of Agents sit around the darkened room.  A
young Agent named ELLICKSON stands at the podium.

   *TITLE: CIA HOSTAGE SITUATION REPORT (SITREP) HEADQUARTERS*

                        *LANGLEY, VA*

                        *5 DAYS LATER*

The lights come up in the room.

                    AGENT ELLICKSON
            Alright, well.  As we all know, one
            of the hostages was an heir to the
            Spaly Fortune.  The family denies
            any involvement, but it seems
            likely that what we're looking at
            is a private security team hired by
            the Spalys.  Since the hostages are
            all alive and well, we're not going
            to get our panties in a bunch over
            it.

He turns to regard the cold face onscreen.

                    AGENT ELLICKSON
            What we do want to know is who
            these guys are.  Agent Fruchbom
            will oversee this investigation, so
            all reports can go directly to his
            des--

**CONFIDENTIAL**                              **WB000258**

6.

The Agent closest to Ellickson STANDS, cutting the younger
man off mid-sentence.  AGENT DAVID FRUCHBOM is middle aged
and has been, he'll be happy to tell you, tired for years.

                    FRUCHBOM
          That won't be necessary, Agent
          Ellickson.  No reports on my desk.

                    AGENT ELLICKSON
          Sir?

Fruchbom gathers his notes from the tabletop.

                    FRUCHBOM
          I already know who that man is.

                    AGENT ELLICKSON
          Sir.  We've already run every
          facial recognition software program
          available.  None of them can
          identify him.

                    FRUCHBOM
          I'm sure.

Fruchbom heads for the exit, shoulders slumped.  He knows
what lies before him.

                    FRUCHBOM
          Call Washington.  Tell them Barrow
          Miles is back on the Circuit.

TITLE

                                        CUT TO:

CLOSE ON A KEYHOLE

Rattling with attempted entry.  A long struggle, and then the
lock gives in, and we

SWING INWARD WITH THE DOOR, finding ourselves

INT. BARROW'S APARTMENT - DAY

A well kept space, furnished in a style so warm and welcoming
that one might question Barrow's involvement.

BARROW MILES (FKA Shadow) enters, drops a small carry-on at
the door.  He moves to the

KITCHEN

And opens the fridge.  There is one item inside: A box of
Baking Soda.

CONFIDENTIAL                    WB000259

7.

He moves to an overhead cabinet, swings it open to reveal
that it is FULL TO CAPACITY WITH GALLON JUGS OF WATER. And
that's it. Just tons of water. He brings down a bottle,
heads back to the fridge...and notices something on the
ground nearby.

It's one of those automated pet feeders, where a stand-up
silo of sorts dispenses food into a bowl at pre-programmed
intervals. The bowl is empty. LICKED CLEAN empty.

Barrow nudges the feeder with his foot. Nothing happens. He
kicks it harder. Still no food. Shit. How long has my cat
been starving?

He opens the freezer, which is, like the cabinet, PACKED
TIGHT WITH A SINGLE ITEM: In this case, frozen dinners. The
same frozen dinner. Not the same brand. The same exact
shitty food. He grabs a handful of ice cubes from a tray,
drops them into his gallon of water, and heads back into the

LIVING ROOM

He looks down at the phone. No new messages. This bothers
him. He picks up the cordless receiver, dials in a number,
and cradles the receiver to his ear as he slides open a GLASS
DOOR and steps onto the

PATIO

We're several stories up, looking out over a fairly
nondescript city. Barrow is still listening to the phone
ringing when an EMACIATED CAT leaps up atop the balcony.

                    BARROW
          Toonces. Hey there, buddy.

The cat arches its back, makes that pissy face that cats make
because they suck.

                    BARROW
          Toonces. It's me. It's papa.
          Come here.

The phone still tucked to his ear, he beckons for the cat.
It HISSES at him and LEAPS to another balcony, and then
another. And then it's gone, disappeared into the
neighborhood.

Barrow swears under his breath. Then, suddenly, he composes
himself, takes the phone in his hand and holds it to his ear.

                    BARROW
                 (awkward)
          Um, hi sweetheart. It's me.
                 (MORE)

CONFIDENTIAL                        WB000260

8.

                    BARROW (cont'd)
          I was out of town for a little
          while, I didn't know if maybe you
          called and didn't leave a message
          or something, so...I'm back now,
          anyway.  You can call whenever you
          have a sec.  OK.  Bye.

He hangs up, tosses the phone to a ratty outdoor patio chair,
which the cat has torn to shreds.  It falls straight through
the seat cushion.  With nothing else to do and no
companionship, he leans against the balcony, and looks out
over the city.  A Texas flag flies in the distance.

                    TITLE: DALLAS, TX

Barrow stares off into the Texan afternoon, at a city that he
calls home but that calls him a stranger.

                                            CUT TO:

INT. APARTMENT HALLWAY - A SHORT TIME LATER

A hand KNOCKING at an apartment door.  From within, the
sounds of a half dozen locks being opened.  Finally, the door
swings open, revealing candy sweet 75 year old MRS. MOTT.

Barrow smiles at her.

                    MRS. MOTT
          Oh, Mr. Reed.  Back from Hawaii
          already?

                    BARROW
          Afraid so, Mrs. Mott.

                    MRS. MOTT
          Well I hope you took some pictures.

                    BARROW
          I shot everything I saw.

Mrs. Mott smiles, grabs a large STACK OF MAIL from just
inside her door.

                    MRS. MOTT
          Here's your mail.

Barrow starts to flip through the stack as Mrs. Mott rambles
on.

                    MRS. MOTT
          You know, Mr. Mott and I vacationed
          in Hawaii three times.  Or maybe it
          was two times.  No, I think
          three...

Case: 13-324    Document: 37    Page: 294    05/10/2013    933684    275

9.

ON BARROW nodding politely but paying her no attention. Instead, his focus is on the nondescript envelope now atop his pile, marked only with a name printed neatly across it:

## *Mr. Fulton Reed*

INT. LE MERIDIEN HOTEL ATRIUM - LATER

Barrow sits at a small cafe to the side of the cavernous atrium, looking out over the building's one sterling attraction: Nearly the entire lobby is one large ICE RINK. Barrow checks his watch, goes back to watching the rink.

Several children skate about, arms linked, blissfully unaware of the bustling business world that envelops them, threatens to absorb them in later years.  They CRASH to the ice, laughing and smiling.  Barrow smiles too.

                    MAN (O.S.)
          Do you have children, Mr. Miles?

Barrow turns, finds two men hovering above his table: The one closest is silver in age, distinguished and extremely proper in his tidy suit.  Behind him, a shorter man, a bit younger, who blends into the background almost effortlessly.

                    MAN
          Or is 'Mr. Reed' more appropriate?

                    BARROW
          You knew how to find me and so I'm
          sure you know the scope of the fees
          that I will require should this
          conversation advance any further.

                    MAN
          Indeed.

                    BARROW
          Then you can call me anything you
          want.

                    MAN
          Very well then.  I'm Mr. Monday,
          which is of course not my real
          name.  This is my personal steward.
          For whom a working name is not
          necessary.

                    BARROW
          Fair enough.
               (looks back at rink)
          Children have a simple life.  I
          envy them that.

Mr. Monday nods.

**CONFIDENTIAL**                                   **WB000262**

10.

                    MR. MONDAY
          Then I believe you will take great
          interest in the opportunity that I
          am presenting you.

                                        CUT TO:

CLOSE ON A PHOTOGRAPH LANDING ATOP A COFFEE TABLE:

A middle-aged, medium complected man wearing fatigues, a
military visor hat, and a megalomaniacal SNEER.  We are

INT. HOTEL SUITE - LATER

Where Barrow and Mr. Monday sit opposite each other, a coffee
table between them.  Barrow sits on a couch, Monday in a
wingback.  Monday's steward stands in the BG.

                    MR. MONDAY
          Do you know who this man is?

                    BARROW
          No.

                    MR. MONDAY
          General Antonio Miramonte.  He is
          the President of Sandrayo, a small
          island nation in the Mid Atlantic.

Monday lays out a map of the region...

                    MR. MONDAY
          At the top end of South America.
          Here, several hundred clicks north
          of Suriname.

                    BARROW
          I've never heard of it.

                    MR. MONDAY
          Neither had I.  It had apparently
          existed almost entirely out of the
          global consciousness since its
          independence from Britain in 1983.
          That is, until Miramonte led an
          ultra-violent junta that overthrew
          the Sandrayan government in 1997.
          He has since turned the island into
          a human rights graveyard.  It is
          estimated that his militia has
          exterminated more than 15,000
          alleged "rebels" in the last seven
          years.  That's a quarter of the
          country's population.
                (beat for effect)
                (MORE)

                    **CONFIDENTIAL**                    **WB000263**

11.

              MR. MONDAY (cont'd)
      Yet economically and politically,
      Sandrayo has nothing to offer our
      government.  And so we have heard
      little to nothing of a man who is a
      monster on par with Pol Pot and
      Milosevic.

Barrow nods, no stranger to American political priority.
Monday slides another photo across the table, this one of a
SMILING AMERICAN TEENAGER.

              MR. MONDAY
      My grandson.  Honor student, social
      activist, burgeoning
      philanthropist.  He travelled to
      Sandrayo for his spring break, on
      his own savings, hoping, rather
      foolishly, to make some sort of
      humanitarian difference.

Monday tosses a final photograph onto the coffee table.

The same teenager.  DEAD.  Clothes torn to shreds, filth
caked across his pale body.  He lies in a muddy DITCH, eyes
nearly as wide as his exposed jugular.

              MR. MONDAY
      I am told that before Miramonte's
      militia slit his throat, they
      robbed him down to his tooth
      fillings.

              BARROW
      Where did you get this photograph?

              MR. MONDAY
      When he didn't return to school, I
      hired a private investigator.  He
      flew to Sandrayo, located the body,
      and took photos as proof of death.
      As I'm sure you can imagine,
      though, he was unable to bring my
      grandson's defiled body home for
      proper burial.  It is an
      unfathomable final insult to the
      boy's memory.

Barrow stares at the picture for a long moment, then slowly
places it down on the coffee table.

              BARROW
      This is about revenge.

              MR. MONDAY
      I would like to tell you, Mr,
      Miles, that my interests are purely
      humanitarian.
              (MORE)

12.

          MR. MONDAY (cont'd)
That you are sitting here today
entirely out of my desire to make
the world a better place.  But in
reality, I am no better than any of
the people outside that window.  If
I have no personal stakes in the
issue, the affairs of the world are
of little interest to me.
     (beat)
As it were...today I have personal
stakes in the issue.

     BARROW
So you want him assassinated.

Monday sits back in his couch, smiles.

          MR. MONDAY
I would derive quite a bit of
satisfaction from General
Miramonte's demise.  But this is
not entirely about what I want.

     BARROW
Why don't we cut to the chase then,
Mr. Monday.  What is this about?

          MR. MONDAY
Mr. Miles.  My grandson died in an
attempt, albeit a foolhardy one, to
affect change in Sandrayo.  I would
like, as my final gift to him, to
finish what he started.

Monday looks up, stares straight into Barrow's icy eyes.

          MR. MONDAY
So yes, I want Miramonte dead.  But
I also want his supporters
obliterated.  To the man.  I want
his palace reduced to rubble, his
government disintegrated and his
army decimated.  What I want, in no
uncertain terms, Mr. Miles, is his
entire country.  Delivered to me,
to my waiting hands, so that I may
rebuild it according to my
grandson's dreams.  I already have
a list of suitable candidates to
replace Miramonte upon
his...untimely death.

Barrow leans back, suddenly wary of the scope of this
request.  The look in his eyes says it all: You have no idea
what you're getting into.  Monday reads this, points to the
map...

13.

                    MR. MONDAY
          This mountain peak, Cuerno Del
          Diablo.  It forms the entire
          island.  Leaving no room for any
          even remotely developed areas
          outside of the nation's capital,
          Alta Vista, which is here, nestled
          against the East face of the
          mountain.  Miramonte's Palace is in
          Alta Vista.  Everything of note on
          the entire island is in Alta Vista.

                    BARROW
          Mr. Monday.  I don't care if the
          entire country was contained in a
          single apartment building.  To do
          what you're describing...to pull
          that off without an opportunity for
          counter-rebellion or
          insurgency...the entire operation
          would have to be executed and
          concluded inside of a several hour
          window.  You are basically
          describing the most efficient coup
          since the advent of modern warfare.

Monday smiles, utterly confident in his request.

                    MR. MONDAY
          I don't like that word, 'coup.'
          It's redolent of bottom-barrel
          thievery perpetrated by mustachioed
          brutes.  It lacks a certain
          noblesse.
               (beat)
          I like to think of it more as a
          heist.

                    BARROW
          Of an entire country.

                    MR. MONDAY
          Rather exciting, isn't it?

Barrow stares forward, considering the risks.

                    MR. MONDAY
          If this opportunity is not
          something that you would consider
          to be appropriate to your...shall
          we say...oeuvre.  I am not without
          other recommendations.  I hear fine
          things about Gary Coe.

                    BARROW
          Caine.

**CONFIDENTIAL**                          **WB000266**

14.

                    MR. MONDAY
          I'm sorry?

                    BARROW
          Coe Caine.  Gary Coe Caine.  So
          nicknamed for his...shall we
          say...*oeuvre.*

                    MR. MONDAY
          I see.

                    BARROW
          He's a mercenary.

                    MR. MONDAY
          Really.  And how would one in your
          line of work define that term?

                    BARROW
          He has no honor.  No code.  He
          fights for money.

                    MR. MONDAY
          What do you fight for, Mr. Miles?

                    BARROW
          I fight for what I believe in.

                    MR. MONDAY
          And that makes you what?

                    BARROW
          A man.

Monday smiles, reaches over his shoulder, and accepts an
envelope handed him by his steward.  He slides it across the
coffee table to Barrow.

                    MR. MONDAY
          I know that you are offered twenty
          jobs for every one that you accept.
          And obviously, your discretion in
          selecting work is predicated in no
          way upon dollar figures.  But
          please.  Indulge me.

Barrow peeks inside.  If he's impressed, he's not showing it.
But he's impressed.

                    MR. MONDAY
          I don't expect you to take my word
          for the state of affairs in
          Sandrayo, and I certainly don't
          expect you to topple an entire
          nation solely on the basis of
          hearsay.
                         (MORE)

                    **CONFIDENTIAL**                    **WB000267**

Case: 13-324    Document: 37    Page: 210    05/10/2013    933684    275

A203

15.

                    MR. MONDAY (cont'd)
          Consider half of that an R&D fund.
          The other half is a company fee.

                    BARROW
          A company fee?

Monday smiles, hands Barrow a business card with ONLY A PHONE
NUMBER printed on it.

                    MR. MONDAY
          I've appreciated your company
          today, Mr. Miles.

And with that, Monday stands and heads for the door, steward
in tow.  As Barrow glances back into the envelope...

                                        FADE TO:

INT. FRUCHBOM'S FOYER - NIGHT

Fruchbom enters the darkened hallway, exhausted.  Hangs his
coat from a nearby rack.  He walks

INT. FRUCHBOM'S KITCHEN - CONTINUOUS

Where his wife, RACHEL (50's), sits at the kitchen table,
perusing a magazine.  Fruchbom kisses her on the cheek, and
she squeezes his hand, happy to see him.

                    RACHEL FRUCHBOM
          There's eggplant stew in the
          fridge.

Fruchbom smiles, genuinely appreciative of his wife's
support.  He sits.

                    RACHEL FRUCHBOM
          Amy called.

This perks Fruchbom up.

                    FRUCHBOM
          How's she doing?

                    RACHEL FRUCHBOM
          Good.  She says she's having a
          tough time with midterms, but you
          know her.  I'm sure she's
          exaggerating.
               (beat)
          I told her you've been real busy at
          work.

Fruchbom stares at the table, humbled.  A woman who knows her
husband, Rachel closes her magazine.

                    **CONFIDENTIAL**                    **WB000268**

16.

                    FRUCHBOM
          Barrow Miles is back on the
          circuit.

                    RACHEL FRUCHBOM
          Oh Jesus, Dave.  You're sure?

                    FRUCHBOM
          You know those three American
          hostages that have been all over
          the news?  Rangers rescued them?

                    RACHEL FRUCHBOM
                    (understands)
          Rangers didn't rescue them.

                    FRUCHBOM
          Rangers didn't rescue them.

     Rachel shakes her head, upset.

                    RACHEL FRUCHBOM
          Can't you just not chase him this
          time?  I mean, you're the one who
          used to say...Barrow Miles was
          always the one taking the just
          jobs.  Fighting the good fights?
          Remember?  These are your words,
          Dave.

                    FRUCHBOM
          So what?  That doesn't make it
          legal.  I have to chase him,
          because it's right, and because
          it's my job.

                    RACHEL FRUCHBOM
                    (angry)
          You don't have to chase him because
          it's your job, you have to chase
          him because he's your great white
          whale.  And you can't let it go.
                    (beat)
          For the five years before he
          disappeared, I barely had a
          husband.  Amy barely had a father.

     Fruchbom looks to his wife, eyes yearning.

                    FRUCHBOM
          I just need to look him in the
          eyes, Rachel.  I need to see him,
          and for him to see me, and for that
          split second, have him know.  Even
          if it's only for that split second.
          I found him.  I made him.

                    **CONFIDENTIAL**                          **WB000269**

17.

As Rachel looks to her husband with pity in her eyes...

FADE TO:

SERIES OF SHOTS OF SANDRAYAN LIFE

*Constant in the background of every one of the following
shots is CUERNO DEL DIABLO, Sandrayo's formative mountain.
Lush with dense foliage that stops just short of the
mountain's titular rocky apex, Cuerno Del Diablo looms over
all of Sandrayo as the island's omnipresent stone deity.*

-- A prop plane lands at the national airport, a rundown
shambles of an airfield that at this point serves little more
function than a razed cornfield.

-- Sandrayan women work in the fields.

-- A STARVED DOG roams the muddy streets, looking for scraps.

-- President Miramonte's Khaki-clad ELITE GUARDS loiter
around Alta Vista's town square, barely competent with their
weapons yet full of empowered hostility.

-- Children use the streets as public restrooms.

-- Barrow wanders the streets of Alta Vista, camera around
his neck.  He takes pictures of EVERYTHING:

-- Barrow's POV: We frame the shot around a group of
Sandrayan men playing dice games in the street, and only at
the last second adjust the angle so that the building in the
BG, the PRESIDENTIAL PALACE, becomes the actual subject of
study.

-- Similar shots follow of the entire Presidential Compound,
the tributary streets that run in toward it, the town square,
the town's tallest buildings...basically any point of
potential military interest.  Through it all, though, through
pictures of buildings and streets and angles and
trajectories, one theme binds together this photographic
essay: Complete and utter DESTITUTION.  This country, this
town, is a shambles.  Economically, physically, emotionally.
Hell on Earth.

EXT. STREETS OF ALTA VISTA - MAGIC HOUR

Barrow snaps a last shot of the Palace from afar, and as he
lowers the camera, a COMMOTION down the street:

A group of Miramonte's Elite Guards harass a middle-aged
woman.  They surround her, terrify her, until another woman,
this one BEAUTIFUL and in her 20's, steps forward.  She
SHOVES the guards, hisses at them with a stream of invective.
They leer at her momentarily, then back off.  The older woman
thanks her savior profusely before scurrying off.

18.

Barrow approaches the young woman.

               BARROW
     Excuse me.

She looks up at him sharply, skin glistening and hair pulled
back into a tight ponytail.  Regards him with suspicion.

               BARROW
     I'm a photographer for National
     Geographic.  I'm working on a photo
     essay of Sandrayo and I need
     someone to show me around Alta
     Vista.  Someone who knows the city,
     the people...and knows how to stay
     safe.

She sizes him up, and then...

               LOCAL WOMAN
     You've already shot The Old Man in
     the Mountain?  The rock formation
     on Cuerno Del Diablo's Western
     side?  It is Sandrayo's most
     popular photographic subject.

               BARROW
     Yes.  Many rolls.

The woman nods.

               LOCAL WOMAN
     Alta Vista as well is full of
     beauty.  You just have a to dig a
     bit deeper to find it.

Barrow looks the woman up and down...

               LOCAL WOMAN
     Not that deep.  Come with me.

She starts down the dusty road...

               BARROW
     Do you have a name?

               LOCAL WOMAN
     Several, in fact.

Beat.

               BARROW
     My name is Fulton.

CONFIDENTIAL              WB000271

19.

                          LOCAL WOMAN
                     My name is Sophie.

                                         FADE TO:

INT. RAT INFESTED LOBBY - MAGIC HOUR

Barrow and Sophie stand in the center of a gargantuan foyer.
Matching staircases snake up the curved walls, but both are
collapsed halfway up.  The floor is dirt; tiles long since
pulled up.  The walls are pockmarked with holes and water
damage, and what has remained standing is overrun with vines.

And rats.  Fucking rats EVERYWHERE.

                          SOPHIE
                     This is The Churchill.  Named after
                     its most famous guest.
                          (beat)
                     It is Sandrayo's most beautiful
                     building.

Barrow takes it in...

EXT. CYLINDRICAL BUILDING - MAGIC HOUR

A tall, cylindrical building, made entirely of concrete.  The
door is PADLOCKED shut.

                          BARROW
                     This is an example of Alta Vista's
                     beauty?

                          SOPHIE
                     Not anymore.

She gestures upward, toward the battery of antennae jutting
out of the building's roof.

                          SOPHIE
                     This building once broadcast music
                     throughout the city.  Beautiful,
                     life-affirming music, from every
                     place.  Even from America.

                          BARROW
                     And now?

                          SOPHIE
                     Now this building is used only to
                     propagate Miramonte's culture of
                     tyranny.
                          (beat)
                     Miramonte banned all forms of music
                     a year into his Presidency.
                          (MORE)

                  **CONFIDENTIAL**                    **WB000272**

Case: 13-324     Document: 37     Page: 215     05/10/2013     933684     275

A208

20.

                    SOPHIE (cont'd)
              He felt that it fostered levels of
              creativity and optimism that
              threatened his rule.

EXT. ALTA VISTA STREET - MAGIC HOUR

Barrow and Sophie walk side-by-side down a dirt road.  A
group of Militia Men, clad in all tan, huddle in a doorway,
passing around a joint.  Barrow watches them from the corner
of his eye.

                    SOPHIE
              Miramonte's Elite Guard.

                    BARROW
              Are they dangerous?

                    SOPHIE
              In a manner of speaking.  They are
              the only Sandrayans permitted to
              carry weapons, which makes them
              just as dangerous to themselves as
              they are to anyone else.  They roam
              the streets and uphold what he
              calls law while he hides like a
              coward.

                    BARROW
              Hides?

                    SOPHIE
              He's paranoid.  So he lives in
              hiding, moving amongst safehouses,
              and presents himself to the public
              only once a year.  On his birthday.
              He throws himself an elaborate and
              wasteful celebration, then vanishes
              again.

                    BARROW
              When is his birthday?

                    SOPHIE
              April 3.  A month from today.

Barrow nods, interested.  A COMMOTION from another doorway,
where a SWARTHY LATINO MAN (mid to late 30's) stands, having
just won a round of cards.  He waves his newly earned money
about and defiantly spits a gob of BROWN TOBACCO JUICE right
into the center of betting circle.  It spatters the other
players.

                    SOPHIE
              This was once a proud country.  A
              country of tradition and culture.
              And now look at us.

                    **CONFIDENTIAL**                    **WB000273**

21.

                              BARROW
                    You blame Miramonte exclusively?

                              SOPHIE
                    When we gained our
                    independence...it was an
                    extraordinary time for Sandrayo.
                    The air of freedom was
                    intoxicating.  But as far as self-
                    governing goes...we were ripe for
                    abuse and unable to defend
                    ourselves against it properly.  So
                    when Miramonte slaughtered our
                    tribal leaders, our lawyers, our
                    doctors, our mothers and our
                    fathers.  Out of fear we gave
                    ourselves to him.  We hadn't the
                    foresight to comprehend the ways in
                    which he would rape our lands and
                    our spirit.
                         (beat)
                    So no, I do not blame him
                    exclusively.  I blame us as well,
                    for not fighting.

          A long silence as the two walk on.  They pass the crumbled
          foundations of what was once a multi-room building.

                              SOPHIE
                    This is where I learned to read.

                                                  FADE TO:

          EXT. SMALL HOUSE - EVENING

          Sophie walks up the steps of this modest abode, reaches for
          the doorknob...

                              BARROW
                    What is this?  Another school?

                              SOPHIE
                    No.  This is my house.

          INT. SOPHIE'S HOUSE - LATER

          Barrow stands in a foyer, peering at several LUSCIOUS FRAMED
          PHOTOGRAPHS OF SANDRAYO.  Sophie appears from a door at the
          end of the hallway, having changed her clothing.

                              BARROW
                    Who took these?

          As she walks past him...

                           **CONFIDENTIAL**                    **WB000274**

22.

                    SOPHIE
          I did.  I'm a professional
          photographer.

Barrow looks up, stunned.  He's fucking caught, and he knows
it.  Sophie continues into another room.

                    SOPHIE (O.S.)
          Come meet my father.

INT. SOPHIE'S LIVING ROOM - LATER

Barrow sits in a decomposing armchair opposite Sophie and her
father, DR. ADOTI (60's).

                    DOCTOR ADOTI
          Most of the people of Alta Vista, I
          have treated them or their families
          free of charge.  For this reason I
          enjoy a respect and personal
          freedom that most Sandrayans
          cannot.  Even President Miramonte
          must grant me immunity from
          harassment.

                    BARROW
          From what I understand, that's a
          fairly rare luxury to be afforded.

Adoti shrugs.

                    DOCTOR ADOTI
          If he were to fall ill, or be
          injured in any substantial manner,
          I am the only doctor on the island
          who can treat him.  He effectively
          believes that my existence grants
          him immortality.  Were this not the
          case, I'm sure I would have been
          purged years ago with the rest of
          Sandrayo's educated peoples.

Barrow shakes his head in disbelief.  Adoti stands, extends a
hand to Barrow.

                    DOCTOR ADOTI
          We are a strong-spirited people,
          Mr. Reed.  I hope that you are able
          to convey this in your piece.

Barrow stands, shakes Adoti's hand.

                    BARROW
          I'm just a photographer.

CONFIDENTIAL                              WB000275

23.

                    DOCTOR ADOTI
          Yes, of course.  As with all of our
          foreign visitors, you are 'just'
          doing a job.  You are impotent to
          help us.  Like the survey team from
          Europe.  They told us that they
          found nothing, no natural resources
          of note.  That our country would
          remain forever poor.

                    BARROW
          Survey team?

                    DOCTOR ADOTI
          And now here you are.  Another
          white man in a dark country.
                    (beat)
          Good luck with your project, Mr.
          Reed.

Barrow shares a look with Sophie, then shows himself the
door.

EXT. ALTA VISTA STREETS - LATER

Barrow shuffles along in the darkness, staying in the shadows
to the best of his ability.  A COMMOTION from a nearby
building as a group of Elite Guardsmen exits a bar.  Barrow
ducks into an alley and watches them.

They hoot and holler, drunk and surly.  A beggar holds his
hands out in desperation.  One of the soldiers SMACKS his
hands away violently.  Another one KICKS the man.  They
laugh.  They continue to derive pleasure from harassing the
man for a bit, and then they are moving down the street for
their next conquest.

Once they are gone, Barrow emerges from the shadows of the
alley, shoves his hands into his pockets, and heads down the
lonely road.

                                        FADE TO BLACK.

SFX OVER BLACK: A rooster CROWING

                                        FADE INTO:

CLOSE ON A ROOSTER

Cawing loudly, signaling the start of a bright new d--

A WOMAN'S HAND shoots into frame, grabs the rooster by the
neck, and BREAKS IT.

We PAN OUT, following the woman through the early morning
haze as she trudges the several feet back toward her shanty.

**CONFIDENTIAL**                              **WB000276**

Case: 13-324    Document: 37    Page: 219    05/10/2013    933684    275

A212

24.

She slams the lifeless bird down atop a chopping block and CHOPS ITS HEAD OFF with a single stroke of her filthy knife.

Welcome to fucking Sandrayo.

EXT. ALTA VISTA OUTSKIRTS  - MORNING

Barrow walks a dusty dirt road.  In the distance, outlined against Cuerno Del Diablo's ever lurking shadow, the tower of the Presidential Palace looms above Alta Vista, the only architectural landmark of note in the entire country.

Barrow looks directly at the Palace Tower, then holds up one of the photographs of Monday's slain grandson.  The tower looms in the picture's BG as well, in nearly the same position.

Barrow corrects himself; walks a few more paces down the road.  Holds the picture up again.  Now, walking toward the Tower, he walks off the road, up and over a very slight dirt berm, which opens into...

A VERY FAMILIAR MUDDY DITCH.  Loose dirt in a suspicious mound lies in its basin.  Barrow steps down into it, starts snapping pictures...

                    MALE VOICE (V.O.)
          What are you doing?

Barrow turns slowly, hands in the air...and finds himself staring at SIX ARMED ELITE GUARDSMEN.  They stare down at him from atop the berm.  He stares back, instantly recognizing them as the malevolent posse he watched the night before.

                    BARROW
          I got lost.  I was just heading
          back into town.

The leader of the group beckons for him to come out from the ditch.  He does, and the Guardsmen move in around him, tightening the half-circle.  The leader gestures toward the camera around Barrow's neck.

                    ELITE GUARD LEADER
          What were you taking pictures of?

                    BARROW
          I saw nothing to photograph.

The lead Guardsmen comes face to face with Barrow.  He's a large man, and his smirk indicates that he's comfortable with his size advantage.

                    ELITE GUARD LEADER
          Give me your camera.

25.

                                   BARROW
                         There's nothing --

The Guardsman PUNCHES Barrow, who staggers backward,
seemingly stunned.  The Guardsman GRABS the camera, TEARS it
from Barrow's neck.  He tries to open it, looking for the
film, but can't figure out that this is a digital camera.
Frustrated, he SMASHES it on the ground.

                              ELITE GUARD LEADER
                         You are not welcome here.

                                   BARROW
                         I'll leave --

The Guard Leader PUNCHES him again.  Barrow drops back to a
knee, but this time he only half sells it.  This is wearing
thin on him.  The Guardsmen laugh, not realizing the
potential bear trap that they are walking into.

                              ELITE GUARD LEADER
                         You like to be tough?  Are you
                         tougher than me, tough man?

                                   BARROW
                         Yes, I'm --

The Leader PUNCHES Barrow in mid sentence.

He turns back to his comrades, laughing it up.  So he never
sees Barrow stand up behind him.  He never sees the ice in
Barrow's eyes.

He never sees anything again.

Barrow wraps a meaty forearm around his neck and SNAPS IT
like a twig.  In nearly the same motion, he swipes the man's
shoddy sidearm, and puts a bullet directly through the
forehead of the nearest Guardsman, spattering crimson death
across the shocked faces of the remaining four.

Before they can react, he's already pulling the trigger on
the next target...

...and the gun is JAMMING.  Two of the Guardsmen take this
opportunity to RUN AWAY.  They tear down the dirt road back
toward the town.

The other two fumble for their weapons.

The first has barely even found his grip when Barrow SHATTERS
HIS LEG with a vicious side-kick.  The man collapses,
screaming.

The other soldier back-pedals as he tries desperately to de-
activate his safety.  Barrow stands, walks toward him.

                    **CONFIDENTIAL**                    **WB000278**

26.

STALKS him.  The terrified guardsman yells to his writhing
partner.

                    TERRIFIED GUARDSMAN
          Shoot him!  Shoot him in the back!

The guardsman, in all his anxiety, DROPS his weapon.  He
stoops to pick it up and Barrow KICKS him once flush in the
face.  The man's entire face seems to crumple around Barrow's
foot.  His neck snaps backward and he collapses, unconscious.

Barrow breaks the man's neck, turns back to the now GROANING
broken-legged soldier.  Barrow approaches quickly,
withdrawing his knife.  The Soldier's eyes go WIDE, and then
Barrow's hand is over his mouth, drowning out his gurgled
cries as his throat is slit ear to ear.

Barrow stands, picks out the MEMORY STICK from the rubble of
his demolished camera, and starts SPRINTING BACK TOWARD TOWN.
He climbs a small hill...

...and stops dead atop it.  Ten yards in front of him,
standing in the dead center of the dirt road, is the SWARTHY
LATINO MAN from the previous evening's stroll.  The man,
though diminutive in stature, clearly carries with him a
gargantuan attitude problem.  He twirls a LARGE HUNTING knife
expertly in his hand.

A long BEAT as Barrow and the Swarthy Latino size each other
up.  The Latino hawks a DRIPPING WAD OF CHEWED COCA LEAVES
into the dust.  Barrow glances to the side of the road, sees
two sets of legs protruding awkwardly from the brush.

                    BARROW
          I would have caught them.

                    SWARTHY LATINO
          Yeah and I gots a ten inch *verga*.

As Barrow approaches EMIRO "COCA" RAYA...

                    BARROW
          Remember that time in Kosovo when I
          ran down the guy on the bike?

                    COCA
          Remember that time in Zaire when
          you got torched by the barefoot
          Sangha who snuck into our camp?

After a beat...

                    BARROW
          Fine.

                    COCA
          Fine and what?

                    CONFIDENTIAL                    WB000279

27.

                    BARROW
                 (grudging)
          Fine and thank you, Coca.  You
          saved my ass again.

                                        CUT TO:

MOMENTS LATER

Barrow and Coca stand beside the original ditch.  Barrow
steps back into the ditch and shovels the dirt away, quickly
exposing the boy's ROTTING CORPSE.

                    COCA
          *Jodame.*

Barrow takes a step back, taking in the longview: Though most
of his flesh is necrotic, it's clear that this is, in fact,
the young man from the pictures.  His face is still frozen in
a death mask, the fatal wound in his throat still GAPING.

                    COCA
          I tell you something.  You leave me
          here.  Say...twelve hours.  I put
          Miramonte in this ditch with this
          *chico.*  We go home, get paid...

Off Barrow's silence...

                    COCA
          OK.  Eight hours.

But Barrow's no longer paying Coca any attention.  He sees
something, squats to take a better look.  He rolls up the
boy's shirt sleeve, exposing a still glimmering WRISTWATCH.
He grunts, reaches for the corpse's jaw.  A COCKROACH crawls
out.

Barrow swats it away, shines a penlight into the darkness of
the boy's mouth for a moment, then pulls back.
Contemplative.

                    COCA
          *Qué es eso?*

Barrow holds open the cadaver's mouth for Coca to see.
Shines the light inside.  The light reflects brilliantly off
several silver FILLINGS.

                    BARROW
          I was told he was robbed down to
          his fillings.

Coca nods.

                    **CONFIDENTIAL**                    **WB000280**

28.

                          BARROW
                  Give me your knife.

                                              FADE TO:

EXT. ALTA VISTA SLUMS - MIDDAY

Barrow and Coca walk through this shantytown, keeping to the
shadows.  The larger portion of Alta Vista rises slightly in
the distance.

                          BARROW
                  There's something off about this
                  whole thing.  The kid is...not
                  right.  And have you heard any
                  chatter about a survey team that
                  was here a few months ag --

A loud HONKING sounds.  Both Coca and Barrow instinctively
step aside, into the doorway of a hut, and watch as an older
model TOWN CAR approaches, heading for the Capital.  Tattered
SANDRAYAN FLAGS fly from the corners of the hood.

People scurry from the streets, eyes averted, to make way for
the car.  It rolls past Barrow and Coca slowly...then comes
to a sudden STOP.

A CHILD stands in front of the car, his toy clutched to his
chest.  The car HONKS.  The boy, wide-eyed, stands petrified.

A SOLDIER climbs out of rear door and starts yelling at the
child.  As this occurs, Barrow and Coca focus on the open
rear door of the vehicle, through which two men are clearly
visible:

PRESIDENT MIRAMONTE and a Sandrayan wearing a conspicuous
shoulder holster and a BASEBALL CAP.

                          COCA
                      (quiet)
                  I can hit him with a knife, no
                  problem.  Temple, neck, maybe
                  spine.  You pop Ballcap and the
                  grunts...

                          BARROW
                  It's not him.

                          COCA
                  What?

                          BARROW
                  That's not Miramonte.  It's a body
                  double.

                      **CONFIDENTIAL**                    **WB000281**

29.

The soldier in front of the vehicle SMACKS the child, sending
him sprawling to the sidewalk.  The soldier returning to the
car, when, randomly, Ballcap LOCKS EYES WITH BARROW.  They
stare at each other for a moment, and then the soldier climbs
in and shuts the door, and the motorcade is GONE.

Coca exhales deeply.

                    BARROW
          You see what A-Rod was packing?

                    COCA
          Yeah.  A Desert E 44.  What the
          fuck is going on here?

                    BARROW
          I don't know.  But we gotta get the
          hell out.

                                        CUT TO:

INT. PRESIDENTIAL OFFICE - LATER

Ballcap enters a well-appointed office, shuts the door.  He
walks briskly to the desk, picks up the phone, and dials.

A BEAT as the phone rings, and then, without prompting, and
in SURPRISINGLY PERFECT ENGLISH....

                    BALLCAP
          We may have a problem.

EXT. SOPHIE'S HOUSE - AFTERNOON

Sophie opens the door and is surprised to find Barrow and
Coca standing before her.  She looks down at the blood on
Barrow's hands.

                                        CUT TO:

INT. SOPHIE'S HOUSE - LATER

Barrow and Coca are in the process of changing into clean
Sandrayan clothing.  Sophie hurries into the room.

                    SOPHIE
          I spoke with my friend at the
          airport.  She'll make sure you get
          on the next flight with no
          questions asked.

                    BARROW
          I'm sorry I was dishonest with you.

CONFIDENTIAL                              WB000282

Case: 13-324    Document: 37    Page: 235    05/10/2013    933684    275

A218

30.

SOPHIE
Please. First of all, there's no
such thing as the 'Old Man in the
Mountain.' And even the most
experienced war reporters don't
have as many visible bullet scars
as you do.

Barrow looks to the floor, abashed.

SOPHIE
I know a soldier when I see one.
It's why I showed you the Sandrayo
worth fighting for.

Barrow nods. Sophie kisses Barrow on the cheek.

SOPHIE
When you come back, bring a new
Sandrayo with you.

Barrow takes one last look at Sophie, moved, and then hurries
for the door.

FADE TO:

EXT. ALTA VISTA OUTSKIRTS - EARLY EVENING

Ballcap now stands, with several Elite Guardsmen, amongst the
bodies that Barrow and Coca disposed of earlier in the day.

He is on a cell phone.

BALLCAP
I know who belongs on this island
and who doesn't.

INT. PROP PLANE - EARLY EVENING

Barrow sits in an aisle seat, casually perusing a newspaper.
Coca sits several rows back, reading a PORNO.

BALLCAP (V.O.)
I told you this morning when I was
doing the round with the double
that he looked out of place, and
now I have six dead soldiers. The
guy is obviously an operator.

Barrow flips pages...

BACK ON COUNTRYSIDE

Ballcap listens for a moment. Kicks at one of the bodies.

**CONFIDENTIAL**                    **WB000283**

31.

                    BALLCAP
          It doesn't matter how shitty their
          training is.  There's six of them.
          And they were armed.  Miramonte is
          shitting himself.

ON BARROW

The "fasten seatbelt" light blinks overhead.  Barrow looks
out the window, sees the plane's landing gear deploy.

                    BALLCAP (V.O.)
          We got one flight in and out of
          Miami per day, and that's it.  It's
          landing any minute now, so we're
          going to miss him, but still.  If
          he's headed anywhere with
          electricity...he's going through
          that airport.

                                    CUT TO:

INT. DARK OFFICE - NIGHT

A fairly grand, book-lined office.  In its center, a large
desk, and behind that, an uber-confident 45 YEAR OLD IN A
SHARP SUIT.  For now, we'll identify him only as MURALI.  He
leans forward across his desk, phone cradled to his ear.

                    MURALI
          Fine.  Get on the next flight up
          here.

As Murali hangs up, we PAN OUT, through the office's large
window, to take in a macro view first of the individual
building and then the entire complex that surrounds it.  It
looks like a glassine business park.

                *Title: LANGLEY, VA*

This title then fades to:

        *WORLD HEADQUARTERS, CENTRAL INTELLIGENCE AGENCY*

                             FADE TO:

EXT. MARSHLAND - EVENING

Barrow and Monday lean against the hood of a Maybach Benz,
looking out over a desolate marshland somewhere outside of
Dallas.  Monday's steward stands away from the vehicle,
allowing them their space.

                    BARROW
          Miramonte is under the protection
          of the CIA.

**CONFIDENTIAL**                                **WB000284**

32.

Without thinking, Monday blurts out his response, the first
time we've seen him lose his composure.

                    MONDAY
         What?

                    BARROW
         His head of security carries a
         sidearm that is available only to
         CIA Field Agents.

A pensive beat as the two men stare out over the morass.
Monday is very genuinely concerned about this development.

                    MONDAY
         Why would the CIA be protecting
         him?

                    BARROW
         Miramonte is sitting on something
         our government wants.  Badly.
            (then, pointed)
         You're sure you don't know anything
         about it.

Monday shakes his head, exhales deeply, knowing his operation
is dead in the water.

                    MONDAY
         Well.  I do appreciate your time
         and effort.

Monday extends a large envelope toward Barrow.

                    MONDAY
         Remuneration for the risks you
         faced during your visit to
         Sandrayo.

Barrow nods, pockets the envelope.  As he does so, he
withdraws an envelope of his own.  Hands it back to a
confused Monday.  Monday glances inside, and, no more
understanding for the effort...

                    MONDAY
         What are these numbers?

                    BARROW
         One is my fee.  The other is an
         offshore account number.  They both
         have eight digits, so I will leave
         it to you to determine which is
         which.

Monday stares at Barrow, incredulous.

**CONFIDENTIAL**              **WB000285**

33.

                    MONDAY
          What about the CIA?

                    BARROW
          Sometimes I like my challenges to
          come with challenges.

                                        CUT TO:

INT. CIA VIDEO ROOM

AGENT MURALI and BALLCAP lean over a bank of monitors.  A
seated TECHNICIAN toys with the controls.

They are watching security camera feed from the CUSTOMS LINES
at Miami International Airport.

Ballcap points to a corner of the screen.

                    BALLCAP
          There.  Go in close right there.

The technician does, pulling up a grainy shot of Barrow's
immediate surroundings.  Ballcap points at Barrow directly.

                    BALLCAP
          Closer.  This guy.

The new stillshot comes up.  It's a close shot of Barrow
standing patiently in line.

                    BALLCAP
          That's the guy right there.

Murali studies the image for a long beat.

                    AGENT MURALI
          Go back to Sandrayo.  Don't leave
          Miramonte's side.  Not for a
          second.

Murali stares at Barrow's weary visage.

                    AGENT MURALI
          I'll deal with this problem.

                                        CUT TO:

CLOSE ON A BLUE SIDEWALK-MOUNTED MAILBOX

A hand reaches into frame, deposits a handful of letters into
the drop-box.

PAN OUT TO REVEAL BARROW,

                    **CONFIDENTIAL**                    **WB000286**

34.

Finished with that task, ducking into a SMALL, NONDESCRIPT
CAFE just beside the mailbox.

                    *TITLE: CORONADO, CA*

INT. SMALL CAFE - MOMENTS LATER

Barrow walks straight to a small booth in the far corner of
the empty cafe.  The HULKING MAN (30's) in the booth rises
and embraces him in a bearhug.

                    BARROW
          Mark.

                    HULKING MARK
          Captain.

                    BARROW
          Hey.  Come on.  None of that.

They sit facing each other.  An AGING WAITRESS approaches.

                    AGING WAITRESS
          Well I'll be.  Barrow, how are ya,
          darlin'?

                    BARROW
          I'm wonderful, Flo.  It's good to
          see you.

                    AGING WAITRESS
          How's the little lady?

                    BARROW
          She left me.

                    AGING WAITRESS
          That's what they do.  Two coffees?

                    BARROW
          Please.

Flo winks and heads for the kitchen.

                    HULKING MARK
          Gary Coe Caine was here a couple
          days ago, trolling around the base
          for pick-up jobs.  He asked me if
          you were back on the Circuit.

                    BARROW
          What'd you tell him?

35.

                    HULKING MARK
          I told him to fuck off.  He was
          pissed because he says you've been
          bad mouthing him for the last few
          years.  Costing him jobs.

                    BARROW
          If the shoe fits.

                    HULKING MARK
          He's pretty pissed that you're
          working again.  Knows he'll never
          pull a decent op again.

                    BARROW
          Yeah, well, fuck him.  Let's not
          ruin a good cup of coffee talking
          about Gary Coe Caine.

Barrow slides a DVD copy of FULL METAL JACKET across the
table.  Mark opens the plastic case.  Looks up at Barrow.

                    BARROW
          I need to know who it came from.

REVERSE ANGLE:  Mark looks back at the DVD case.  There's no
DVD in it, but there is a HUMAN FINGER.  Mark closes the
case.

                    HULKING MARK
          So.  This is some heavy shit.

                    BARROW
          Yeah.

                    HULKING MARK
          You need guys?

                    BARROW
          One.  But Mark.  This time, I need
          someone you've worked with
          directly.  Someone you've seen
          operate.  Secondary recos won't cut
          it this time.  This is too big.

                    HULKING MARK
          Don't worry.  I got your guy.

                                        FADE TO:


EXT. QUAINT COTTAGE - AFTERNOON

Christian (from the first scene) kneels in his small front
garden, lovingly prepping his tulip bulbs.

                    TITLE: DESSAU, GERMANY


                    **CONFIDENTIAL**                    **WB000288**

Case: 13-324    Document: 37    Page: 231    05/10/2013    933684    275

A224

36.

A DELIVERY MAN approaches...

                         DELIVERY MAN
                    (in German, w/ subtitles)
               Christian Rensch?  Letter for you.

Christian smiles, brushes himself off, and stands.  As he
signs for the letter, the delivery man eyes the LARGE TATTOO
on Christian's forearm.

                         DELIVERY MAN
               Nice ink.

                         CHRISTIAN
               Thank you.  I get one before each
               business trip I make.

                         DELIVERY MAN
               What business is that?

Christian looks up at the man, smiles.

                         CHRISTIAN
               I hand deliver refrigerators.

The man smiles nervously and hands Christian an envelope,
which we may recognize as one of the bundle that Barrow
mailed from California.

Christian turns his back to the delivery man and heads for
the house, revealing his wife-beater clad back...which is
COVERED TOP TO BOTTOM IN SIMILAR TATTOOS.  Dozens of them.
He catches the delivery man staring.

                         CHRISTIAN
               I've delivered many refrigerators.

ON CHRISTIAN as he opens the envelope, reads the enclosed
note, and smiles to himself.

                                             FADE TO:

EXT. MIDDLE CLASS NEIGHBORHOOD - EVENING

A modest family sedan pulls into the driveway of a modest
ranch-style home.

Ali (from the first scene) steps out of the car, collects the
groceries from the back seat, and heads inside.

                    TITLE: BETHLEHEM, NY

INT. ALI'S HOUSE - MOMENTS LATER

Ali enters, finds his wife AMIRA (40's) sitting at the
kitchen table, working through a stack of bills.

**CONFIDENTIAL**                                **WB000289**

37.

As Ali starts unpacking the groceries...

                    AMIRA
          Have you looked at our cell phone
          bills recently? It's ridiculous.
          We need that rollover thing.

                    ALI
          I felt like asparagus. Is that OK
          with you?

Their son, AHMED (7) peeks his head into the room.

                    AHMED
          Dad. Top of the third.

Eager to join his son, Ali hurries to put away the last of
the food.

                    ALI
          Score?

                    AHMED
          Three to zero. Jeter hit a dong.

Amira smiles as Ali tosses a loaf of bread in the general
vicinity of the pantry, then sweeps in and picks up his son.

                    AHMED
          Can we have hot dogs for dinner and
          watch the game while we eat?

                    ALI
          Absolutely.

                    AMIRA
          Not. Absolutely not.

                    ALI
          What your mom said.

Ali's eyes fall on BARROW'S ENVELOPE on the kitchen table.

                              MATCH CUT TO:

THE SAME ENVELOPE

Atop a small stack of others just like it.

PAN OUT to reveal that we are

INT. NONDESCRIPT MOTEL ROOM - EVENING

And the crew -- Coca, Christian, and Ali -- sit around a
small table headed by Barrow.

CONFIDENTIAL                    WB000290

Case: 13-324    Document: 37    Page: 233    05/10/2013    933684    275

A226

38.

Barrow's envelopes, having found their way back to their
source, sit in the center of the table.

To the side is a YOUNGER MAN (mid 20's).  He's clean-cut and
well-appointed, and looks like he was recently spit out of
the Connecticut private school system.  He stands at silent
and respectful attention.

> COCA
> Who's the *bambino*?

> BARROW
> We need a fifth.

> COCA
> (To Young Man)
> *Cabrón.  Cuantos años tienes,* meng?

> BARROW
> Old enough.  Kid.  Tell them who
> you worked for.

> YOUNG MAN
> Um.  I worked for a branch of the
> government that doesn't officially
> exist.  So.  Obviously, I can't
> talk about --

> BARROW
> And tell them what you did for this
> nonexistent employer.

Beat.

> YOUNG MAN
> I specialized in the removal
> of...uncooperative elements.

The Team regards the Young Man, unsure of what to make of the
enigma before them.  Barrow allows a moment, and then...

> BARROW
> And now tell them which
> uncooperative element you removed
> most recently.

The Young Man looks to the floor, slightly embarrassed.

> COCA
> Who'd you grease?
> (off embarrassed silence)
> Hey.  Ivy Leagues.  Who'd you do,
> meng?

The Young Man (hereafter referred to as IVY) lifts his eyes
to meet the team.  He offers a SLIGHT, HONEST SMILE.  Shrugs.

**CONFIDENTIAL**                                    **WB000291**

39.

                    IVY
          UBL.

A PREGNANT BEAT.  Coca and Christian look at each other,
awed.  Ali looks around the room, confused.

                    ALI
          Wait.  Usama Bin Laden?  Usama Bin
          Laden is dead?  What the fuck?  Am
          I the last person to know this?
               (off Team's nods)
          Jesus.

Ivy walks to the table, pulls up a seat.

                    IVY
          The thing is.  I like what I do,
          and...I want to keep doing it.  But
          not for who I do it for.
               (beat)
          Barrow's the best there's ever
          been.  Everyone knows that, from
          here to the Pentagon.  Believe me.
          That means you're the best team
          there is.  I want to be a part of
          it.

Ivy reaches into his coat pocket and produces the FULL METAL
JACKET DVD CASE that Barrow earlier gave to Mark.  He slides
it across the table to Barrow.

                    IVY
          I'm willing to start at the bottom
          again.  It's worth it to me.

Barrow takes the case, looks around the room.

                    BARROW
          Everything copacetic? (Off Team)
          OK.  So.  What's the biggest thing
          any of you has ever stolen?

               ALI                          CHRISTIAN
Plane.                         Plane.

                    COCA
          Telephone pole.

Eyes fall on Ivy.

                    IVY
               (sheepish)
          German nuclear secrets.

                    ALI
          Germany's nuclear?

                    **CONFIDENTIAL**                    **WB000292**

Case: 13-324    Document: 37    Page: 235    05/10/2013    933684    275

A228

40.

                    CHRISTIAN
          What are we stealing?

                    BARROW
          A country.

A LONG BEAT.

                    BARROW
          It's an island.

Ali rubs his eyes, mind reeling.

                    ALI
          Does it have an active military?

                    BARROW
          Technically...yes.

                    ALI
          With more than, say, ten people in
          it?

                    BARROW
          Yes.

                    COCA
          It's really not as crazy as it
          sounds, meng.

                    ALI
          Well here's the thing, Coca.
          That's a relative statement
          contingent upon how crazy it sounds
          to you, and I can't evaluate that,
          because you're crazy.

Coca shrugs, spits a foul dribble of brown juice into a paper
cup.  Ali turns back to Barrow.

                    ALI
          What about the money?

An uncomfortable BEAT as Ali, embarrassed for himself, stares
at the table.

                    ALI
          Look.  I know it's not supposed to
          be about that, and it never has
          been, but...I don't work for anyone
          but you.  None of us do.  That
          means for the last seven years,
          we've been working civilian jobs.
          Making civilian money.
          Don't get me wrong.  I'd follow you
          into Hell.
                    (MORE)

                    **CONFIDENTIAL**                    **WB000293**

41.

>            ALI (cont'd)
>     But what you're describing, I can
>     already tell...not everyone in this
>     room is going to come back from.
>     You know that.  And we all have
>     families now...

Barrow nods, understanding.

>            BARROW
>     We're all coming home.  Period.  As
>     for the money...take this island,
>     buy your own.  Does that address
>     our concerns?
>              (beat)
>     Good.  Now who wants to know how
>     we're going to steal a country in
>     30 days...

INT. FRUCHBOM'S OFFICE - EVENING

Fruchbom sits in his cramped office, pouring over files by
desklight.  A KNOCK at his door.

>            FRUCHBOM
>     Come.

Agent Ellickson enters.

>            AGENT ELLICKSON
>     How's it coming?

>            FRUCHBOM
>            (not looking up)
>     Same as it did seven years ago.
>     He's an invisible needle in a
>     haystack the size of Delaware.

Ellickson holds out a slim MANILA FOLDER.

>            AGENT ELLICKSON
>     You should see this.

Fruchbom takes the folder, slips it open.  There is only a
single document inside:  A CLOSE-UP STILL SHOT OF BARROW from
the Miami Airport Surveillance video.  Fruchbom stares at it
for a long BEAT.  Finally,

>            FRUCHBOM
>     Where is this?  What airport?

>            AGENT ELLICKSON
>     Don't know.

>            FRUCHBOM
>     Where did you get it?

**CONFIDENTIAL**                          **WB000294**

42.

                    AGENT ELLICKSON
               It's going around the building. I
               guess someone pretty high up wants
               to know who this is.  But no one
               knows why.

                    FRUCHBOM
               They made him working his new op.
               It's the only explanation.

                    AGENT ELLICKSON
               That doesn't make sense.  If they
               don't know who he is, how do they
               know to put eyes on him?

     Fruchbom stares at the picture, deep into the eyes of his
     nemesis.  After a brief silence, an epiphany...

                    FRUCHBOM
               They weren't watching him.  They
               were watching a completely separate
               Company target and he walked right
               into the croshairs.

     EXT. TREE-LINED SUBURBAN STREET - EARLY AFTERNOON

     Barrow and Ivy, wearing matching dark suits, stroll down the
     sidewalk of a suburban neighborhood.  The street is quiet and
     peaceful, the picture of idyllic American mediocrity.  Leaves
     fall silently from the trees above.

                    TITLE: BUCKS COUNTY, PA

     Barrow opens the DVD CASE.  He looks to the DESICCATED
     FINGER, its tip now BLACK, that rests on the other side of
     the casing.  There is a post-it beneath the finger, bearing a
     scribbled name and address.

     Barrow looks up at the addresses of the passing homes.

     INT. KADRO FOYER - MOMENTS LATER

     A weary but jovial Midwestern housewife, MRS. KADRO (50's),
     shuffles toward the front door.  The DOORBELL sounds.

                    MRS. KADRO
               Coming.

     She opens the door to find Ivy and Barrow standing on her
     front step.

43.

                    IVY
          Mrs. Kadro?  Hi, I'm Agent Simmons,
          this is Agent Stanley, we're with
          the Federal Bureau of
          Investigation.  We were hoping to
          talk to you about your son Zachary.

As Mrs. Kadro's face falls...

                                        CUT TO:

INT. KADRO LIVING ROOM - LATER

Ivy and Barrow sit in matching floral pattern armchairs.
Mrs. Kadro sits on the couch, face in her hands.

                    IVY
          Please accept our apologies.  We
          were under the impression that you
          knew that Zach's body had been
          located.

She shakes her head, blows her nose.

                    MRS. KADRO
          Why would you think that?

                    BARROW
          I spoke to his grandfather
          recently...

Mrs. Kadro looks up sharply.

                    MRS. KADRO
          His grandfather?

Sensing something amiss and proceeding with caution...

                    BARROW
          Perhaps it was his paternal
          grandfather...

                    MRS. KADRO
          He only has one grandfather.
          Luke's father passed away five
          years ago.

                    BARROW
          I'm sorry to hear that.   I suppose
          in that case it must have been your
          father.

Mrs. Kadro eyeballs Barrow for a moment, and then, without
warning, and at the top of her lungs...

                    **CONFIDENTIAL**                    **WB000296**

Case: 13-324    Document: 37    Page: 239    05/10/2013    933684    275

Case 1:11-cv-07517-JSR   Document 31-3   Filed 03/15/12   Page 77 of 87

44.

                    MRS. KADRO
          Dad!!!!!!

A BEAT, and then an ELDERLY GENTLEMAN WITH A CANE appears in
the doorway.

                    GRANDPA KADRO
          What is it?

                    MRS. KADRO
          Did you talk to this man about
          Zach?

Grandpa squints to see Barrow.  Barrow stares back at the
man, his suspicions confirmed.

                                        CUT TO:

INT. SHITTY RENTAL CAR - LATER

Barrow drives now, tearing down the freeway at a frightening
clip.  He'S PISSED.  Ivy is terrified by his driving.

                    IVY
          So the kid was a pawn...

                    BARROW
          Monday knew I'd be more likely to
          take the job if he had some
          bullshit sob story about avenging
          his family.

                    IVY
          Rather than...

                    BARROW
          I'll have to get back to you on
          that.

Ivy stares at Barrow, incredulous.

                    IVY
          We're one day in and already this
          thing is a lie on top of a lie.
          And you still want to move forward?

Barrow stares straight ahead, barrels down the freeway.

                    BARROW
          There's something on that island
          that a lot of people want.  And I
          want to know what it is.

                    CONFIDENTIAL                          WB000297

45.

INT. ELEVATOR - DAY

Murali enters the lift, selects his floor.  As the doors
start to close, a HAND juts in, forcing them open.  Fruchbom
enters.

                    FRUCHBOM
          Agent Ram Murali?

Murali sizes Fruchbom up, suspicious.

                    FRUCHBOM
          Dave Fruchbom.  I'm in Operations.

The doors close and the elevator LURCHES into motion.

                    MURALI
          OK.

Fruchbom hands him the photo of Barrow.

                    FRUCHBOM
          I need to know where you spotted
          him.

                    MURALI
          That looks like an airport to me.

                    FRUCHBOM
          He's a person of significant
          interest to Operations.

                    MURALI
          Well.  He's a person of <u>more</u>
          significant interest to
          Intelligence.  And Intelligence, as
          it happens, is of more significance
          than Operations, so...

The doors open and they step into...

THE INNER SANCTUM OF CIA HEADQUARTERS.  Murali hurries
through rows of cubicles; Fruchbom keeps pace.

                    FRUCHBOM
          You were watching a foreign target
          and he wandered into the picture.

                    MURALI
          Is that right.

                    FRUCHBOM
          Look.  I think we can help each
          other here.  I know his patterns,
          his history.
                    (MORE)

**CONFIDENTIAL**                          **WB000298**

46.

> FRUCHBOM (cont'd)
> I know how he operates.  And you
> know what he's targeting next --

Murali reaches a CLOSED OFFICE DOOR.  He spins, faces
Fruchbom.

> MURALI
> With all due respect, Agent
> Fruchbom.  I don't care about his
> patterns, and I especially don't
> care about his history.  All I care
> about is keeping him out of my
> business.  Which, as it happens, is
> classified.  So unfortunately, I
> think your ability to help me here
> is pretty limited.  Now, if you'll
> excuse me, I have a meeting
> waiting.

Murali opens his office door a crack, eyeballs Fruchbom
impatiently.  Fruchbom eyeballs him right back.

> FRUCHBOM
> You have no idea what you're
> dealing with here.

Murali proffers a sarcastic smile.

> MURALI
> I think I've got it covered.

Murali throws his door open, spins, and enters

INT. MURALI'S OFFICE - CONTINUOUS

He closes the door behind himself gently.

> MURALI
> I'm sorry to keep you waiting.

Murali sits down in a chair, opens a folder.  He slides the
same PICTURE OF BARROW across the coffee table to his unseen
guest.

> MURALI
> So.  The word on the lowlife
> circuit is that you know this man?

> DEEP VOICE (O.S.)
> I know him well.

> MURALI
> And do you have access to him,
> Mr...

> DEEP VOICE (O.S.)
> Coe.

**CONFIDENTIAL**                          **WB000299**

Case: 13-324    Document: 37    Page: 242    05/10/2013    933684    275

47.

REVERSE ANGLE ON GARY COE CAINE, sitting on Murali's couch.
Deep set eyes, hulking frame, multitude of scars.  Trouble if
there ever was.

                    GARY COE CAINE
            Just Coe is fine.  And yes.  I have
            access to his...immediate
            interests.

                    MURALI
            Good.

                                        CUT TO:

INT. NONDESCRIPT MOTEL ROOM

Blinds drawn.  Sunlight verboten.  His back to the camera,
Barrow sits at the pathetic "business center" desk, hunched
over his laptop.

                    MURALI (V.O.)
            Then you shouldn't have any
            difficulty killing him.

PAN IN over Barrow's shoulder to find him scrolling through
HIGH-RES DIGITAL IMAGES taken in Sandrayo: The streets of
Alta Vista, the Presidential Compound, Sophie's citywide
dilapidation tour, Zachary Kadro's makeshift burial mound...

Barrow STOPS the slideshow.  Zooms in for a closer look at
the boy's final resting place.  Again.  After a long moment
of intense scrutiny, Barrow reaches for his cell phone,
dials, and pulls it up to his ear.

                    BARROW
                (into phone)
            Kid.  I need you to meet me
            tomorrow morning.  Got a pen?

INT. BEACH HOUSE - DAY

Ali, wearing linen pants, a ridiculous unbuttoned silk shirt,
and a giant gold chain, stands in the empty living room of a
grand BEACH HOUSE.  He looks out the floor to ceiling glass
walls, takes in the majestic azure waters beyond.

                    *TITLE: CANCUN, MEXICO*

A slimy and overeager MEXICAN REALTOR steps forward.

                    REALTOR
            Only one hundred thousand American
            per month.  A great bargain for --

                    **CONFIDENTIAL**                    **WB000300**

48.

                    ALI
          Mr. Gharemani does not shop for
          bargains.  He shops for quality.

                    REALTOR
          Of course, Mr. Gharemani.

Ali, playing the rich Persian douchebag to a T, runs a hand
through his slicked-back hair.

                    ALI
          It's quite nice.  I'll take it.
          First and last month's rent are in
          the briefcase by the door.  I
          assume cash is acceptable?

The Realtor looks with wide eyes at the STEEL ATTACHE CASE in
the hallway.

                    REALTOR
          Of course, Mr. Gharemani.

                    ALI
               (still sea gazing)
          I think Mr. Gharemani would like a
          yacht.  Very quiet, and very fast.
          Can you help him with that?

                    REALTOR
               (shitting himself)
          Of course, Mr. Gharemani.

                                        CUT TO:

INT. ADVENTURE SPORTS STORE - DAY

Christian, wearing a sleeveless T-shirt and frayed cargo
shorts, walks in a slow circle around a fully inflated BLACK
ZODIAK SPORTS BOAT.  AN X-TREME SALES CLERK watches him.

               TITLE: HALIFAX, NOVA SCOTIA

                    CHRISTIAN
          I'll take it.

                    X-TREME CLERK
          Sweet call, bro.

EXT. ADVENTURE SPORTS STORE - LATER

Christian loads an armful of new gear into the back of a beat
up old SUV.  The sky is gloomy; a light drizzle falls.

                                        FADE TO:

                    **CONFIDENTIAL**                    **WB000301**

49.

EXT. BARN - NIGHT - ESTABLISHING

The rain beats down on an old wooden barn that has been
converted into the nerve center of a MASSIVE DRUG PLANTATION.
Two LUXURY CARS are pulled up in front of the barn, their
headlights cutting through the storm.

                    TITLE: MANAGUA, NICARAGUA

INT. BARN - SAME

Two armed guards lead Coca through the barn, past table after
table of cocaine.

Coca drags a finger through a mound of white powder as he
walks, jams it up into his gum.  One of the guards looks back
at him.  He smiles.

The guards stop, gesture upward.  Coca looks up, at the LOFT
overhead.

INT. LOFT - MOMENTS LATER

Coca reaches the top of the ladder that leads into the loft.
He pulls himself up, brushes himself off, and approaches the
SMALL DESK set up at the back of the loft.  Guards stand on
each side of the desk, protecting the DRUG CZAR that sits
behind it.

                    DRUG CZAR
              Yes, yes, that is close enough my
              friend.

Coca stops dead, withdraws a folded up piece of paper from
his back pocket, tosses it onto the Czar's desk.  The Czar
takes it, glances over it.  Raises an eyebrow.

                    DRUG CZAR
              This list is...extensive.  Are you
              planning to fight a war, my friend?

Coca smiles, his filthy brown teeth bared proudly.

                    COCA
              Me and four of my friends are going
              to take over a country.

The drug czar laughs heartily.

                    DRUG CZAR
              Yes, OK, You are right.  It is not
              my business to ask.  However, given
              the scope of this list, you do
              understand that I will have to ask
              you for a sizeable --

50.

Coca tosses a MASSIVE MONEY ROLL onto the desk.  It lands
with a dull THUD.

               COCA
          That's twenty-five percent of what
          I expect to pay.  The rest to be
          paid, in cash of course, upon
          delivery.

The Czar takes the roll, unbands it.  He looks to the
ceiling, skims through the resulting stack.  FEELING the
amount.  He SMILES.

              DRUG CZAR
          When do you need your order ready,
          my friend?

            *TITLE: DAY 10*

                     FADE TO:

INT. PUBLIC STORAGE LOBBY - DAY

Barrow walks in, a large cardboard DOCUMENT BOX cradled under
his arm.

              PUBLIC STORAGE CLERK
          Can I help you?

              BARROW
          Need a unit.

              PUBLIC STORAGE CLERK
          It's eighty bucks a month.

Barrow slides a CREDIT CARD across the counter.  The clerk
takes it, looks at the name.

              PUBLIC STORAGE CLERK
          And do you have an ID I could
          check, Mr. Averman?

                     CUT TO:

EXT. PUBLIC STORAGE LOBBY - LATER

Barrow exits the building, his business completed.  He walks
across the street to an

OUTDOOR CAFE

and sits at a small table.  Checks his watch, then reaches
into his messenger bag...

**CONFIDENTIAL**                         **WB000303**

51.

INT. FRUCHBOM'S OFFICE - DAY

Fruchbom, as usual, at his desk.  It's the middle of the day,
but he looks half asleep.  This man is very rapidly nearing
the end of his rope.

Agent Ellickson enters the already open door, grinning.

                    FRUCHBOM
          What.

                    AGENT ELLICKSON
          Remember that list of names you
          gave me?  Barrow Miles' known
          aliases? (off Fruchbom) I put them
          on a watch list.  And one of them
          just used his Visa to rent a public
          storage space.

Fruchbom sits BOLT UPRIGHT.

                    FRUCHBOM
          Where?

                                        CUT TO:

EXT. OUTDOOR CAFE - DAY

Barrow shuffles through a stack of mail.  Most of it he just
tosses straight into the public garbage can behind his seat.
Magazine.  Catalog.  Credit card offer.

He stops at a THIN BUSINESS-SIZED ENVELOPE.  Looks at it with
interest.  He tears it open, reads the single typed page
enclosed.  We can make out the faint outline of LETTERHEAD
through the back of the letter.

After a moment, Barrow checks his watch.  Looks at the letter
again.  He takes his cell phone from his pocket, dials.

As the phone rings, Ivy approaches.  Barrow motions for him
to sit...he'll just be a moment.  Ivy sits.  Watches as
Barrow clears his throat, shuffles in his seat to get
comfortable.

                    BARROW
              (into phone)
          Hi sweetheart.  It's me again.  I
          keep missing you, I guess.  So, I
          got this thing in the mail?  This
          thing this weekend?  I don't know
          why you didn't tell me about it.
          I'm pretty busy, but I'm going to
          try to make it, if that's OK with
          you.  I think that would be nice.
              (MORE)

**CONFIDENTIAL**                              **WB000304**

52.

                    BARROW (cont'd)
          So.  Um.  Gimme a call.  OK.  Love
          you.  Bye.

Barrow hangs up, pockets both his phone and the letter.
Shrugs, tries to play it off.

                    BARROW
          The lady in my life.  We're,
          uh...not as close as we used to be.
          I've been trying to reach out.
               (beat)
          You know women.

Ivy nods, trying to be supportive.

                    IVY
          Oh yeah.  Sure.

An awkward silence.  Barrow reaches into his bag, withdraws a
MAGNIFIED PRINT of his photo of Zach Kadro's unmarked grave.
Slides it across the table to Ivy.  As he peers at it...

                    IVY
          What am I looking for?

                    BARROW
          Cigarette butt.  Bottom left.

                    IVY
          OK...

                    BARROW
          Read the brand name.  On the
          filter.

Ivy leans in, squints.  After a moment, he looks up, baffled.

                    IVY
          Oberst.

                    BARROW
          You think Miramonte's men smoke
          European cigarettes?
               (beat)
          I want a list of every single
          Eastern European to visit Sandrayo
          in the last six months.

                    IVY
          Not exactly public information.
          It's going to take some digging.

                    BARROW
          I know.  I need to go out of town
          for a few days.  Take care of some
          things.  I'll be back on Sunday.
          Can you have it by then?

**CONFIDENTIAL**                          **WB000305**

53.

                              IVY
                    Absolutely.

                                                    CUT TO:

EXT. FRUCHBOM'S HOUSE - DAY

Rachel kneels in the front yard, gardening.  Fruchbom's car
SCREECHES into the driveway.

As he exits the vehicle, Rachel stands and wipes her hands on
her jeans, concerned.

                         FRUCHBOM
                    I have to go to Dallas.

                         RACHEL FRUCHBOM
                    For how long?

                         FRUCHBOM
                    Day?  Week?  Month?  I don't know.

Rachel's face falls.

                         RACHEL FRUCHBOM
                    David.  We have Amy's thing this
                    weekend.  I already told her you
                    were coming.

Fruchbom drops his eyes to the lawn.

                         RACHEL FRUCHBOM
                    She's excited to see you.  She
                    wants you to see where she lives.
                    What she does.  Meet her friends.
                    You know.  Be a part of her life.

His face draped with apology...

                         FRUCHBOM
                    Barrow Miles isn't going to wait
                    for me, Rachel.  I have to take
                    this opportunity because for all I
                    know, whatever it is he's
                    planning...the ball is probably
                    already rolling.
                         (beat)
                    I'm sorry.

As she goes back to her gardening...

                         RACHEL FRUCHBOM
                    Yeah.

                                                    FADE TO:

                    **CONFIDENTIAL**                    **WB000306**

54.

EXT. CANADIAN HOTEL ROOM - NIGHT

Christian sits on the floor of this grey room, barely lit by
a moon that struggles to break through the gloomy Canadian
marine layer.

He is shirtless, hunched over something.  The faint moonlight
illuminates the myriad tattoos that stretch over his hulking
lats.

We PAN OVER HIS SHOULDER to see what the behemoth is working
on, and find him deftly maneuvering strips of black fabric
through a SEWING MACHINE.

INT. VAN - NIGHT

Coca drives down a bumpy dirt road through a dense orchard.
From the fog up ahead, a FIGURE emerges at the side of the
road.  It's an OLD FARMER.  The man uses a HIGH BRANCH
CHAINSAW, which is essentially several feet of serrated
chainsaw link with rope handles tied to each end.

The man tosses one weighted end of the rope over a high tree
branch, then, holding both ropes, pulls them back and forth
alternately, dragging the chain portion of the saw across the
branch.  It hacks through the branch after only a few passes,
and the limb comes crashing down just as Coca rumbles past.

Coca stares at the farmer, and then he's in the rearview, and
the road ahead is opening up...

A WOODEN BARN up ahead.  There are two matching pickups
already parked there.  One has a HUGE WOODEN CRATE loaded
into the bed.  Four men stand around the trucks.  They
gesture for Coca to stop.

INT. BEACH HOUSE - NIGHT

Ali sits on a bar stool at the kitchen counter, nursing a
glass of tequila and staring out at the ocean.  The silence
is deafening, and his eyes betray his loneliness.

He looks to his cell phone, sitting alone on the countertop.

                                            CUT TO:

INT. ALI'S HOUSE - NIGHT

The phone ringing.  Amira picks it up.

                    AMIRA
          Hello?

                    ALI
                (in phone)
          I named a boat after you today.
                (MORE)

                    CONFIDENTIAL                    WB000307

# EXHIBIT B PART 3

# EXHIBIT C PART 2

55.

                    ALI (cont'd)
          It's the most beautiful boat in the
          world.

Amira smiles weakly.

                    AMIRA
          Thank you.

ON ALI

                    ALI
          I miss you so much.

                    AMIRA
                (in phone)
          I miss you too, Ali.

                    ALI
          How is Ahmed?

                    AMIRA
          Ahmed is good.

A beat.  Ali's eyes narrow almost imperceptibly.

                    ALI
          What's wrong?

ON AMIRA as she holds the phone out laterally, and we PAN
WITH IT, right into the hand of...

...GARY COE CAINE, who sits at the kitchen table beside
Ahmed.  He smiles as he brings the phone up to his ear.

                    GARY COE CAINE
          Mr. Al-Batayneh.

ON ALI, his face and heart DROPPING.

                    ALI
          What are you doing in my home?

EXT. FARM - NIGHT

Coca walks toward the men.  They all extend their arms out to
their sides and spread their legs.

Coca nods, hawks a huge gob of coca spit onto the ground.  He
pats down each of the men, then steps back and offers
himself.  The Dealer in charge searches him, then offers his
hand.  They shake.

                    DEALER LEADER
          Show him.

Two of them men hop into the truck bed and jack the cover off
the crate.

Case: 13-324    Document: 37    Page: 253    05/10/2013    933684    275

56.

The Leader motions for Coca to step onto the tailgate, which
he does.  He peers down into the crate, at the CADRE OF
WEAPONRY enclosed.  He picks up a submachine gun, examines
it.

Satisfied, he puts the gun back.  Steps off the truck.

                DEALER LEADER
You have the money.

                COCA
In the car.

Coca watches as one of the dealers approaches the car.  The
man peers into the backseat, reaches for the door handle.

A FLASH OF LIGHT catches Coca's eye.  In the sideview mirror
of one of the pickup trucks.  Coca sees himself, motion
behind him...

He SPINS behind one of the dealers, throwing an arm around
the man's neck.

The OLD FARMER, who had been sneaking up on Coca, pistol
aimed, FIRES.  The round tears through Coca's body shield.
Coca throws the man to the side and SPRINTS for the treeline.
As the Old Man fires away, the rest of the Dealers hurry into
action, pulling pistols from their trucks.

Coca is fast.  He disappears into the orchards as a round
SPLINTERS the tree closest him.

The men look to their leader.  He waves dismissively.

                DEALER LEADER
Go get him.

INT. ALI'S HOUSE - NIGHT

INTERCUT between Ali and Coe.

                GARY COE CAINE
I hear out on the street that
you're pulling ops with Barrow
again.

ON ALI, nauseous.  Sick with fear for his family.

                ALI
My work and my family are two
separate things.

ON COE, smiling wide as he stares RIGHT at Amira.

**CONFIDENTIAL**                **WB000309**

Case: 13-324    Document: 37    Page: 254    05/10/2013    933684    275

57.

                    GARY COE CAINE
          Not anymore they're not.  The good
          news is, I'm actually calling to
          give you a chance to make so much
          money that you can hide your family
          from people like me for the rest of
          their lives.  How does that sound?

Ali stares out over the empty ocean, tears forming.

EXT. ORCHARDS - NIGHT

Foggy.  Silent.  One of the Dealers creeps along, weapon
drawn.  His eyes dart about, trying to pick up movement in
the haze.  He looks to his right.  One of his cohorts moves
through the fog 30 feet away.  They make eye contact, then
the man in the distance turns and vanishes into the ether.

The Dealer in the foreground hunts on...

A CRACKLE OS.

The Dealer spins to find...

A raccoon staring back him.  He relaxes, just as some sort of
LASSO swings around his neck.  Instinctively, he reaches for
the rope...and immediately pulls his now CUT AND BLOODY hands
away.  He strains to look down at his neck.

And realizes that it's not a lasso around his neck at all,
but the Old Farmer's ROPE CHAINSAW.  His eyes go wide...

ON COCA, standing ten feet behind the Dealer, the ends of the
rope held tightly in his hands.  He gives one solid YANK with
one hand, and the man in the distance DROPS.

BLAM!  BLAM!  The tree behind Coca FRAGMENTS.  Coca ducks and
spins to see the other Dealer twenty feet away, reloading his
pistol as fast he can.

Without hesitation, Coca WHIPS the weighted end of the rope
towards the man.  It arcs around the man's legs, swinging
back to Coca.  Before the Dealer can react, Coca JERKS
violently on the end of the rope.

The man SCREAMS as he falls.

EXT. FARM - SAME

The Dealer Leader has Coca's duffel bag open atop the hood of
one of the pickups, and is counting the cash.

He spins, terrified, at the SQUEALS OF PAIN coming from the
darkened woods.  Just as suddenly as they started, they STOP.

58.

The Dealer Leader, now suddenly very nervous, tosses the duffel bag into the truck and hops into the driver's seat.

INT. PUBLIC STORAGE FACILITY - NIGHT

Fruchbom moves slowly down a cement corridor. He finds the unit he's looking for. He looks up and down the hall...

                                        CUT TO:

EXT. ORCHARDS - NIGHT

The Old Farmer stands in place, staring down at the MASSIVE POOL OF BLOOD at his feet. A small TRAIL OF BLOOD leads off into a cluster of heavy brush.

The Old Man aims his pistol toward the brush, sneaks toward it. As he gets closer, the sounds of HUMAN BREATHING become louder. The Old Man GRIPS his weapon tight.

The foliage is just in front of him now. The breathing louder. He takes a deep breath, LEAPS through the brush, FIRING simultaneously.

When the smoke clears, he finds that he's put a bullet in the head of the 2nd Dealer, who lies in a puddle of blood. His legs mangled.

AN ENGINE ROARS IN THE DISTANCE. The Old Man turns his head toward the sound, paranoid and distracted. Through the darkness and the rows of tree trunks, he can just barely see the headlights of the pickup truck SPARK TO LIFE.

He swears under his breath, turns back to his unfortunate partner in crime...

...to find Coca standing above him. Before the Old Man can react, Coca rears back his right hand. He's reversed the rope chain and WRAPPED IT AROUND HIS FIST.

The saw's SERRATED TEETH are the last thing the Old Man sees as they fly towards his face.

                                        SMASH CUT TO:

INT. PUBLIC STORAGE UNIT - NIGHT

The door swings inward. A thin FILAMENT glued to the top of the door starts to pull tight, its other end anchored to the door frame.

Fruchbom slides in through the opening door, and only at the very LAST SECOND does he spot the filament, now nearly TAUGHT several inches above his head.

Case: 13-324    Document: 37    Page: 256    05/10/2013    933684    275

A249

59.

Instinctively, he reaches up, to where the filament connects to the door frame. There, it is tied to a GRENADE, which it has pulled HALFWAY OUT OF THE TIN CAN that is nailed to the door frame. The can, acting as a sheath, holds the grenade's STRIKING LEVER in place. If the grenade were to be pulled (by the door) all the way out of the can, the lever would release, detonating the device.

Fruchbom grasps the grenade, keeping the striking lever in place. He eases the grenade out of the can with a wry smile on his face and, using a roll of tape produced from his pocket, WRAPS the grenade, rendering it inert. He sets it down beside the door and enters the room.

INT. PICKUP TRUCK - MOMENTS LATER

The Dealer Leader throws the truck into reverse and backs up a bit, smashing into Coca's van. Shifts gears again, and accelerates out of the makeshift parking area.

He SPEEDS onto the narrow dirt road that serves as the farm's only outlet, spitting up dust as he goes. He checks the side view mirror. All quiet back at the farm. He looks back up at the road ahead...

...where Coca is standing 200 feet in front of him. Coca raises a pistol and FIRES.

ON COCA

As the truck decelerates as it approaches, finally rolling to a dead stop only several feet in front of him. As Coca approaches the car, he studies the single bullethole in the windshield. Impressed with himself.

Almost nonchalant, he pulls open the driver's side door. The Dealer Leader's body tumbles out into the dirt. Coca steps over it, pulls himself into the cab.

INT. PUBLIC STORAGE UNIT

Fruchbom stands in the center of the cold unit, lit by a dangling overhead bulb. He stares at the only object in the unit: A LARGE TELEVISION SET. It sits in the corner.

He circles the TV, flummoxed.

As he runs his fingers across the top of the set, a panel comes loose. Fruchbom furrows his brow, lifts the ENTIRE TOP OF THE TV OFF. The television is HOLLOW. Inside is Barrow's cardboard DOCUMENT BOX.

Case: 13-324   Document: 37   Page: 257   05/10/2013   933684   275

60.

Fruchbom opens the box.  It's full of FILES.  Judging by the condition/color of the manila tabs, one of them is MUCH NEWER than the others.  Fruchbom reaches for it...

                                        MATCH CUT TO:

THE SAME MANILA FOLDER

Resting atop a glass coffee table.  We are

INT. HOTEL SUITE - LATE NIGHT

Where Ellickson sits on the couch, flipping through the contents of Barrow's file: Photos of Miramonte, Alta Vista. Fruchbom stands to the side, rubbing tired eyes.

                    AGENT ELLICKSON
              He just left this shit in a public
              storage unit?

                    FRUCHBOM
              He rigged a tin can mine.  One of
              his specialties.

Ellickson nods, looks back at the file.

                    AGENT ELLICKSON
              So...this Miramonte.  He's the
              target?

                    FRUCHBOM
              I have to think so, but...if that
              were the case, why is Murali
              involved?  This guy Miramonte, he
              doesn't have shit to offer anyone.
              In fact, he's such a fucking maniac
              that I would think the Company
              would be happy to have him
              eliminated at no cost to the
              taxpayer.

                    AGENT ELLICKSON
              So there's got to be more to the
              story.

Fruchbom nods, stares out the window.

                    FRUCHBOM
              Find us a ride home.  I want to be
              sitting in Ram Murali's office when
              he gets to work tomorrow morning.

                                        FADE TO:

                    CONFIDENTIAL                    WB000313

61.

EXT. BEACH HOUSE - LATE NIGHT

Ali sits alone on the porch, staring out at the ocean.  His
reverie is interrupted by SCREECHING TIRES O.S.

                                              CUT TO:

EXT. BEACH HOUSE DRIVEWAY - MOMENTS LATER

Ali comes around the corner of the house, finds Coca in the
pickup truck bed, pulling the bungees off the weapons crate.

Ali walks around the truck, studying the bullethole in the
windshield.  When he finally looks at Coca, it's with
bloodshot eyes.

                    COCA
          What's wrong?

                    ALI
          How far would you go to save your
          family?

                    COCA
          I ain't got no family, you know
          that.

                    ALI
          Then how far would you go to save
          mine?

                    *TITLE: DAY 15*

                                         FADE TO:

INT. CIA INNER SANCTUM - MORNING

Agent Murali struts through the office, ignoring the various
greetings bestowed upon him.  He slips into

HIS OFFICE

And, turning into it only after closing the door, finds
himself staring at...

...A HUGE TOPOGRAPHIC MAP OF SANDRAYO tacked to his wall.
Fruchbom, who had been studying the map, looks over his
shoulder at Murali for a moment, then returns his gaze to the
cartography.

                    FRUCHBOM
          Is it something in the mountain?
          Is that it?

**CONFIDENTIAL**                              **WB000314**

62.

Murali can only stare.  He's caught, and he knows it.  He
tries, after a moment, to cover himself, but the damage is
done.

                MURALI
      I don't know what you think you
      know...

Fruchbom turns to face Murali.

                FRUCHBOM
      I have a giant map.  Of your top
      secret location.  Tacked to the
      wall of your office.  I think the
      time for playing stupid has come
      and gone.

                MURALI
      With all due respect, Agent?  Blow
      me.

                FRUCHBOM
      Really?  OK.  I'll tell you what.
      I'm going to walk out that door and
      just start asking every person I
      see what's on Sandrayo.  This is an
      attractive option for me, because
      even if no one knows, at least it
      will fuck your covert op right off
      the agenda.

Murali stares at Fruchbom, fuming.

                FRUCHBOM
      If that's how you want it.

Fruchbom heads for the door.  Just as he's about to reach
it...

                MURALI
      Sit down.
        (beat)
      Please.

Fruchbom turns, raises an eyebrow in mock surprise, and helps
himself to a seat on Murali's couch.  Murali, in turn, digs
into a cabinet behind his desk, and ultimately produces a
LARGE BLACK AND WHITE PHOTO.  He tosses it onto the coffee
table.

It is an aged photo depicting a BEARDED MAN in his late 50's.
It appears to have been taken through a massive zoom lens
from a distance.

                MURALI
      Do you know who this is?

CONFIDENTIAL                WB000315

63.

                         FRUCHBOM
          Hashim Ahmad Al-Tai.

                         MURALI
          Right.  Highest ranked remaining
          officer of Al-Qaeda.
                    (beat)
          Outside of Bin Laden.

                         FRUCHBOM
          Don't patronize me.

Murali nods, caught again.

                         MURALI
          He's living on Sandrayo.  Using the
          island as a sanctuary to rebuild
          the organization's chain of
          command.  Within a year we expect
          this cell to pose the highest
          threat to National Security of any
          FTO in the world.

                         FRUCHBOM
          Then what are you waiting for?

                         MURALI
          We're still gathering information.
          It's a hard place to blend in, so
          we need Miramonte to feed us
          information, which he has been
          doing in exchange for
          certain...political privileges.
                    (beat)
          We're just being careful, Agent.
          Covering all the bases.  We can't
          afford anything less than 100%
          success on this op.  So we're
          making sure we're getting it right.

Fruchbom leans back, lost in thought.

                         MURALI
          Obviously, this information is
          classified at the highest levels of
          State.  So I hope you understand
          why I was not in a position to be
          forthcoming with it.

Fruchbom nods, looks at the floor.

                         FRUCHBOM
          Barrow Miles is targeting Miramonte
          for assassination.

**CONFIDENTIAL**                          **WB000316**

64.

                              MURALI
                    You're sure of that?

                              FRUCHBOM
                         (nodding)
                    I came across some of his recon.

                              MURALI
                    Do you have a time frame?

                              FRUCHBOM
                    There's a lot of mention in
                    Barrow's notes of Miramonte's
                    birthday.  Which makes sense, since
                    it's the one day a year he isn't in
                    hiding.

                              MURALI
                    That's in eight days.

          Fruchbom nods, looks up at Murali.

                              FRUCHBOM
                    What are you going to do?

                              MURALI
                    Sandrayo falls under the
                    operational umbrella of SEAL Team
                    One out of Coronado.  We'll send
                    them to Alta Vista the day before,
                    have them set up a perimeter around
                    Miramonte's palace.  When Barrow
                    arrives...

                              FRUCHBOM
                    He's smarter than you think.

                              MURALI
                    That may be, but we've got the drop
                    on him now.  He won't even know
                    what went wrong until it's over.

          A TORTURED BEAT.

                              FRUCHBOM
                    Look.  This may strike you as an
                    insane request.  But despite the
                    problems he causes, he's an
                    honorable man...

                              MURALI
                         (sympathetic)
                    I'll make sure non-lethal measures
                    are utilized in his apprehension.
                         (MORE)

**CONFIDENTIAL**                    WB000317

65.

      MURALI (cont'd)
    When our objective is completed,
    he'll be reintroduced to civilian
    life with the strong encouragement
    of the United States government
    to...stay out of trouble.

Fruchbom nods.

              CUT TO:


INT. FRUCHBOM'S OFFICE - LATER

Fruchbom enters.  Ellickson, who has been waiting on the
couch, looks up anxiously.  Fruchbom grabs his overcoat from
a rack near the door.

      AGENT ELLICKSON
    What's the deal?

      FRUCHBOM
    Murali wasn't kidding.  His Op is a
    priority.

Fruchbom slips into his coat...

      AGENT ELLICKSON
    Where are you going?

As he heads for the door...

      FRUCHBOM
    I'm going to spend some time with
    my family.

             FADE TO:


EXT. BRICK DORMITORY - DAY

Barrow stands in front of an old-fashioned brick DORM
BUILDING: Several stories, generations old ivy, the works.

      *TITLE: HANOVER, NH*

He takes a breath to collect himself, heads for the entrance.

INT. DORM HALLWAY - MOMENTS LATER

Looking more uncomfortable with every step he takes, Barrow
makes his way down the narrow hallway.  Some doors are
closed; others are open and offer glimpses of college life.

Almost at the end of the hall, Barrow finds the door he's
looking for.  For a moment, he just studies the door's many
aesthetic improvements: Photos, dry erase board messages.

He smiles, takes a deep breath, and KNOCKS.  A beat, and then
a GIRL'S VOICE:

66.

                              GIRL (O.S.)
                    Come in.

Barrow dries his palms on his shirt, slowly opens the door. A
lovely 19 year-old co-ed sits at her computer.  Her name is
SHELBY.  She stares at Barrow, mouth agape.

                              SHELBY
                    What are you doing here?

Barrow tries to smiles through the awkwardness.

                              BARROW
                    It's Parent's Weekend.
                         (beat)
                    I left you a message.

                                                  CUT TO:

EXT. THE GREEN - LATER

Barrow and Shelby walk side by side across Dartmouth's famed
grassy central quad.  Their body language is awkward and
reserved.  Their verbal language is worse.

                              BARROW
                    I just...I wanted to see where you
                    live.  Where you study.  You know.
                    Parent stuff.  You've been here for
                    a year and a half, and I've heard
                    from you seven times total.

Shelby kicks at the ground as she walks.  Barrow tries
harder.

                              BARROW
                    I just want to be your friend,
                    Shel.  We were friends when you
                    were home.  I don't know what's
                    changed...

                              SHELBY
                    What's changed is now I'm on my
                    own, and I'm surrounded by
                    interesting people from all over
                    the world, and I've finally
                    realized that my home life wasn't
                    normal.  At all.

A long silence.

                              BARROW
                    Before or after mom?

                    **CONFIDENTIAL**                    **WB000319**

Case: 13-324    Document: 37    Page: 264    05/10/2013    933684    275

A257

67.

                    SHELBY
          What?  Both.  Before, I had two
          parents that hated each other, and
          one of them was never around
          because he was travelling around
          the world fighting other people's
          wars.  After, I had one parent who
          was <u>always</u> around because he was
          retired from fighting other
          people's wars, and one parent who
          was never around, because she was
          dead.  Do either of those sound
          <u>normal</u> to you?

                    BARROW
          Your mother didn't get breast
          cancer on purpose.

                    SHELBY
          Gimme a break, Dad.

                    BARROW
          Sorry.

                    SHELBY
          Look.  I just want to make my own
          life here, you know?  It's really
          important to me.

                    BARROW
          I just miss you, Shel.  That's all.

A silent beat as they walk.

                    SHELBY
          You hungry?

INT. COLLEGE CAFETERIA - DAY

Dave, Rachel, and 18 year old AMY FRUCHBOM stand in line at
the assembly-line buffet of the cafeteria.  Fruchbom is
jovial and enjoying the time with his family.

                    AMY
          Most of this stuff I don't eat.
          It's pretty foul.

                    FRUCHBOM
          My freshman year I ate only Jell-O
          and --

He stops DEAD, eyes trained on the far side of the cafeteria.

                    FRUCHBOM
          Take Amy outside.

**CONFIDENTIAL**                              **WB000320**

68.

                              RACHEL FRUCHBOM
              What?

                                  FRUCHBOM
              Take her outside right now.  I'll
              explain later.

                                                      CUT TO:

INT. COLLEGE CAFETERIA - ELSEWHERE

Barrow sits alone at picnic table-style cafeteria bench, a
tray of suspect food in front of him.

FRUCHBOM SITS DOWN OPPOSITE HIM.  Under the table, Barrow
draws his gun.  Fruchbom already has.  They stare at one
another, pointing their guns at each other under the table.

A lifetime of failed pursuit flashes across Fruchbom's face.
His personal obsession finally delivered.

                                  FRUCHBOM
              How long have you been on to me?

                                  SHELBY (O.S.)
              Dad?

Barrow and Fruchbom both look up to see Shelby, her tray
loaded, standing at the head of the table.  Confused.

A strange look comes over Fruchbom...first confusion, then
relieved UNDERSTANDING.

                                  BARROW
              Shelby.  Can you give me ten
              minutes?

Shelby eyes Fruchbom suspiciously.

                                  SHELBY
              Is everything OK?

                                  BARROW
              Everything's fine.

Shelby nods, exits.  A long, tense beat.

                                  BARROW
              I'm with my daughter.  It's not the
              time or place.

                                  FRUCHBOM
              I thought you had followed me here.
                    (beat)
              My daughter's a freshman.

**CONFIDENTIAL**                                    WB000321

69.

A long moment as Barrow studies Fruchbom's face.  Searching for the lie.  Under the table, Fruchbom audibly ejects his clip.

                    BARROW
          Smith & Wesson .38 Super.

Fruchbom smiles, pockets the clip.

                    FRUCHBOM
          She wants to major in the Classics.
          I hope she doesn't.  What do you do
          with that?

A PREGNANT BEAT.  Finally, Barrow ejects his clip.

                    FRUCHBOM
          Sig 229.

Now Barrow smiles, impressed.

                    BARROW
          Mine wants to major in social work.

                    FRUCHBOM
          Like father, like daughter.

                    BARROW
          Yeah.  You talk to yours a lot?

                    FRUCHBOM
          She calls often, but I'm never
          there.  You?

                    BARROW
          I call often.  She's never there.

Fruchbom nods.

                    BARROW
          You've followed me for what, a
          dozen years?  More?

Fruchbom's eyes narrow.

                    FRUCHBOM
          You've known that?

                    BARROW
          And yet, when it comes down to it,
          this is what it's taken to bring us
          face to face.  Teenage daughters
          who chose one school out of
          thousands.

Fruchbom regards Barrow with interest.

**CONFIDENTIAL**                    **WB000322**

70.

                    FRUCHBOM
          So this is why.

                    BARROW
          This is why what?

                    FRUCHBOM
          Iraq. (careful) Whatever you're
          prepping on now.
               (beat)
          I knew it was never a money thing.
          You've never been about that.  So I
          had assumed it was a 'this is the
          only thing I know how to do' thing.
          Or an 'itching for the action
          thing.'  But it's not.
          (incredulous) You're back on the
          Circuit because you're suffering
          from Empty Nest Syndrome.

                    BARROW
          The world needs people like me,
          people like my men.  Now more than
          ever.

     Fruchbom shrugs.

                    FRUCHBOM
          Fine.  But I'm not talking about
          what the world needs.  I'm talking
          about what you need.

     A long, silent beat.  Finally, softer...

                    BARROW
          After Shelby's mother died, I
          raised her by myself.  For seven
          years.  I quit working, as you
          know.  I gave her everything, and
          she was...she was it.  My angel, my
          princess, the apple of my eye, the
          whole nine.  Then one morning I
          woke up, and I was alone again.  Me
          and the fucking cat.  So it was
          either come back to the game, or
          sit at home crying all day.
               (beat)
          I find crying to be unbecoming for
          a man of my constitution.

                    FRUCHBOM
          Yet as much as you love her, it
          doesn't strike you as foolish to
          put yourself back into a position
          of danger?  Where you could be
          killed, and she would be alone?

71.

                    BARROW
          You have no idea how close I came
          to shooting you ten minutes ago.
          In front of your daughter.  So you
          tell me.  Do you feel foolish to do
          what you do?

                    FRUCHBOM
          No.  I guess it's...a 'warrior
          destiny' sort of thing.  It's just
          what I have to do.

                    BARROW
          Me too.

Both men look to the table for a moment, impressed by the
level at which they understand each other.  Fruchbom rubs at
his temples, a tinge of PITY beginning to scroll across his
face.

                    FRUCHBOM
          Look.  I like the jobs you take.  I
          like you.  I already knew that, but
          today...has been enlightening.
                    (beat)
          That said.  The people I work for.
          Are still going to do what they
          have to do to stop you.  Because
          even if it does work for you.
          Vigilante justice is not justice.

Fruchbom shakes his head.

                    FRUCHBOM
          I mean, for every medical aid
          operation that you've run security
          for, you've killed ten people.  In
          1996, you rescued a crew of MSF
          volunteers in Angola.  Then two
          weeks later, you assassinated the
          President of Zambia.

                    BARROW
          In 1989 you assassinated the
          President of Zambia.

                    FRUCHBOM
          In 1989, the United States
          assassinated the President of
          Zambia.

                    BARROW
          So blurred morality is acceptable
          only with sovereign sponsorship?

**CONFIDENTIAL**                              **WB000324**

72.

                    FRUCHBOM
          That's not what I'm saying at all.

Fruchbom leans back, considers his next line of thought
carefully.

                    FRUCHBOM
          This is what I'm trying to tell
          you: There are targets walking this
          Earth that we would all like to
          see...expunged.  Your Robert
          Mugabes.  Ratko Mladics.
               (fishing carefully)
          Your Hashim Al-Tais.  And when it
          comes to these types of targets,
          it's best for you to step aside and
          let the United States Government do
          the job they need to do.
               (beat)
          So that no one gets caught in the
          crossfire.

                    BARROW
          You know, Agent.  If I didn't know
          better, I would think you were
          trying to warn me about something.

Fruchbom shrugs suggestively.

                    BARROW
          But.  Robert Mugabe is not an
          approved target of the United
          States Government.  Ratko Mladic
          has been in the "secret" prison you
          guys have in Damascus for the last
          three years.  And Hashim Al-Tai is
          dead.  So I'm still a little
          unclear on where you're trying to
          go with this.

Fruchbom's eyes go wide, but he covers well.

                    FRUCHBOM
          How do you know that Al-Tai is
          dead?

                    BARROW
          An associate of mine executed him
          in a tool shed outside of Kabul not
          two months ago.  I know you know
          these things.  So don't try to play
          me for the fool.

Fruchbom shakes his head, furious at himself for having
bought Murali's lie.

                    **CONFIDENTIAL**                    **WB000325**

73.

                    BARROW
          Look.  I have a nineteen year old
          girl out there that I'm dying to
          get back to.  You've got one of
          your own.  I'm going to be here
          through tomorrow, and I don't want
          to spend family time looking over
          my shoulder...

                    FRUCHBOM
          Neither do I.

                    BARROW
          Good.  So you don't have me tailed
          out of the Student Union tomorrow,
          and I won't break your legs at the
          Career Center later this afternoon.
          Deal?

Fruchbom nods.

                    FRUCHBOM
          Deal.

Barrow stands.

                    BARROW
          You're a good nemesis, Agent
          Fruchbom.  No one's ever come as
          close as you have.  And no one ever
          will.  Not even you.

Barrows exits.  Fruchbom sits alone for a long beat.  Rubs at
his temples, tortured.  Finally, and almost apologetically he
withdraws his cell phone, dials.  After another beat...

                    FRUCHBOM
                  (into phone)
          It's me.  There's a freshman here
          at Dartmouth, her name is Shelby.
          I don't know what last name she's
          using, but she's a Social Work
          major.  I want you to ID her, pull
          up her cell phone carrier, and have
          her calls monitored.  And do it
          quietly.

He hangs up and looks around the room, wondering if he's just
crossed his own lines.

                    *TITLE: DAY 20*

                                        FADE TO:

CONFIDENTIAL                    WB000326

74.

INT. CANADIAN HOTEL LOBBY - EVENING

Christian walks into the simple lobby, several dozen YARDS OF
BLACK FABRIC tucked under his arm.  There is a SQUARE OF
SARAN WRAP covering a FRESH TATTOO on his forearm.  He heads
straight for the stairs, unaware of the overeager CONCIERGE
that is trying to get his attention.

                    CONCIERGE
          Mr. Lindemann!

Christian walks on, clearly not recognizing his alias.

                    CONCIERGE
          Mr. Lindemann!

Just as Christian is about to reach the stairs, the
Concierge, for lack of other options, reaches out, GRABS
Christian by the shoulder.  He holds out a FOLDED SHEET OF
PAPER.

                    CONCIERGE
          This came for you today.

As Christian takes it and starts reading...

                                        FADE TO:

INT. AIRPORT - NIGHT

Barrow and Shelby hug.

                    SHELBY
          I'm glad you came, Dad.

                    BARROW
          I love you, sweetheart.

                    SHELBY
          I love you too.

Content to leave those as the last words, Shelby breaks away,
offers a final smile, and heads off.  Barrow watches her go,
beaming with pride and adoration.  His cell phone rings.  He
answers.

                    BARROW
          Yeah. (pause) Ali?  Where are you?

                                        FADE TO:

EXT. ABANDONED WAREHOUSE - NIGHT - ESTABLISHING

A shitty, dilapidated warehouse typical of downtown Albany.
A small family-sized sedan pulls into the building through
the large hangar doors.

**CONFIDENTIAL**                              **WB000327**

Case: 13-324    Document: 37    Page: 272    05/10/2013    933684    275

75.

*TITLE: DAY 23*

INT. ABANDONED WAREHOUSE - NIGHT

Gary Coe Caine, dressed in all black, leans against a black
SUV. He watches as Ali pulls in. When Ali gets out of his
car, Coe motions for him to spin. Coe searches him.

Coe finishes searching Ali, and commences with a quick search
of his car: Trunk, seats, glove box, etc. When he's finally
satisfied, he goes back to his SUV. Pulls a HUNTING RIFLE
out of the passenger seat. Starts to load it.

> GARY COE CAINE
> Let me be clear about this. If I
> see you on your cell while we're
> driving, I'll kill you. If I see
> anything funny when we get to the
> park, I'll kill you. If Barrow
> does anything to make me think he's
> been tipped, I'll kill him, then
> I'll kill you. And in every single
> one of those scenarios, after I
> kill you, I'll rape your wife and
> kill your son. Is that clear?

Ali clears his throat, nods.

> ALI
> (hoarse)
> It's clear.

> GARY COE CAINE
> What's wrong with your voice?

> ALI
> I'm nervous.

> GARY COE CAINE
> Yeah, well, fix it.

Ali heads for his car.

> COE
> Ali.

Ali turns to see Coe rattling his rifle.

> GARY COE CAINE
> Think about your family.

> ALI
> I am.

> FADE TO:

**CONFIDENTIAL**                    WB000328

76.

EXT. STREETS OF ALBANY - NIGHT - ESTABLISHING

Wide angle.  Ali's car leads the way, Coe follows several
hundred feet behind.  They weave through light traffic in the
contemporary urban wasteland that is Albany.

INT. COE'S SUV - NIGHT

Coe watches, concerned, as, up ahead, Ali pulls into the
parking lot of an ARBY'S.  Coe grabs his hunting rifle from
the passenger seat and follows.  He pulls up alongside Ali's
passenger side, aims the rifle at Ali's window.

Ali rolls it down, leans across the passenger seat.

                    ALI
                (hoarse)
          I gotta get something to drink.  If
          he hears me like this, he'll know.

Coe takes a quick glance around the parking lot.  It's empty.
Looks back to Ali.  Nods toward the Drive-Thru.

EXT. ARBY'S DRIVE-THRU - SAME

Ali pulls ahead, into the drive-thru lane.  Coe follows.

ON ALI

Leaning out the window into the menu...

                    ALI
          One Coke.  Extra large.  And
          I need a holder for the passenger
          seat.

                    DRIVE-THRU VOICE
          Please pull up to the second
          window.

INT. COE'S SUV - SAME

Coe watches as Ali pulls around the bend, into the Drive-Thru
lane.  He follows.  The lane is a small alley, sandwiched on
one side by the Arby's and on the other by a large cement
retaining wall.

A hand extends through the customer window holding a small
Arby's bag.  Ali takes it.

Blinding HEADLIGHTS flood Coe's rearview.  He winces, tries
to make out the car behind him.  All he can see are the
lights.  Annoyed, he puts his car into drive, looks back in
front of him...

CONFIDENTIAL                          WB000329

77.

...Where Ali is now standing right in front of his SUV, a
PISTOL aimed directly at him.  Coe looks to the rifle in his
passenger seat.

                    ALI
          Don't.

The driver side door of the truck behind Coe's opens, and
COCA, also wielding a heater, comes up on Coe's passenger
side.  He knocks at the window.

                    COCA
          Unlock the fucking door, *cabrōn*.

Fuming, Coe does as he's told.  Coca swings the door open,
and keeping his gun pointed the entire time, grabs the rifle
from the passenger seat.  He holds it up for Ali to see.

                    COCA
                (to Ali)
          Large Coke, passenger seat.  That
          it?

Ali nods.  Coca spits a GIGANTIC wad of coca juice onto Coe's
passenger seat and SLAMS the door.  Heads back to the truck.

Coe breathes heavily, looks around for an out.  Cars in front
of and behind him.  Walls on both sides.  Nowhere to go.

                    BARROW (O.S.)
          Gary Coe Caine!

Coe looks back through his windshield.  Barrow, dressed in an
Arby's uniform, is standing ON TOP of Ali's car, a SAWED OFF
SHOTGUN in his hand.  Coe leans his head toward his open
driver's side window.

                    GARY COE CAINE
          Don't you come an inch closer to
          me, Barrow.  Not a fucking inch.  I
          got some friends at Ali's house
          right now waiting for my call.
          They don't hear my voice in ten
          minutes telling them this went down
          the right way, his wife, his kid?
          Wallpaper.  So you just fucking
          watch yourself.

Barrow looks to Ali.  Ali shrugs.  Barrow looks back at Coe.

                    BARROW
          Call them.  Right now.  Tell them
          to go ahead.

Coe narrows his eyes, trying to get a read on Barrow.
Finally, his curiosity overtakes him.  He dials.

**CONFIDENTIAL**                               **WB000330**

78.

                    GARY COE CAINE
                 (nervous)
          You picked the wrong cowboy to get
          cute with, chief.  Wrong.  Cowboy.

A beat, and then a muffled voice on the other end.

                    VOICE (V.O.)
          Hello?

                    GARY COE CAINE
          It's me.  Do the wife.  Put the
          phone next to the kid so I can hear
          him scream.

Beat.

                    VOICE (V.O.)
          Which one is the wife?

Coe pulls the phone away from his ear, stares at it with
disbelief.

                                        CUT TO:

INT. ALI'S GARAGE - SAME

Christian, wearing a mechanic's pull-over suit, hangs up the
cell phone.  He looks down at the two GOONS that are hog
tied, beaten, and lying on the concrete floor.

                    CHRISTIAN
                 (venomous)
          The boy in that house is ten.  Ten
          years old.

He walks to the CARGO VAN that is parked just inside the
closed garage door, backed in.  He swings the rear double
doors open, revealing that the entire interior of the van has
been WRAPPED IN PLASTIC.  The goons see this and start
WAILING through their gags.  Christian starts pulling on
LATEX GLOVES.

EXT. ARBY'S DRIVE-THRU - SAME

Coe drops his phone, looks back at Barrow.  Suddenly
TERRIFIED.

                    GARY COE CAINE
          It was just business, Barrow.  You
          understand.

                    BARROW
          You had to threaten this man's
          family.  How is that business?